RECEIVED
2021 MAR 11 P 4: 48
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT A

# Exhibit 1

# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| THE STATE OF ALABAMA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF COMMERCE, et al., <br><br> Defendants. | CIVIL ACTION NO. 3:21-cv-211-RAH |

## DECLARATION OF DONNA OVERTON LOFTIN

My name is Donna Overton Loftin. I am the Supervisor of the Reapportionment Office for the Alabama Legislature's Permanent Legislative Committee on Reapportionment. I am over the age of 19 and the facts I have set out below are based upon my personal knowledge or the records of the Permanent Legislative Committee on Reapportionment maintained in the ordinary course of business.

1. The Permanent Legislative Committee on Reapportionment ("the Committee) is a joint committee of the Alabama Legislature composed of members of both the Senate and the House of Representatives. *See* ALA. CODE § 29-2-51.

1. The Committee bears primary responsibility for all matters related to reapportionment and redistricting in Alabama. *See* ALA. CODE § 29-2-52. The Committee's statutory mandate includes seeking solutions to "reapportionment problems" and preparing "reapportionment plan[s]." *Id.* As the statute is interpreted, "reapportionment" includes "redistricting," and the Committee decennially redraws Alabama's Congressional and State electoral districts (*i.e.,* U.S. House of Representatives, State Senate, State House of Representatives, and State Board of Education) for consideration by the full Legislature. *See id.*

2. As Supervisor of the Reapportionment Office (a role that I have held for six years), I am familiar with the redistricting process in Alabama.

3. Alabama's redistricting process necessarily relies on the results of the decennial census as a matter of both legal and practical necessity. *See* ALA. CONST. §§ 198–200.

4. The Committee has used the results of the decennial census during all redistricting processes of which I have been a part, including redistricting following the 2000 and 2010 Censuses and the State's present redistricting preparations. The Committee intends to use the results of the decennial census again once the results of the 2020 census are released.

5. Because each of Alabama's electoral districts is based on population as reported by the decennial census results, the Committee cannot redistrict until these results are released.

6. Pursuant to 13 U.S.C. § 141(c) and in accordance with criteria established by the Secretary of Commerce, the Committee developed a "plan identifying the geographic areas for which specific tabulations of population are desired." This plan was submitted in 2016 and the census blocks delineated in it were included in the Census Bureau's release of Alabama's geography – which is fundamental to the redistricting process – on February 9, 2021.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on March 9, 2021.

*Donna Overton Loftin*
Donna Overton Loftin
Supervisor, Redistricting Office
Permanent Legislative Committee on Reapportionment
State of Alabama