

RECEIVED

2021 MAR 11 P 4: 50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# Exhibit 9

# UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

THE STATE OF ALABAMA; ROBERT
ADERHOLT, Representative for Alabama's
4th Congressional District, in his official and
individual capacities; WILLIAM GREEN;
AND CAMARAN WILLIAMS,

                       Plaintiffs,

           v.

UNITED STATES DEPARTMENT OF
COMMERCE; GINA RAIMONDO, in her
official capacity as Secretary of Commerce;
UNITED STATES BUREAU OF THE
CENSUS, an agency within the United States
Department of Commerce; and RON
JARMIN, in his official capacity as Acting
Director of the U.S. Census Bureau,

                   Defendants.

CASE NO. _____ 3:21-cv-211-RAH

## DECLARATION OF CAMARAN WILLIAMS

CAMARAN WILLIAMS declares as follows:

1.      I am 32 years old and competent to make this declaration.

2.      I am a U.S. citizen and am lawfully registered to vote in Alabama.

3.      I regularly vote in federal, state, and local elections in Alabama.

4.      I live in the city limits of Pell City, Alabama, which is in St. Clair County. My mailing address is Cropwell, but my home is within the borders of Pell City.

5.      I work in the corporate security department for Region's Bank.

6.      I have three children, ages five, three, and one. My children will be students in the Pell City School District, with the eldest starting in the fall of 2021. If the schools plan staffing and facilities based on incorrect data, my children will suffer.

7.      I also serve on the Pell City Planning Commission and have so served for the last four years. I was appointed on December 20, 2016, and I have served as Chairman since February of 2020.

8.      I will suffer many harms as a member of the Planning Commission and as a voter and resident of Alabama due to the census delays and the application of differential privacy to the census data.

9.      As a member of the Pell City Planning Commission, I regularly use census data when making various land use decisions. For example, I use census data when evaluating zoning requests and conditional use permits. One of the more important uses of census data in my role as a member of the Planning Commission is to study the population trends. I use population data to evaluate future land uses and to make determinations for

various subdivision and plat applications, annexation requests, variances, and the compilation of the City's 20-year Comprehensive Plan.

10.     The Census Bureau's use of differential privacy will interfere with my ability to make various decisions in my role as a Planning Commissioner as I will be unable to rely on the accuracy of the reported data, and this will directly impact me as a citizen. This will have a multitude of negative consequences for the Planning Commission and the residents of Pell City writ large. For example, specific land uses may be authorized that would otherwise be inadvisable for a specific community because the data reported by the Census Bureau incorrectly reports certain population or demographic figures.

11.     In addition to my role on the Planning Commission, there is a very strong likelihood that my votes for the U.S. House of Representatives, state legislature, and/or local elections will be diluted because differential privacy skews the actual numbers of voters in a given area.

12.     Because the Census Bureau does not intend to release accurate data, I will not know until at least after the election is held—and, in fact, may never know—if my vote is being weighed as equally as the vote of another voter in a neighboring district.

13.     I have been made aware that, under the most recent demonstration data produced by the Census Bureau, my votes for certain city, county, and state elections may be diluted because the reported population of the various districts will not reflect the actual population. Furthermore, given the total number of districted elections in which I vote, my vote will be diluted in one or more districts.

14.     I have been made aware that, based on demonstration data, Pell City and its school district will be substantially impacted by the Bureau's use of differential privacy.

What is specifically concerning to me as a father is what the demonstration data does with respect to school age children. Differential privacy appears to significantly change children's populations. In this case, I'm informed it would add 79 children to the Pell City school district's area.  This will result in a potential planning crisis as schools may be forced to plan for the use of resources for children who are not actually present, even though the census data would say that they are.

15.     As for timing, the census delays will result in less time for me as a voter to evaluate my choice of candidates for every districted election.

16.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated: March 8th, 2021

Camaran Williams