RECEIVED

2021 MAR 11  P 4: 50

DEBRA P. HACKET
U.S. DISTRICT
MIDDLE DISTRICT

# Exhibit 10

# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

|  |  |
|---|---|
| THE STATE OF ALABAMA; ROBERT ADERHOLT, Representative for Alabama's 4th Congressional District, in his official and individual capacities; WILLIAM GREEN; AND CAMARAN WILLIAMS, |  |
| Plaintiffs, | CASE NO.   3:21-cv-211-RAH |
| v. |  |
| UNITED STATES DEPARTMENT OF COMMERCE; GINA RAIMONDO, in her official capacity as Secretary of Commerce; UNITED STATES BUREAU OF THE CENSUS, an agency within the United States Department of Commerce; and RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau, |  |
| Defendants. |  |

## DECLARATION OF WILLIAM GREEN

WILLIAM GREEN declares as follows:

1.  I am 58 years old and competent to make this declaration.

2.  I am a U.S. citizen, African American, and am lawfully registered to vote in Alabama.

3.  I regularly vote in federal, state, and local elections in Alabama.

4.  I live in the City of Montgomery, Alabama. I reside in Montgomery County.

5.  From 2015 to 2019, I was a member of the Montgomery City Council. In my time as a member of the Montgomery City Council, I regularly used census data when making decisions on behalf of my constituents and the City as a whole. Census data is used to make a large number of practical and funding decisions. For example, census data is consulted when looking

at population movements to decide where to place city resources such as police, fire, EMS, and various social services.

6. I was recently a candidate in the March 2, 2021 special general election for the Alabama State Senate's 26th District.

7. I intend to seek elected office in the future.

8. I will suffer many harms due to the census delays and differential privacy as a voter and resident of Alabama.

9. First, there is a very strong likelihood that my vote for the U.S. House of Representatives, state legislature, and/or local elections will be diluted because differential privacy skews the actual numbers of voters in a given area.

10. Second, there is a very strong likelihood that my votes will be diluted on account of my race. I am represented by several districts that are majority African American voting age population. These districts are particularly at risk due to differential privacy.

11. In the Montgomery area, where I reside, there is a significantly large and geographically compact number of African-American voters.

12. This means that there are a large number of districts at every level of government that are drawn to ensure that the votes of African-American voters are not diluted.

13. It is my understanding that differential privacy will dilute the African-American population from areas of higher concentration to areas of lower concentration. Therefore, when districts are drawn to reflect these erroneous numbers, the result will be districts that have historically been majority African American may no longer be so.

14. Relatedly, it is quite possible that, after differential privacy is applied, districts may be drawn that *look* like they are majority African American but will in reality not be

2

because of the way that differential privacy intentionally displaces or otherwise moves African-American voters.

15. Differential privacy will thus harm me as an African-American voter—as well as those who are similarly situated—because it will work to disperse and dilute African-American voters across a larger geographic area than where they actually reside.

16. Because the Census Bureau never intends to release accurate data, I will not know until at least after the election is held—and, in fact, may never know—if my vote is being given an equal amount of weight as another voter in a neighboring district.

17. I have been made aware that under the most recent demonstration data produced by the Census Bureau my votes for certain city, county, and state elections may be diluted because the population of the various districts will change from the actual population. Furthermore, given the total number of districted elections I vote in, my vote will likely be diluted in one or more districts.

18. As to timing, the census delays will result in less time for me as a voter to evaluate my choice of candidates for every districted election.

19. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 09, 2021

William Green

3