RECEIVED

2021 MAR 11  P 4: 50

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# Exhibit 11

# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA; ROBERT ADERHOLT, Representative for Alabama's 4th Congressional District, in his official and individual capacities; WILLIAM GREEN; AND CAMARAN WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE; GINA RAIMONDO, in her official capacity as Secretary of Commerce; UNITED STATES BUREAU OF THE CENSUS, an agency within the United States Department of Commerce; and RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau, <br><br> Defendants. | CASE NO.  3:21-cv-211-RAH |

## **DECLARATION OF CONGRESSMAN ROBERT ADERHOLT**

ROBERT ADERHOLT declares as follows:

1. I am 55 years old and competent to make this declaration.

2. I am a U.S. citizen and am lawfully registered to vote in Alabama. I have never lost my right to vote by reason of felony conviction or court order.

3. I regularly vote in federal, state, and local elections in Alabama.

4. I live in Haleyville, Alabama. Haleyville is located in both Winston County and Marion County. I reside in Winston County.

5. In addition to being a husband and father, I am member of the U.S. House of Representatives representing Alabama's 4th Congressional District.

6. The Alabama 4th Congressional District includes a significant portion of northern Alabama. I maintain local congressional offices in Tuscumbia, Jasper, Cullman, and Gadsden, Alabama.

7. I first had the honor of representing the people of Alabama in Congress on January 3, 1997 and have been honored to represent them in Congress ever since.

8. I am on the following committee and subcommittees: the House Committee on Appropriations, the Agriculture and Rural Development Subcommittee, and the Defense

Subcommittee. I am also the ranking member of the Subcommittee on Commerce, Justice, Science, and Related Agencies.

9. I intend to run for reelection to retain my seat in the U.S. House of Representatives in 2022.

10. The Republican primary for the 2022 elections is scheduled for May 24, 2022. The runoff election, should it be required, is scheduled for June 21, 2022. The general election is scheduled for November 8, 2022.

11. The Census Bureau's delay with releasing the apportionment population totals and the redistricting numbers will significantly harm me as an individual voter and will cause significant harm to my work in the House of Representatives.

12. Further, the Census Bureau's use of differential privacy will also significantly harm me as an individual voter and will cause significant harm to my work in the House of Representatives.

13. Accurate and timely census data is of unique importance in my capacity as an elected member of Congress and as a candidate for the same office.

14. First, as a sitting Congressman, I use and rely on accurate census data when performing my functions as a member of the U.S. House of Representatives. Population totals and other demographic information are vital to assist me in assessing and determining any of the myriad of issues that are reviewed and debated in committees, subcommittees, and Congress writ large.

15. Specifically, my work on the House Committee on Appropriations, the Subcommittee on Commerce, Justice, Science, and Related Agencies, and the Agriculture and Rural

3

Development Subcommittee will be significantly negatively impacted by the census delays and use of differential privacy.

16. The House Committee on Appropriations is responsible for funding the federal government's vital activities to keep the United States safe, strong, and moving forward. The House Committee on Appropriations uses, among other metrics, the data produced by the census in making any of its myriad of funding decisions. In fact, laws very frequently link funding to the population counts found in the census by way of different formulas. The Census Bureau's use of differential privacy will result in an inappropriate distribution of funds because the population totals used to assign those funds will be purposely inaccurate. This will circumvent Congress' intent when tying funding to certain population figures. In fact, should differential privacy be implemented, a large number of communities will receive a larger portion of federal funding than intended and the reciprocal number of communities will receive a smaller portion of federal funding than intended. Differential privacy will therefore make any funding by act of Congress that ties funding to population at the sub-state level unreliable and suspect.

17. The Subcommittee on Commerce, Justice, Science, and Related Agencies—of which I am the ranking member—oversees, among other things, the Department of Commerce and therefore the Census Bureau.

18. The use of differential privacy will also greatly harm my work on the Agriculture and Rural Development Subcommittee. The use of differential privacy will have a greater overall impact on rural communities than on urban communities because even small changes in total population in a rural community can have outsized impact as a total percentage change in population. In addition to harming these communities, differential privacy will be *per se* unreliable especially as it pertains to rural communities. This will completely upend my work on the

4

Subcommittee and will make it harder, if not impossible, to make informed decisions as it relates to the most basic functions of the Subcommittee and Congress as a whole.

19. To put it quite simply, being unable to rely on the population and demographic data produced by the Census Bureau will be catastrophic in how funding decisions are made in Congress.

20. Second, I also use census data when evaluating the needs of my district for various federal funding opportunities. An inaccurate census, as produced by differential privacy, will significantly impede any determinations I may need to make on the appropriateness of certain federal projects for my district.

21. Third, the illegal delays of the Census Bureau in releasing the apportionment and redistricting data as well as the use of differential privacy significantly harm me as a candidate for the U.S. House of Representatives.

22. As a practical matter, Congressional districts must be drawn after every decennial census. The Census Bureau's delays have a cascading effect on my bid for reelection. The problem is all the more acute in Alabama's case as, based on estimates, Alabama may lose a congressional district. This will mean that Alabama may go from seven to six congressional districts which will result in a myriad of additional complications when the new districts are redrawn. However, in any event, the census delays will result in less time for me to educate voters as to my policy positions, campaign amongst the voters, and introduce myself to any new voters.

23. Differential privacy will also negatively impact my reelection. Census data that is not trustworthy will significantly impact my ability to reach voters because I will be unable to look at voter trends and movements across my current and potential future district. While I

5

always endeavor to meet every voter I can, in a congressional district of almost 700,000 people I need to focus my resources where they will make the most impact.

24.  Furthermore, while as a resident of my own district I am generally quite familiar with the people living there, I do, however, rely on the census to both confirm my "on-the-ground" knowledge and to look at population trends. I will be able to do none, or at least much less, of that with differential privacy applied.

25.  Finally, I will also suffer many harms due to the census delays and differential privacy in my capacity as a voter and resident of Alabama.

26.  There is a very strong likelihood that my vote in my congressional election, state legislative elections, and local elections will be diluted because of the numbers produced by differential privacy. What makes matters worse is that I will not know until at least after the election is held—and, in fact, may never know—if my vote is being given an equal amount of weight as another voter in a neighboring district.

27.  I have been made aware that under the most recent demonstration data produced by the Census Bureau my votes for certain city, county, and state elections may be diluted because the population of the various districts will change from the actual population. Furthermore, given the total number of districted elections I vote in, my vote will likely be diluted in one or more districts.

28.  As to timing, the census delays will result in less time for me as a voter to evaluate my choice of candidates for every districted election.

29.  An accurate and timely decennial census is the bedrock of our constitutional republic. The Census Bureau's actions to illegally delay the census and produce untrustworthy data will have a significant and harmful impact on my work in the U.S. House of Representatives, my

ability to fulfill my solemn duties as a citizen and voter, and the lives of each and every one of my constituents.

30. I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: March 9, 2021

*[signature]*
Representative Robert Aderholt