# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA; ROBERT ADERHOLT, Representative for Alabama's 4th Congressional District, in his official and individual capacities; WILLIAM GREEN; and CAMARAN WILLIAMS,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE; GINA RAIMONDO, in her official capacity as Secretary of Commerce; UNITED STATES BUREAU OF THE CENSUS, an agency within the United States Department of Commerce; and RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau,<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO. 3:21-CV-211 |

## PLAINTIFFS' CONFLICT DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 and the Middle District of Alabama's General Order No. 3047, Plaintiffs make the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar reportable entities:

1. The State of Alabama, a plaintiff in this matter, is a governmental entity.

2. Representative Robert Aderholt, a plaintiff in this matter, is an individual.

3. William Green, a plaintiff in this matter, is an individual.

4. Camaran Williams, a plaintiff in this matter, is an individual.

Dated: March 12, 2021

STEVE MARSHALL
*Attorney General of Alabama*

/s/ *Edmund G. LaCour Jr.*
Edmund G. LaCour Jr. (ASB-9182-U81L)
*Solicitor General*

A. Barrett Bowdre (ASB-2087-K29V)
*Deputy Solicitor General*

James W. Davis (ASB-4063-I58J)
Winfield J. Sinclair (ASB-1750-S81W)
Brenton M. Smith (ASB-1656-X27Q)
*Assistant Attorneys General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Ave.
Montgomery, AL 36130
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Winfield.Sinclair@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov

*Counsel for the State of Alabama*

Respectfully submitted,

/s/
Jason B. Torchinsky*
Jonathan P. Lienhard*
Shawn T. Sheehy*
Phillip M. Gordon*

HOLTZMAN VOGEL JOSEFIAK
TORCHINSKY, PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
(540) 341-8808 (Phone)
(540) 341-8809 (Fax)
Jtorchinsky@hvjt.law
Jlienhard@hvjt.law
Ssheehy@hvjt.law
Pgordon@hvjt.law

*\*pro hac vice* application to be filed

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on March 12, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that a copy of the foregoing has been served by certified U.S. Mail upon all parties for whom counsel has not yet entered an appearance electronically, at the following addresses:

U.S. Department of Commerce
1401 Constitution Ave. NW
Washington, DC 20230

U.S. Census Bureau
4600 Silver Hill Road
Washington, DC 20233

Secretary Gina M. Raimondo
U.S. Department of Commerce
1401 Constitution Ave. NW
Washington, DC 20230

Acting Director Ron S. Jarmin
U.S. Census Bureau
4600 Silver Hill Road
Washington, DC 20233

Attorney General Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

Acting U.S. Attorney Sandra J. Stewart
United States Attorney's Office
Middle District of Alabama
131 Clayton Street
Montgomery, AL 36104

I further certify that I served a copy of this motion by e-mail upon:

Brad P. Rosenberg
Assistant Branch Director
United States Department of Justice
Civil Division, Federal Programs Branch
Brad.Rosenberg@usdoj.gov

James DuBois
Assistant United States Attorney
Civil Chief
United States Attorney's Office for the Middle District of Alabama
james.dubois2@usdoj.gov

/s/ *[signature]*
Edmund G. LaCour Jr.
Solicitor General