IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA, et al., | Case No. 3:21-cv-211-RAH-KFP |
| Plaintiffs, | 1. Requesting Judge |
| v. | Hon. R. Austin Huffaker Jr. |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., | 2. District Judge |
| Defendants. | Hon. Emily C. Marks |
| | 3. Circuit Judge |
| | Hon. Kevin C. Newsom |

DESIGNATION OF THREE-JUDGE COURT
[13 U.S.C. § 141 note; 28 U.S.C. § 2284]

Judge R. Austin Huffaker Jr. has notified me that this action is one required by Act of Congress to be heard by a district court of three judges. I hereby designate District Judge Emily C. Marks and Circuit Judge Kevin C. Newsom to serve with the requesting judge, Judge Huffaker, as members of the three-judge court to hear and decide the action.

This designation is not a prejudgment as to whether this action should be heard by a three-judge court. Federal law requires the chief circuit judge to designate a three-judge panel upon the filing a request for such a panel. 28 U.S.C. § 2284(b)(1). "[T]he chief judge's duty is solely ministerial. . . . The three-judge court itself, of course, may subsequently determine that it should not have been

constituted." *Merced Rosa v. Herrero*, 423 F.2d 591, 593 n.2 (1st Cir. 1970). The parties will have the opportunity to brief and argue all questions before the three-judge court as the court concludes is appropriate.

DATED this 29th day of March, 2021.

/s/ William H. Pryor Jr.
William H. Pryor Jr.
Chief Judge, United States Court of
Appeals for the Eleventh Circuit