IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:21-cv-211-RAH-ECM-KCN |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF COMMERCE, *et al.*, ) | |
| ) | |
| Defendants, ) | |

**ORDER**

Pending before the Court is the parties' *Joint Motion for Extension of Time* (Doc. 29) filed on March 30, 2021. Upon consideration and for good cause, it is

ORDERED that the Motion be and is hereby GRANTED. The following briefing deadlines as set forth in the Court's Order (Doc. 21) of March 16, 2021 are extended as follows:

1. Defendants shall file a response to Plaintiffs' motion for a preliminary injunction on or before April 13, 2021 by 12:00 p.m. Central Daylight Time.

2. Plaintiffs may file a reply on or before April 20, 2021 by 5:00 p.m. Central Daylight Time.

DONE, on this the 1st day of April, 2021.

/s/ Kevin C. Newsom
KEVIN C. NEWSOM
UNITED STATES CIRCUIT JUDGE

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE