IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:21-cv-211-RAH-ECM-KCN |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF COMMERCE, *et al.*, ) | |
| ) | |
| Defendants, ) | |

**ORDER**

On April 7, 2021, Professor Jane Bambauer filed a Consent Motion (Doc. 31) with this Court requesting leave to file an *amicus curiae* brief in support of Plaintiffs' Complaint for Declaratory and Injunctive Relief (*see* Doc. 1). The parties have not objected to its filing. Upon consideration and for good cause, it is

ORDERED that the Motion be and is hereby GRANTED. The movant should file her *amicus curiae* brief with the Court on or before **April 13, 2021**.

DONE, on this the 9th day of April, 2021.

/s/ Kevin C. Newsom
KEVIN C. NEWSOM
UNITED STATES CIRCUIT JUDGE

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE

                                                                                            /s/ R. Austin Huffaker, Jr.
                                                      R. AUSTIN HUFFAKER, JR.
                                                      UNITED STATES DISTRICT JUDGE