# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA; ROBERT ADERHOLT, Representative for Alabama's 4th Congressional District, in his official and individual capacities; WILLIAM GREEN; and CAMARAN WILLIAMS,<br><br>                  Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE; GINA RAIMONDO, in her official capacity as Secretary of Commerce; UNITED STATES BUREAU OF THE CENSUS, an agency within the United States Department of Commerce; and RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau,<br><br>                  Defendants. | CIVIL ACTION NO.<br>3:21-cv-211-RAH-ECM-KCN |

**CONSENT MOTION OF 16 STATES FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS STATE OF ALABAMA, *ET AL.***

      16 States move for leave to file an *amicus* brief in support of the State of Alabama relying on the accompanying Memorandum in Support, attached below and incorporated by reference. Both Plaintiffs and Defendants consent. The States respectfully request this Court to enter an Order consistent with the attached [Proposed] Order, filed contemporaneously herewith.

45345092 v1

| | |
|---|---|
| Dated:  April 9, 2021 | Respectfully submitted, |

                                           */s/ Ryan J. Hebson*
Rik S. Tozzi (TOZ001)
ASB-7144-Z48R
Ryan J. Hebson (HEB003)
ASB-3200-R74H
*Attorneys for Amici States*
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
rtozzi@burr.com
rhebson@burr.com


SEAN D. REYES
*Attorney General of Utah*
MELISSA A. HOLYOAK* (Utah Bar No. 9832)
*Solicitor General*
STATE OF UTAH
OFFICE OF THE ATTORNEY GENERAL
350 N.  State Street, Suite 230
P.O.  Box 142320
Salt Lake City, UT 84114-2320
Telephone: (801) 538-9600
melissaholyoak@agutah.gov
**pro hac vice* application forthcoming*

# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA; ROBERT ADERHOLT, Representative for Alabama's 4th Congressional District, in his official and individual capacities; WILLIAM GREEN; and CAMARAN WILLIAMS,<br><br>     Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE; GINA RAIMONDO, in her official capacity as Secretary of Commerce; UNITED STATES BUREAU OF THE CENSUS, an agency within the United States Department of Commerce; and RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau,<br><br>     Defendants. | CIVIL ACTION NO.<br>3:21-cv-211-RAH-ECM-KCN |

**MEMORANDUM IN SUPPORT OF 16 STATES' MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS STATE OF ALABAMA, *ET AL.***

*Amici* are the chief legal officers of their respective States. As such, they defend and enforce a wide variety of legal matters to protect their citizens. This Court should exercise its discretion to grant leave for the States to file an *amicus* brief to address the important issues raised in Alabama's Complaint that affect States nationwide. Although this Court does not have specific rules governing briefs of *amici curiae*, federal district courts have "inherent authority" to grant participation by an *amicus curiae* derived from Federal Rule of Appellate Procedure 29. *Mobile Cty. Water, Sewer & Fire Prot. Auth., Inc. v. Mobile Area Water & Sewer Sys., Inc.*, 567 F. Supp.

45345092 v1

2d 1342, 1344 n.1 (S.D. Ala. 2008) (quoting *Jin v. Ministry of State Security*, 557 F. Supp. 2d 131, 136 (D.D.C. 2008)).

The privilege of *amicus* participation rests within this Court's discretion. *United States v. State of La.*, 751 F. Supp. 608, 620 (E.D. La. 1990). Generally, courts exercise that discretion to liberally grant *amicus* participation, whether to file a brief, argue the case, or introduce evidence. *Id.* No strict prerequisites must be established prior to qualifying for *amicus* status. *Id.* Rather, a party seeking to appear as *amicus* must merely show that its participation in the case is useful to or otherwise desirable by the court. *Id.* (citing *Leigh v. Engle*, 535 F. Supp. 418, 420 (N.D. Ill. 1982)).

Under these standards, this Court should grant leave to the States of Utah, Alaska, Arkansas, Florida, Kentucky, Louisiana, Maine, Mississippi, Montana, Nebraska, New Mexico, Ohio, Oklahoma, South Carolina, Texas, and West Virginia (*Amici* States) to file a brief of *amicus curiae* for two reasons.

*First*, the *Amici* States have a strong interest in the Court's disposition of the issues presented. As set forth in Alabama's Complaint, the differential privacy statistical method the Census Bureau intends to apply to the decennial census data will result in inaccurate data for all States. The *Amici* States have an interest in supporting Alabama's request to enjoin defendants from implementing differential privacy. *Second*, the *Amici* States can assist the Court in understanding the scope of this problem nationally without duplicating the arguments of the parties. *Amici* States have analyzed the differential privacy data as applied to the 2010 decennial data and observed the inaccuracies and harm that would result in implementing differential privacy to the 2020 census data. The *amicus* brief describes those analyses and the resulting harms.

For all of these reasons, the *Amici* States respectfully request leave to file the attached Brief of *Amici Curiae* State of Utah and 15 Other States in Support of Plaintiffs.

Dated:  April 9, 2021                                             Respectfully submitted,

                                                     */s/ Ryan J. Hebson*
Rik S. Tozzi (TOZ001)
ASB-7144-Z48R
Ryan J. Hebson (HEB003)
ASB-3200-R74H
*Attorneys for Amici States*
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
rtozzi@burr.com
rhebson@burr.com


SEAN D. REYES
*Attorney General of Utah*
MELISSA A. HOLYOAK* (Utah Bar No. 9832)
*Solicitor General*
STATE OF UTAH
OFFICE OF THE ATTORNEY GENERAL
350 N.  State Street, Suite 230
P.O.  Box 142320
Salt Lake City, UT 84114-2320
Telephone: (801) 538-9600
melissaholyoak@agutah.gov
**pro hac vice* application forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail on this the 9th day of April, 2021:

STEVE MARSHALL
*Attorney General of Alabama*
Edmund G. LaCour Jr.
*Solicitor General*
A. Barrett Bowdre
*Deputy Solicitor General*
James W. Davis
Winfield J. Sinclair
Brenton M. Smith
*Assistant Attorneys General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Ave.
Montgomery, Alabama  36104
Telephone:  (334) 242-7300
Facsimile:  (334) 353-8400
edmund.lacour@alabamaag.gov
barrett.bowdre@alabamaag.gov
jim.davis@alabamaag.gov
winfield.sinclair@alabamaag.gov
brenton.smith@alabamaag.gov

Christopher W. Weller
CAPELL & HOWARD, P.C.
150 South Perry Street
Montgomery, Alabama  36104
Telephone:  (334) 241-8000
Facsimile:  (334) 241-8266
chris.weller@chlaw.com

Jason B. Torchinsky
Jonathan P. Lienhard
Shawn T. Sheehy
Phillip M. Gordon
HOLTZMANVOGEL JOSEFIAK
TORCHINSKY PLLC
15405 John Marshall Hwy
Haymarket, Virginia  20169
Telephone:  (540) 341-8808
Facsimile:  (540) 341-8809
jtorchinsky@hvjt.law
jlienhard@hvjt.law
ssheehy@hvjt.law
pgordon@hvjt.law

BRIAN M. BOYNTON
*Acting Assistant Attorney General*
ALEXANDER K. HAAS
*Director, Federal Programs Branch*
BRAD P. ROSENBERG
*Assistant Director, Federal Programs Branch*
Zachary A. Avallone
Elliott M. Davis
John Robinson
*Trial Attorneys*
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Telephone:  (202) 616-8489
zachary.a.avallone@usdoj.gov
elliott.m.davis@usdoj.gov
john.j.robinson@usdoj.gov

*/s/ Ryan J. Hebson*
OF COUNSEL

45345092 v1