IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:21-cv-211-RAH-ECM-KCN |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF COMMERCE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is the *Consent Motion of 16 States for Leave to File Amicus Curiae Brief in Support of Plaintiffs State of Alabama, et al.* (Doc. 34) filed by the State of Utah and 15 other states (collectively, "the States") on April 9, 2021. The parties have not objected to its filing. Upon consideration and for good cause, it is

ORDERED that the Motion be and is hereby GRANTED. The movants should file their *amicus curiae* brief with the Court on or before **April 13, 2021**.

DONE, on this the 12th day of April, 2021.

/s/ Kevin C. Newsom
KEVIN C. NEWSOM
UNITED STATES CIRCUIT JUDGE

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE