Case No. 3:21-cv-211-RAH-ECM-KCN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

## THE STATE OF ALABAMA, et al.,

Plaintiffs,

v.

## UNITED STATES DEPARTMENT OF COMMERCE, et al.,

Defendants.

**CONSENT MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF BY
(1) SENATE OF PENNSYLVANIA REPUBLICAN CAUCUS,
(2) PENNSYLVANIA SENATE PRESIDENT PRO TEMPORE JAKE CORMAN, AND
(3) PENNSYLVANIA SENATE MAJORITY LEADER KIM WARD**

Albert L. Jordan
Jonathan A. Griffith
Wallace, Jordan, Ratliff, & Brandt, L.L.C.
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Phone: (205) 870-0555
Fax: (205) 871-7534
bjordan@wallacejordan.com
jgriffith@wallacejordan.com

*Attorneys for Senate of Pennsylvania Republican Caucus,
Pennsylvania Senate President Pro Tempore Jake Corman,
and Pennsylvania Senate Majority Leader Kim Ward*

## **CONSENT MOTION FOR LEAVE TO FILE AN AMICUS BRIEF**

The Senate of Pennsylvania Republican Caucus (the "Caucus"), the Pennsylvania Senate President Pro Tempore of the Jake Corman, and the Pennsylvania Senate Majority Leader Kim Ward hereby move this Court for leave to file an amicus curiae brief in support of the Complaint for Declaratory and Injunctive Relief filed by the State of Alabama and others. The Plaintiffs and the Defendants in this action have consented to this motion and the filing of the amicus curiae brief proposed herein.

The Caucus is composed of all Republican members of the Senate of the State of Pennsylvania. Under Article II, § 16 of the Pennsylvania Constitution, the Senate is composed of 50 members. The Senate is one part of the General Assembly of Pennsylvania in which "the legislative power of this Commonwealth" is vested, under Article II, § 1 of the State Constitution. The Caucus was created with the Senate's constitutional authority under Article II of the State Constitution. At present, the Caucus is composed of 27 Senate members, and one Independent who caucuses with Republicans. The Caucus is said to be "an integral constituent of the Senate" and to perform "essential legislative functions and administrative business in the Senate." *Precision Mktg., Inc. v. Com., Republican Caucus of the Sen. of PA*, 78 A.3d 667, 675 (Pa. Cmwlth. 2013).

1

The President Pro Tempore Jake Corman ("PPT") is an officer of the State Senate, as established by Art. II, § 9 of the State Constitution. Subject to election by the full Senate, the PPT serves as the President of the Senate in the absence of the Lieutenant Governor. Pa. Const., Art. IV, § 4. The PPT is also responsible, along with the Speaker of the House, for certifying the four (4) legislative members of the Legislative Reapportionment Commission under Pennsylvania's Constitution. Pa. Const. Art. II, § 17(b).

The Majority Leader Kim Ward is elected by vote of the Caucus. According to the Rules of the Senate, the Majority Leader serves as President of the Senate in the absence of the Lieutenant Governor and of the PPT. *See* Rules of the Senate of Pennsylvania, Rule 5 (adopted Jan. 5, 2021). In addition to her role with the Senate, the Majority Leader is a member of the Commonwealth's Legislative Reapportionment Commission. Pa. Const. Art. II, § 17(b).

Part of the Senate's lawmaking power, and therefore the Caucus, involves the establishment of district lines for the members of Congress elected from Pennsylvania. *See* 2 U.S.C. § 2c ("there shall be established by law a number of districts equal to the number of Representatives to which such State is so entitled . . . ."). In addition, the boundaries of the Senate districts are adjusted by a Legislative Reapportionment Commission "in each year following the year of the Federal decennial census." Pa. Const., Art. II, § 17(a), (c).

This action is one of extraordinary and widespread public interest. The failure of the Defendants to issue intrastate census data by the March 31 statutory deadline has widespread potential impact across the country. Moreover, the adjustments to census data in the name of protecting privacy can affect accuracy in an adverse way, and the usefulness of the census in public policy-making. The need for that census data by officials with duties or interests in intrastate apportionment of election positions has been recognized as enough to support status as a party due relief. *See Department of Commerce v. United States House of Representatives*, 525 U.S. 316, 333–34 (1999) (noting required use of census under Pennsylvania Constitution for intrastate reapportionment, and standing of county voters). A fortiori, the interest of these officials should be sufficient to allow filing as amici where those issues are presented. This brief seeks to provide the perspective of officials in one State impacted by the failure to provide timely and accurate data from the federal census. A proposed form of a brief from these amici parties is attached hereto.

Respectfully submitted on April 12, 2021.

> *s/ Albert L. Jordan*
> Albert L. Jordan
> bjordan@wallacejordan.com
>
> *s/ Jonathan A. Griffith*
> Jonathan A. Griffith
> jgriffith@wallacejordan.com

<u>OF COUNSEL</u>:
Wallace, Jordan, Ratliff & Brandt, L.L.C.
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35208
Phone: (205) 870-0555
Fax: (205) 871-7534

*Attorneys for Amicus Curiae Senate of Pennsylvania Republican Caucus,
Pennsylvania Senate President Pro Tempore Jake Corman,
and Pennsylvania Senate Majority Leader Kim Ward*

# **CERTIFICATE OF SERVICE**

I certify that on April 12, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Brian M. Boynton
*Acting Assistant Attorney General*
Alexander K. Haas
*Director, Federal Programs Branch*
Brad P. Rosenberg
*Assistant Director, Federal Programs Branch*
Elliott M. Davis
Zachary A. Avallone
John Robinson
*Trial Attorneys*
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Washington, DC 20005
elliott.m.davis@usdoj.gov

Jason B. Torchinsky
Jonathan P. Lienhard
Shawn T. Sheehy
Phillip M. Gordon
Holtzman Vogel Josefiak Torchinsky, PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
jtorchinsky@hvjt.law
jlienhard@hvjt.law
ssheehy@hvjt.law
pgordon@hvjt.law

Steve Marshall
*Attorney General of Alabama*
Edmund G. LaCour Jr.
*Solicitor General*
A. Barrett Bowdre
*Deputy Solicitor General*
James W. Davis
Winfield J. Sinclair
Brenton M. Smith
*Assistant Attorneys General*
State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Winfield.Sinclair@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov

Christopher W. Weller
Capell & Howard, P.C.
150 South Perry Street
Montgomery, AL 36104
Chris.weller@chlaw.com

Rik S. Tozzi
Ryan J. Hebson
Attorneys for Amici States
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
rtozzi@burr.com
rhebson@burr.com

5

SEAN D. REYES
*Attorney General of Utah*
MELISSA A. HOLYOAK*
*Solicitor General*
STATE OF UTAH
OFFICE OF THE ATTORNEY
GENERAL
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
melissaholyoak@agutah.gov
*pro hac vice application forthcoming

                                              *s/ Albert L. Jordan*
                                              OF COUNSEL