**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **THE STATE OF ALABAMA; ROBERT ADERHOLT, Representative for Alabama's 4th Congressional District, in his official and individual capacities; WILLIAM GREEN; and CAMARAN WILLIAMS,** )<br>)<br>)<br>)<br>)<br>) | |
| **Plaintiffs,** )<br>) | |
| **v.** )<br>) | |
| **UNITED STATES DEPARTMENT OF COMMERCE; GINA RAIMONDO, in her official capacity as Secretary of Commerce; UNITED STATES BUREAU OF THE CENSUS, an agency within the United States Department of Commerce; and RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 3:21-cv-211-RAH-ECM-KCN** |
| **Defendants.** )<br>)<br>) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rule 9010(b), Bill D. Bensinger of Christian & Small LLP hereby enters an appearance as attorney of record for the State Government Leadership Foundation in the above captioned bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rule 2002, the undersigned attorney of record requests that, without limitation, all notices given or required to be given in this case, and all other documents served or required to be served in this case, be given to and served upon the following:

Bill D. Bensinger
CHRISTIAN & SMALL LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL  35203
bdbensinger@csattorneys.com
(205) 795-6588

This request encompasses, but is not limited to, all notices, copies, documents, and pleadings, including, without limitation, notices of any Orders, motions, demands, complaints,

petitions, pleadings, papers, requests, applications, or any other documents brought before this Court in this case, whether formal or informal, or transmitted or conveyed by mail, hand delivered, telefax, telegraph, teletex or otherwise which affect or seek to affect the above case.

/s/ Bill D. Bensinger
Bill D. Bensinger, Attorney for
The State Government Leadership Foundation

OF COUNSEL:
CHRISTIAN & SMALL LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL  35203
(205) 795-6588

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April, 2021, I filed the above and foregoing via the Court's electronic CM/ECF system, which will send an electronic copy to all parties who have appeared and requested electronic notice.

/s/ Bill D. Bensinger
Bill D. Bensinger