IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:21-cv-211-RAH-ECM-KCN |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF COMMERCE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the *Consent Motion of the National Redistricting Foundation for Leave to File Amicus Curiae Brief in Opposition to Plaintiffs' Motion for a Preliminary Injunction* (Doc. 42) filed on April 13, 2021. The parties do not object to the requested brief. Upon consideration and for good cause, it is

ORDERED that the Motion be and is hereby GRANTED. The movants should file their *amicus curiae* brief with the Court on or before **April 14, 2021**.

DONE, on this the 13th day of April, 2021.

　　　　　　　　　　　　　　　　/s/ Kevin C. Newsom　　　　　　
　　　　　　　　　　　　　　KEVIN C. NEWSOM
　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE

　　　　　　　　　　　　　　　　/s/ Emily C. Marks　　　　　　　
　　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE