IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Eastern DIVISION

The State of Alabama, et al().,

Plaintiff,

v.

United States Department of Commerce, et al.,

Defendants,

CASE NO. 3:21-cv-00211-RAH-ECM-KCN

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Ron Jarmin, in his official capacity, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

_____
Date

/s/ Elliott M. Davis
(Signature)

Elliott M. Davis
(Counsel's Name)

Defendants
Counsel for (print names of all parties)

1100 L St. NW
Washington, DC 20005
Address, City, State Zip Code

(202) 514-4336
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Eastern_____ DIVISION

## CERTIFICATE OF SERVICE

I, Elliott M. Davis_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __CM/ECF filing_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __13th____ day of __April_____ 20_21_, to:

All opposing counsel

_____

4/13/2021                                                              /s/ Elliott M. Davis
        Date                                                                    Signature