IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>        Defendants. | Case No. 3:21-CV-00211-RAH-ECM-KCN |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.1, Richard P. Rouco, a member in good standing of the Alabama State Bar and the United States District Court for the Middle District of Alabama, moves this Court for admission *pro hac vice* of Shankar Duraiswamy as counsel for proposed *amicus curiae* the National Redistricting Foundation. As grounds for this motion, Mr. Rouco certifies the following:

1. Mr. Duraiswamy is not a member of the bar of Alabama.

2. Mr. Duraiswamy is a member in good standing of the United States District Court for the District of Columbia. A Certificate of Good Standing from the United States District Court for the District of Columbia is attached as Exhibit A.

4. Mr. Duraiswamy has never been disbarred, suspended or denied admission to practice law in any jurisdiction. *See*, Exhibit B Declaration of Mr. Duraiswamy.

5. Mr. Duraiswamy is familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Federal Rules of

Appellate Procedure, and has reviewed the Local Rules of this Court and understands that he shall be subject to the disciplinary jurisdiction of this Court. *See*, Exhibit B.

6. Mr. Duraiswamy understands admission *pro hac vice* is limited to this case and does not constitute formal admission to the bar of this Court. *Id*.

7. Mr. Duraiswamy's office address is One City Center 850 10th Street, NW Washington, DC 20001. His office phone number is 202-662-6000. His email address is sduraiswamy@cov.com.

8. Mr. Rouco is a member in good standing of the bar of this Court and will serve as local counsel for the National Redistricting Foundation.

9. The $75.00 fee for admission *pro hac vice* will be submitted with this motion.

Dated: April 15, 2021.

Respectfully submitted,

*/s/ Richard P. Rouco*
Richard P. Rouco
Counsel for National Redistricting Foundation
ASB-6182-R76R
Quinn Connor Weaver
Davies & Rouco, LLP
2 – 20th Street North, Suite 930
Birmingham, AL 35203
205-870-9989
rrouco@qcwdr.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I certify that a copy of the foregoing has been served by ordinary U.S. Mail upon all parties for whom counsel has not yet entered an appearance electronically: None.

Dated: April 15, 2021                  /s/  Richard P. Rouco
                                       Richard P. Rouco
                                       Counsel for *Amicus Curiae*
                                       National Redistricting Foundation