IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:21-cv-211-RAH-ECM-KCN |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF COMMERCE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Oral Argument on the Plaintiffs' Motion for a Preliminary Injunction, Petition for a Writ of Mandamus (Doc. 3) is hereby SET in person on **Monday, May 3, 2021, 10:00 am CST**, in **Courtroom 2F of the Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery, Alabama**. All supplemental evidence shall be filed with the Court on or before **April 26, 2021**.

Further, on or before **April 28, 2021**, counsel shall send an email message to propord_huffaker@almd.uscourts.gov, notifying the Court of the total number of in-person attendees for each party who will attend the hearing, inclusive of attorneys and parties. All parties, counsel, and attendees are expected to observe the Court's COVID-19 protocols. Due to limited seating and social distancing, another courtroom will be available for live viewing, if necessary.

DONE, on this the 19th day of April, 2021.

                         /s/ Kevin C. Newsom
                         KEVIN C. NEWSOM
                         UNITED STATES CIRCUIT JUDGE

                         /s/ Emily C. Marks
                         EMILY C. MARKS
                         CHIEF UNITED STATES DISTRICT JUDGE

                         /s/ R. Austin Huffaker, Jr.
                         R. AUSTIN HUFFAKER, JR.
                         UNITED STATES DISTRICT JUDGE