# Exhibit 5

**To:** John Maron Abowd (CENSUS/ADRM FED)[john.maron.abowd@census.gov]
**Cc:** Robert Sienkiewicz (CENSUS/CED FED)[robert.sienkiewicz@census.gov]; Simson L Garfinkel (CENSUS/ADRM FED)[simson.l.garfinkel@census.gov]; Michael B Hawes (CENSUS/CED FED)[michael.b.hawes@census.gov]
**From:** Gary Linus Benedetto (CENSUS/CED FED)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9E0D0BFF599448BD94D5FE38D6850E4E-BENEDETTO,]
**Sent:** Thur 7/30/2020 8:01:02 PM (UTC)
**Subject:** Re: Please fix this
20200728 Disclosure Modernization Update-JMA-GB.docx

In that case, I have attached a version that has incorporated Rolando's feedback into the ACS section, Ian's feedback into the ECON section, and a few edits from me (including the one Michael suggested in our meeting with Rob about this last week). I am now passing it to Michael to update the 2020 Decennial section, as well as another once over.

Thanks,
Gary

---

**From:** John Maron Abowd (CENSUS/ADRM FED) <john.maron.abowd@census.gov>
**Sent:** Tuesday, July 28, 2020 1:01 PM
**To:** Gary Linus Benedetto (CENSUS/CED FED) <Gary.Linus.Benedetto@census.gov>
**Cc:** Robert Sienkiewicz (CENSUS/CED FED) <robert.sienkiewicz@census.gov>; Simson L Garfinkel (CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>; Michael B Hawes (CENSUS/CED FED) <michael.b.hawes@census.gov>
**Subject:** Re: Please fix this

Michael is the one who really needs it. He is fact checking a HDSR article that quotes heavily from the older paper, including the garbage about being legally required to hold certain populations invariant.

Thanks,

**John M. Abowd, PhD**, Associate Director and Chief Scientist
Research and Methodology
U.S. Census Bureau
O: 301-763-5880 M: simulring on cell
census.gov | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

**From:** Gary Linus Benedetto (CENSUS/CED FED) <Gary.Linus.Benedetto@census.gov>
**Sent:** Tuesday, July 28, 2020 12:51 PM
**To:** John Maron Abowd (CENSUS/ADRM FED) <john.maron.abowd@census.gov>
**Cc:** Robert Sienkiewicz (CENSUS/CED FED) <robert.sienkiewicz@census.gov>; Simson L Garfinkel (CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>; Michael B Hawes (CENSUS/CED FED) <michael.b.hawes@census.gov>
**Subject:** Re: Please fix this


I have sent along the section requests to Michael, Rolando, and Ian. I have some vacation planned for 8/5-7, so I will try to have something passed along before then, but it is possible it might come a little after 8/7.

Best,
Gary

**From:** John Maron Abowd (CENSUS/ADRM FED) <john.maron.abowd@census.gov>
**Sent:** Tuesday, July 28, 2020 11:32 AM
**To:** Gary Linus Benedetto (CENSUS/CED FED) <Gary.Linus.Benedetto@census.gov>
**Cc:** Robert Sienkiewicz (CENSUS/CED FED) <robert.sienkiewicz@census.gov>; Simson L Garfinkel (CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>; Michael B Hawes (CENSUS/CED FED) <michael.b.hawes@census.gov>
**Subject:** Please fix this

I want this paper so that it replaces the UNESCO piece, not "updates" with a lot of the incorrect reasoning in the original preserved. Aref started but you cannot assign this to him for further input. Assign it to Michael, Roberto and Ian to update for the 2020 Census, ACS and Econ Census, resp. Remove authors who made no contribution. You, Simson and I are the lead authors, remainder in alphabetical order. I rewrote large chunks of the original, but much of what is said here is now out of date. After your review pass to Simson; after Simson, pass to Michael, then send to me.

Due by Friday, August 7th.

Thanks,

**John M. Abowd, PhD**, Associate Director and Chief Scientist
Research and Methodology
U.S. Census Bureau
O: 301-763-5880 M: simulring on cell
 census.gov   |  @uscensusbureau
 **Shape your future. START HERE >** 2020census.gov