# Exhibit 11

**To:** Nathaniel Cogley (CENSUS/DEPDIR FED)[nathaniel.cogley@census.gov]
**From:** Benjamin A Overholt (CENSUS/DEPDIR FED)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6681E88243DE460087I932859CC06C9F-OVERHOLT, B]
**Sent:** Thur 10/22/2020 7:11:24 PM (UTC)

   I have two concerns with the misstatements and inappropriate promises offered in the third Paragraph. First, we state that we have already decided to change the DAS geographic Hierarchy in favor of AIAN groups. Second, it suggests we are seriously considering allocating more of the privacy loss budget to the AIAN community. These statements are either false or need to be reconsidered.
   To my first concern, as I understand it, the Director and Secretary are still deciding how, where, and even if we will employ Disclosure Avoidance. Stating that "We are making changes to the 2020 DAS geographic hierarchy to more effectively ensure accuracy for AIAN tribal areas." before we have made the decisions on DA to begin with, is misleading at best. At worst, it invites future lawsuits from any other minority group that is disadvantaged relative to the AIAN community.
   To my second concern, it is important to understand the extent to which minority groups, state, and even the statistical community, opposes the use of Disclosure avoidance. By trying to placate one racial group with a promise of "working to improve the accuracy of population counts in AIAN tribal areas by allocating more of the privacy-loss budget to those statistics." at the cost of less accuracy in the population counts of all other minority groups in all other areas, is an invitation extensive legal action.
   Together, the issues I have presented amount to Associate Directors making decisions that are the sole prerogative of the Director and the Secretary. We cannot promise to do something that blatantly gives one racial group an advantage at the expense of all others. Right now, the AIAN community is engaged against our proposed methodology, this letter guarantees every other minority group will become more engaged and demand equal treatment.

-Ben


---

**From:** Nathaniel Cogley (CENSUS/DEPDIR FED) <nathaniel.cogley@census.gov>
**Sent:** Thursday, October 22, 2020 2:35 PM
**To:** Benjamin A Overholt (CENSUS/DEPDIR FED) <benjamin.a.overholt@census.gov>
**Subject:** Fw: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.


---

**From:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Sent:** Thursday, October 22, 2020 1:30 PM
**To:** Nathaniel Cogley (CENSUS/DEPDIR FED) <nathaniel.cogley@census.gov>; Earl N Mayfield (CENSUS/DEPDIR FED) <earl.n.mayfield@census.gov>
**Subject:** Fw: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

Any comments?


---

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Thursday, October 22, 2020 1:24 PM
**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Subject:** Re: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

Are we still holding on this one? Did you have further edits?

I edited it again. The tribal consultation is now scheduled.

---

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Friday, October 9, 2020 11:02 AM
**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

The letter to Haaland and Cole might require more edits than I initially thought.

I don't like "we can't postpone decisions" because we have done that twice now, at least in regards to the DSEP meeting. So I rephrased.

For the tribal consultation, the draft Federal Notice for that is now with Caryn, so Smith, you might already have it. If you are able to expedite that, it could me published probably next week.

Maybe we hold this letter just a little bit longer. It could include more specifics on the tribal consultation if the FRN is approved and then sent along for publication. Edits that could be edited again if the FRN can be finalized are attached.

---

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Friday, October 9, 2020 9:38 AM
**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

For Warren, Sprung told me that yesterday and I let the correspondence people know. thank you.

I might need minor edits to Haaland / Cole letter. I am working it right now and will send with track changes if anything needs to be edited. I think the disclosure avoidance stuff is probably still good to go, but the tribal consultation part might need some refinements now.

---

**From:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Sent:** Friday, October 9, 2020 9:34 AM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Subject:** Re: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

Steve approved letter to Sen Warren yesterday...

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Friday, October 9, 2020 9:25 AM
**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Subject:** Re: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

It looks accurate but Stanley is reviewing one more time to makes sure it's the latest version.

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: 240-532-0676
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

---

**From:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Sent:** Friday, October 9, 2020 9:15 AM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Fw: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

Ali:
Are the dates and milestones reference in this letter still appropriate? Thanks.

---

**From:** Caryn M Tate (CENSUS/DEPDIR FED) <caryn.m.tate@census.gov>
**Sent:** Friday, October 9, 2020 9:05 AM
**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Subject:** Fw: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

Good morning Steve,

Could you help me get this cleared by the Director?

Thanks,
Caryn

**Caryn Tate,** Office Manager, Office of the Director, U. S. Census Bureau
Office: 301-763-1138   Fax: 301-763-3761   caryn.m.tate@census.gov
census.gov   Connect with us on Social Media

---

**From:** Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Sent:** Thursday, September 10, 2020 1:47 PM
**To:** Caryn M Tate (CENSUS/DEPDIR FED) <caryn.m.tate@census.gov>; Katherine Dodson Hancher (CENSUS/DEPDIR FED) <Katherine.Dodson.Hancher@census.gov>
**Subject:** Fw: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

This looks fine to me. Approved.

---

**From:** Katherine Dodson Hancher (CENSUS/DEPDIR FED) <Katherine.Dodson.Hancher@census.gov>
**Sent:** Wednesday, September 9, 2020 2:26 PM
**To:** Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Cc:** Caryn M Tate (CENSUS/DEPDIR FED) <caryn.m.tate@census.gov>

**Subject:** Fw: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

Mike-

For your review and approval.  Please respond to Caryn and myself with attachments.

Kathy

Kathy Hancher
Office of the Director
U.S. Census Bureau
301.763.3964
katherine.dodson.hancher@census.gov

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Tuesday, September 8, 2020 5:20 PM
**To:** Caryn M Tate (CENSUS/DEPDIR FED) <caryn.m.tate@census.gov>; Katherine Dodson Hancher (CENSUS/DEPDIR FED) <Katherine.Dodson.Hancher@census.gov>
**Subject:** Fw: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

Approved.  Signed control sheet attached.


_____

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: 301-980-8140

census.gov  |  @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Katherine Dodson Hancher (CENSUS/DEPDIR FED) <Katherine.Dodson.Hancher@census.gov>
**Sent:** Tuesday, September 8, 2020 4:27 PM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Caryn M Tate (CENSUS/DEPDIR FED) <caryn.m.tate@census.gov>
**Subject:** Fw: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

For your approval.  Please respond to Caryn and myself with attachments.

Kathy Hancher
Office of the Director
U.S. Census Bureau
301.763.3964
katherine.dodson.hancher@census.gov

---

**From:** BOC Correspondence Quality Assurance (CENSUS) <boc.correspondence.quality.assurance@census.gov>
**Sent:** Tuesday, September 8, 2020 4:26 PM
**To:** Caryn M Tate (CENSUS/DEPDIR FED) <caryn.m.tate@census.gov>; Katherine Dodson Hancher (CENSUS/DEPDIR FED) <Katherine.Dodson.Hancher@census.gov>; Josie A Hollingsworth (CENSUS/DEPDIR FED) <josie.a.hollingsworth@census.gov>; Natalie M Jackson (CENSUS/EMD FED) <Natalie.M.Jackson@census.gov>
**Cc:** BOC Correspondence Quality Assurance (CENSUS) <boc.correspondence.quality.assurance@census.gov>; Christopher J Stanley

(CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Subject:** FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

Hi all,

The attached draft to Congressional members Haaland/Cole regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus is ready for the Deputy Director/ Director's approval.  Chris, Ali, and Christa have all approved.  It is reflected in the control sheet.  Please let us if they concur.

Thanks.
Nicole