IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:21-cv-211-RAH-ECM-KCN |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF COMMERCE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Now before the Court is the Motion for Admission *Pro Hac Vice* (Doc. 65) filed by attorney David Zionts. Upon consideration and for good cause, it is hereby

ORDERED that the motion be and is hereby GRANTED. Attorney David Zionts is ADMITTED to appear before this Court *pro hac vice* on behalf of the National Redistricting Foundation.

DONE, on this the 21st day of April, 2021.

/s/ Kevin C. Newsom
KEVIN C. NEWSOM
UNITED STATES CIRCUIT JUDGE

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE