IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:21-cv-211-RAH-ECM-KCN |
| | ) |
| UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On April 16, 2021, Margo Anderson (Anderson) filed a motion for leave to file a brief as amicus curiae in support of Plaintiffs. (*See* Doc. 90.) Anderson, however, provides no indication whether the motion is opposed or unopposed. Accordingly, it is hereby

ORDERED that on or before **April 26, 2021**, Anderson shall contact counsel for the parties concerning whether they consent to the requested relief and thereafter shall supplement the motion by filing a notice of consent, or lack thereof, with the court.

DONE, on this the 22nd day of April, 2021.

/s/ Kevin C. Newsom
KEVIN C. NEWSOM
UNITED STATES CIRCUIT JUDGE

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE

      /s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE