# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA; ROBERT ADERHOLT, Representative for Alabama's 4th Congressional District, in his official and individual capacities; WILLIAM GREEN; and CAMARAN WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE; GINA RAIMONDO, in her official capacity as Secretary of Commerce; UNITED STATES BUREAU OF THE CENSUS, an agency within the United States Department of Commerce; and RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau,<br><br>Defendants. | CIVIL ACTION NO. 3:21-CV-211-RAH-KFP |

## NOTICE OF CONSENT
## SUPPLEMENTAL TO MARGO ANDERSON'S MOTION FOR LEAVE
## TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS

**AMICUS CURIAE MARGO ANDERSON,** by and through the undersigned counsel, hereby provides this notice to the Court that counsel for all parties have been consulted and Anderson's Motion for Leave to File Amicus Curiae Brief in Support of Plaintiffs (Doc. 90) is unopposed. On April 23, 2021, the undersigned counsel contacted counsel for all parties, as ordered by the Court (*see* Order, Doc. 98), and received confirmation by e-mail that the parties do not oppose the Motion.

Respectfully submitted this 23rd day of April, 2021,

/s/ *Bryan M. Taylor*
Bryan M. Taylor (ASB-0390-Y81T)
*Counsel for Margo Anderson*
BACHUS BROM & TAYLOR, LLC
3536 Independence Drive
Birmingham, AL 35209
(334) 596-9650
btaylor@bachusbrom.com

**CERTIFICATE OF SERVICE**

This is to certify that on the 23rd day of April, 2021, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to all counsel of record electronically registered with the Clerk.

s/Bryan M. Taylor
Bryan M. Taylor (ASB-0390-Y81T)
*Counsel for Amicus Curiae Margo Anderson*