UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2021 APR 23 P 1: 20

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| THE STATE OF ALABAMA, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, *et al.* <br><br> Defendants. | No. 3:21–cv–00211–RAH–ECM–KCN |

**MOTION TO APPEAR PRO HAC VICE FOR ELECTRONIC PRIVACY INFORMATION CENTER**

Pursuant to Local Rule 83.1(b) of the Local Civil Rules of the United States District Court for the Middle District of Alabama, John Davisson, who is a member in good standing of the United States District Court for the District of Columbia, moves this Court to appear in the above-captioned case *pro hac vice* on behalf of the Electronic Privacy Information Center ("EPIC"). EPIC intends to move the Court for leave to file a brief as *amicus curiae* in support of Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary Injunction and Petition for Mandamus, Dkt. No. 41. An affidavit in support of this motion is attached hereto as Exhibit A.

Respectfully submitted this 22nd day of April, 2021.

/s/ John L. Davisson

JOHN L. DAVISSON
EPIC Senior Counsel

1

ELECTRONIC PRIVACY
INFORMATION CENTER
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)