# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, *et al.* <br><br> Defendants. | No. 3:21–cv–00211–RAH–ECM–KCN |

**AFFIDAVIT OF JOHN DAVISSON IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

I, John Davisson, make this affidavit in support of the motion for my admission to appear *pro hac vice* in the above-captioned matter as counsel for the Electronic Privacy Information Center. I hereby state and declare as follows:

1. I am Senior Counsel at the Electronic Privacy Information Center ("EPIC").

2. My business address is 1519 New Hampshire Ave NW, Washington, DC 20036.

3. I am an active member in good standing of the District of Columbia Bar, the New York State Bar, the Bar of the United States District Court for the District of Columbia, and the Bar of the United States Court of Appeals for the District of Columbia Circuit.

4. My District of Columbia Bar number is 1531914, and my New York State Bar number is 5493929.

5. A current certificate of good standing from the United States District Court for the District of Columbia is attached to this affidavit.

6. I attest that I have never been subject to any disciplinary proceedings concerning my practice of law.

7. I attest that I have read and understand the Local Rules of Court for the U.S. District Court for the Middle District of Alabama.

8. Based on the foregoing, I respectfully request that I be admitted *pro hac vice* in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 22, 2021, in Washington, D.C.

Respectfully Submitted,

/s/ John L. Davisson

JOHN L. DAVISSON
EPIC Senior Counsel
ELECTRONIC PRIVACY
INFORMATION CENTER
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)

 

# United States District & Bankruptcy Courts
# for the District of Columbia
CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

I, **ANGELA D. CAESAR**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**JOHN DAVISSON**

was, on the 4th day of June A.D. 2018 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 22nd day of April A.D. 2021.

**ANGELA D. CAESAR**, Clerk of Courts

By: *Natalee McClure*

**Deputy Clerk**