```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602063082
Cashier ID: hseymore
Transaction Date: 04/23/2021
Payer Name: JOHN LOUIS DAVISSION
------------------------------------
PRO HAC VICE
 For: JOHN L. DAVISSON
 Case/Party: D-ALM-2-1A-TT-YFUNDS-001
 Amount:         $75.00
------------------------------------
CHECK
 Check/Money Order Num: 1015
 Amt Tendered:  $75.00
------------------------------------
Total Due:      $75.00
Total Tendered: $75.00
Change Amt:     $0.00

 PHV

3:21-cv-00211

The State of Alabama et al v.
United States Department of
Commerce et al
```