## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2021, I served on all counsel via electronic mail the foregoing Motion to Appear Pro Hac Vice and associated Exhibit.

/s/ John L. Davisson
John L. Davisson (D.C. Bar #1531914)
EPIC Senior Counsel

ELECTRONIC PRIVACY
INFORMATION CENTER
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)
davisson@epic.org