UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, *et al.* <br><br> Defendants. | No. 3:21–cv–00211–RAH–ECM–KCN |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW the Electronic Privacy Information Center ("EPIC"), a movant seeking to file a brief as *amicus curiae* in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no entities to be reported.

Respectfully Submitted,

Dated: April 26, 2021

/s/ Adam W. Pittman
Adam W. Pittman (ASB-0146-A33P)
**CORY WATSON, P.C.**
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
(205) 328-2200
(205) 324-7896, fax
apittman@corywatson.com

1

John L. Davisson (D.C. Bar #1531914)[*]
EPIC Senior Counsel
**ELECTRONIC PRIVACY**
**INFORMATION CENTER**
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)
davisson@epic.org

*Attorneys for EPIC*

---

[*] *Pro hac vice* motion pending.

## CERTIFICATE OF SERVICE

I hereby certify that on 26th day of April, 2021, I filed with the Court and served on all counsel through the CM/ECF system the foregoing document.

/s/ Adam W. Pittman
Adam W. Pittman (ASB-0146-A33P)
**CORY WATSON, P.C.**
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
(205) 328-2200
(205) 324-7896, fax
apittman@corywatson.com