UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE; *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 3:21-CV-211-RAH |

**PLAINTIFFS' NOTICE OF EVIDENTIARY SUBMISSION**

Plaintiffs hereby submit the attached supplemental exhibits pursuant to this Court's Order of April 19, 2021. *See* (ECF No. 93). The attached supplemental exhibits are in addition to the evidence Plaintiffs have already submitted with their prior pleadings. All exhibits, including but not limited to those previously filed and attached to Plaintiffs' Motion for Preliminary Injunction, Plaintiffs' Reply in Support of their Request for Three-Judge Court, and Plaintiffs' Reply in Support of their Preliminary Injunction, are hereby included herein as exhibits by reference. *See* (ECF Nos. 3, 25, & 94).

Plaintiffs submit the following list of exhibits for the Court's consideration at the hearing on the preliminary injunction set for May 3, 2021, reserving the right to supplement, modify, or amend this list to include material which may be needed to rebut evidence presented by the Defendants. Plaintiffs further reserve the right to modify this list with leave of Court.

**Plaintiffs' Exhibit List**

| Exhibit | Exhibit Name |
|---|---|
| PL EX 1 | Simson L. Garfinkel, John M. Abowd, & Sarah Powazek, Issues Encountered Deploying Differential Privacy 3 (Sept. 6, 2018), https://arxiv.org/pdf/1809.02201.pdf |

1

| | |
|---|---|
| PL EX 2 | U.S. Census Bureau, 2020 Disclosure Avoidance System Updates (Feb. 23, 2021), https://www.census.gov/newsroom/press-releases/2020/statement-covid-19-2020.html |
| PL EX 3 | U.S. Department of Commerce Secretary Wilbur Ross and U.S. Census Bureau Director Steven Dillingham Statement on 2020 Census Operational Adjustments Due to COVID-19 U.S. Census Bureau (Apr. 13, 2020), https://www.census.gov/newsroom/press-releases/2020/statement-covid-19-2020.html |
| PL EX 4 | 2020 Census Response Rate Update: 99.98% Complete Nationwide, U.S. CENSUS BUREAU (Oct. 19, 2020), https://www.census.gov/newsroom/press-releases/2020/2020-census-all-states-top-99-percent.html#:~:text=OCT.,15%2C%202020. |
| PL EX 5 | Albert E. Fontenot, 2020 Census Update, Presentation to the Census Scientific Advisory Committee March 18, 2021 at 2, https://www2.census.gov/about/partners/cac/sac/meetings/2021-03/presentation-2020-census-operational-review.pdf |
| PL EX 6 | Michael B. Hawes, U.S. Census Bureau, Implementing Differential Privacy: Seven Lessons From the 2020 United States Census, Harvard Data Science Review (Apr. 30, 2020) https://hdsr.mitpress.mit.edu/pub/dgg03vo6/release/2 |
| PL EX 7 | Michael Hawes, U.S. Census Bureau, Differential Privacy and the 2020 Decennial Census at 24 (Mar. 5, 2020), https://www2.census.gov/about/policies/2020-03-05-differential-privacy.pdf |
| PL EX 8 | John M. Abowd, Modernizing Disclosure Avoidance: A Multipass Solution to Post-processing. Error, The Census Bureau, (June 18, 2020), https://www.census.gov/newsroom/blogs/research-matters/2020/06/modernizing_disclosu.html |
| PL EX 9 | Andy Beveridge, Sixteen States Sue to Block Census Bureau Data Privacy Method (Apr. 19, 2021), https://www.socialexplorer.com/blog/post/sixteen-states-sue-to-block-census-bureau-dataprivacy-method-11411 |
| PL EX 10 | Aref N. Dajani et al., Presentation to Census Scientific Advisory Committee, The Modernization of Statistical Disclosure Limitation at the U.S. Census Bureau (Sept. 2017) https://www2.census.gov/cac/sac/meetings/2017-09/statistical-disclosure-limitation.pdf |
| PL EX 11 | John M. Abowd et al., The Modernization of Statistical Disclosure Limitation at the U.S. Census Bureau (July 2020) https://www2.census.gov/adrm/CED/Papers/CY20/2020-08-AbowdBenedettoGarfinkelDahletal-The%20modernization%20of.pdf |
| PL EX 12 | U.S. Census Bureau, Decennial Census P.L. 94-171 Redistricting Data (Mar. 15, 2021) https://www.census.gov/programs-surveys/decennial-census/about/rdo/summary-files.html |

| PL EX 13 | U.S. Census Bureau, Meeting Redistricting Data Requirements: Accuracy Targets (Apr. 7, 2021), https://content.govdelivery.com/accounts/USCENSUS/bulletins/2cb745b |
|---|---|
| PL EX 14 | Amy Lauger et al., U.S. Census Bureau, Disclosure Avoidance Techniques at the U.S. Census Bureau: Current Practices and Research 2 (Sept. 26, 2014), https://www.census.gov/content/dam/Census/library/working-papers/2014/adrm/cdar2014-02-discl-avoid-techniques.pdf |
| PL EX 15 | JASON, Formal Privacy Methods for the 2020 Census (Apr. 2020), https://www.census.gov/programs-surveys/decennial-census/2020-census/planningmanagement/planning-docs/privacy-methods-2020-census.html |
| PL EX 16 | Laura McKenna, U.S. Census Bureau, Research & Methodology Directorate: Disclosure Avoidance Techniques Used for the 1960 Through 2010 Decennial Census of Population and Housing Public Use Microdata Samples (Apr. 2019) https://www2.census.gov/adrm/CED/Papers/FY20/2019-04-McKennaSix%20Decennial%20Censuses.pdf |
| PL EX 17 | 10.22.2020 Cogley to Mayfield For Deputy Directors Approval |
| PL EX 18 | 10.7.2020 Disclosure Avoidance System Power Point |
| PL EX 19 | 11.14.2019 Abowd Power Point Census Bureau Good Data Steward |
| PL EX 20 | 2.26.20 Letter from J Abowd to Steering Committee |
| PL EX 21 | 4.10.20 Concerns about Disclosure Avoidance Program Letter from C Benson to S. Dillingham |
| PL EX 22 | 5.22.2020 Reducing the Magnitude of Upward Bias |
| PL EX 23 | 6.26.2020 Thieme to Adams File Integrity Checks |
| PL EX 24 | 7.13.2020 Abowd to Hill Question on DAS |
| PL EX 25 | 7.21.2020 Abowd to Velkoff Large Epsilon Additional Runs for Review |
| PL EX 26 | 7.21.2020 Hollingsworth to Velkoff Large Epsilon Additional Runs for Review |
| PL EX 27 | 7.24.2020 Hawes to Abowd Fact Checking Request |
| PL EX 28 | 7.27 to 7.31.2020 Annual Conference Power Point |
| PL EX 29 | 7.9.2020 Ingold to Whitehome Silver Lining Decades Ago |
| PL EX 30 | 8.19.2020 Philip LeClerc The Challenge of Invariants and the Microdata Requirement |
| PL EX 31 | 9.18.2020 Allison Plyer to Dillingham Recommendations and Comments to the Census Bureau |
| PL EX 32 | 9.18.2020 Plyer to Dillingham Recommendations and Comments to the Census Bureau |
| PL EX 33 | Draft of Memo about Concerns with Intentionally Distorting the Population Tabulations |
| PL EX 34 | FY 2021 DOC Senate QFRs Document |
| PL EX 35 | 6.24.2020 Abowd Letter to Steering Committee |
| PL EX 36 | Expert Report of Michael Barber in Reply to Amicus Brief of Data Privacy Experts |
| PL Demonstrative EX 1 | Census and Redistricting Overview Presentation |

Dated: April 26, 2021

STEVE MARSHALL
*Attorney General of Alabama*

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr. (ASB-9182-U81L)
*Solicitor General*

A. Barrett Bowdre (ASB-2087-K29V)
*Deputy Solicitor General*

James W. Davis (ASB-4063-I58J)
Winfield J. Sinclair (ASB-1750-S81W)
Brenton M. Smith (ASB-1656-X27G)
*Assistant Attorneys General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Ave.
Montgomery, AL 36130
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Winfield.Sinclair@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov

*Counsel for the State of Alabama*

Respectfully submitted,

/s/ Jason B. Torchinsky
Jason B. Torchinsky*
Jonathan P. Lienhard*
Shawn T. Sheehy*
Phillip M. Gordon*

HOLTZMAN VOGEL JOSEFIAK
TORCHINSKY, PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
(540) 341-8808 (Phone)
(540) 341-8809 (Fax)
Jtorchinsky@hvjt.law
Jlienhard@hvjt.law
Ssheehy@hvjt.law
Pgordon@hvjt.law

*admitted *pro hac vice*

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2021, I served a copy of the foregoing by CM/ECF to all counsel of record.

                              */s/Jason Torchinsky*
                              Jason Torchinsky
                              VA Bar No. 47481
                              15405 John Marshall Hwy
                              Haymarket, VA 20169
                              P: (540) 341-8808
                              F: (540) 341-8809
                              E: JTorchinsky@hvjt.law
                              *Counsel for Plaintiffs*