# EXHIBIT 17

**To:** Earl N Mayfield (CENSUS/DEPDIR FED)[earl.n.mayfield@census.gov]; Steven K Smith (CENSUS/DEPDIR FED)[steven.k.smith@census.gov]; Benjamin A Overholt (CENSUS/DEPDIR FED)[benjamin.a.overholt@census.gov]
**From:** Nathaniel Cogley (CENSUS/DEPDIR FED)[/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d79dc9ef4b634b25b2efa42ed4febd8a-Cogley, Nat]
**Sent:** Thur 10/22/2020 6:34:51 PM (UTC)
**Subject:** Re: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

I've added Dr. Overholt to the discussion, in case he would like to add some thoughts.

—Nathaniel

---

**From:** Nathaniel Cogley (CENSUS/DEPDIR FED) <nathaniel.cogley@census.gov>
**Sent:** Thursday, October 22, 2020 2:28 PM
**To:** Earl N Mayfield (CENSUS/DEPDIR FED) <earl.n.mayfield@census.gov>; Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Subject:** Re: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

My thoughts concern these two sentences:

"We are making changes to the 2020 DAS geographic hierarchy to more effectively ensure accuracy for AIAN tribal areas. We are also working to improve the accuracy of population counts in AIAN tribal areas by allocating more of the privacy-loss budget to those statistics. "

I am not sure that any final decisions have been made. I am also not sure the logic of committing to more accurate counts for one demographic group (or type of jurisdiction) over others. It seems like the principles in question should apply to all Americans regardless of their demographic group or jurisdiction.

As people know, I am not in favor of intentionally distorting population counts anywhere and at any level of geography. I believe we have a legal obligation to accurately produce the count as determined by the decennial census.

—Nathaniel

**Nathaniel Cogley, Ph.D.**
Deputy Director for Policy
U.S. Census Bureau

---

**From:** Earl N Mayfield (CENSUS/DEPDIR FED) <earl.n.mayfield@census.gov>
**Sent:** Thursday, October 22, 2020 1:50 PM
**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Nathaniel Cogley (CENSUS/DEPDIR FED) <nathaniel.cogley@census.gov>
**Subject:** Re: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

I defer to Nathaniel--are we properly describing the data levels to which DA will apply?

Trey Mayfield
Counsel to the Director of the United States Census
Office (301) 763-0707
Cell (202) 868-1157

**From:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Sent:** Thursday, October 22, 2020 1:30 PM
**To:** Nathaniel Cogley (CENSUS/DEPDIR FED) <nathaniel.cogley@census.gov>; Earl N Mayfield (CENSUS/DEPDIR FED) <earl.n.mayfield@census.gov>
**Subject:** Fw: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

Any comments?

---

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Thursday, October 22, 2020 1:24 PM
**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Subject:** Re: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

Are we still holding on this one? Did you have further edits?

I edited it again. The tribal consultation is now scheduled.

---

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Friday, October 9, 2020 11:02 AM
**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

The letter to Haaland and Cole might require more edits than I initially thought.

I don't like "we can't postpone decisions" because we have done that twice now, at least in regards to the DSEP meeting. So I rephrased.

For the tribal consultation, the draft Federal Notice for that is now with Caryn, so Smith, you might already have it. If you are able to expedite that, it could me published probably next week.

Maybe we hold this letter just a little bit longer. It could include more specifics on the tribal consultation if the FRN is approved and then sent along for publication. Edits that could be edited again if the FRN can be finalized are attached.

---

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Friday, October 9, 2020 9:38 AM
**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

For Warren, Sprung told me that yesterday and I let the correspondence people know. thank you.

I might need minor edits to Haaland / Cole letter. I am working it right now and will send with track changes if anything needs to be edited. I think the disclosure avoidance stuff is probably still good to go, but the tribal consultation part might need some refinements now.

**From:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Sent:** Friday, October 9, 2020 9:34 AM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Subject:** Re: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

Steve approved letter to Sen Warren yesterday...

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Friday, October 9, 2020 9:25 AM
**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Subject:** Re: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

It looks accurate but Stanley is reviewing one more time to makes sure it's the latest version.

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789 | M: 240-532-0676
Ali.M.Ahmad@census.gov
census.gov   |   @uscensusbureau

---

**From:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Sent:** Friday, October 9, 2020 9:15 AM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Fw: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

Ali:
Are the dates and milestones reference in this letter still appropriate? Thanks.

---

**From:** Caryn M Tate (CENSUS/DEPDIR FED) <caryn.m.tate@census.gov>
**Sent:** Friday, October 9, 2020 9:05 AM
**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Subject:** Fw: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

Good morning Steve,

Could you help me get this cleared by the Director?

Thanks,
Caryn

**Caryn Tate,** Office Manager, Office of the Director, U. S. Census Bureau
Office: 301-763-1138   Fax: 301-763-3761   caryn.m.tate@census.gov
census.gov   Connect with us on Social Media

**From:** Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Sent:** Thursday, September 10, 2020 1:47 PM
**To:** Caryn M Tate (CENSUS/DEPDIR FED) <caryn.m.tate@census.gov>; Katherine Dodson Hancher (CENSUS/DEPDIR FED) <Katherine.Dodson.Hancher@census.gov>
**Subject:** Fw: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

This looks fine to me. Approved.

---

**From:** Katherine Dodson Hancher (CENSUS/DEPDIR FED) <Katherine.Dodson.Hancher@census.gov>
**Sent:** Wednesday, September 9, 2020 2:26 PM
**To:** Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Cc:** Caryn M Tate (CENSUS/DEPDIR FED) <caryn.m.tate@census.gov>
**Subject:** Fw: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

Mike-

For your review and approval.  Please respond to Caryn and myself with attachments.

Kathy

  Kathy Hancher
Office of the Director
U.S. Census Bureau
301.763.3964
katherine.dodson.hancher@census.gov

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Tuesday, September 8, 2020 5:20 PM
**To:** Caryn M Tate (CENSUS/DEPDIR FED) <caryn.m.tate@census.gov>; Katherine Dodson Hancher (CENSUS/DEPDIR FED) <Katherine.Dodson.Hancher@census.gov>
**Subject:** Fw: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

Approved.  Signed control sheet attached.

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: 301-980-8140
census.gov  |  @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Katherine Dodson Hancher (CENSUS/DEPDIR FED) <Katherine.Dodson.Hancher@census.gov>
**Sent:** Tuesday, September 8, 2020 4:27 PM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Caryn M Tate (CENSUS/DEPDIR FED) <caryn.m.tate@census.gov>

**Subject:** Fw: FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

For your approval. Please respond to Caryn and myself with attachments.

   Kathy Hancher
Office of the Director
U.S. Census Bureau
301.763.3964
katherine.dodson.hancher@census.gov

---

   **From:** BOC Correspondence Quality Assurance (CENSUS) <boc.correspondence.quality.assurance@census.gov>
**Sent:** Tuesday, September 8, 2020 4:26 PM
**To:** Caryn M Tate (CENSUS/DEPDIR FED) <caryn.m.tate@census.gov>; Katherine Dodson Hancher (CENSUS/DEPDIR FED) <Katherine.Dodson.Hancher@census.gov>; Josie A Hollingsworth (CENSUS/DEPDIR FED) <josie.a.hollingsworth@census.gov>; Natalie M Jackson (CENSUS/EMD FED) <Natalie.M.Jackson@census.gov>
**Cc:** BOC Correspondence Quality Assurance (CENSUS) <boc.correspondence.quality.assurance@census.gov>; Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Subject:** FOR THE DEPUTY DIRECTOR/DIRECTOR'S APPROVAL: CQAS-10523 Deb Haaland (D-NM-01) Tom Cole (R-OK-04) Letter regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus.

Hi all,

The attached draft to Congressional members Haaland/Cole regarding Census Disclosure Avoidance System and AI/AN Data from the Native American Caucus is ready for the Deputy Director/ Director's approval. Chris, Ali, and Christa have all approved. It is reflected in the control sheet. Please let us if they concur.

Thanks.
Nicole