# EXHIBIT 23

**Cc:** Tamara S Adams (CENSUS/ADDC FED)[Tamara.S.Adams@census.gov]; Barbara M LoPresti (CENSUS/DITD FED)[Barbara.M.LoPresti@census.gov]
**To:** Cathy A Ayoob (CENSUS/ADSD FED)[Cathy.A.Ayoob@census.gov]
**From:** Michael T Thieme (CENSUS/ADDC FED)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=768432D084ED41A6B1CF5785F7E56348-THIEME, MIC]
**Sent:** Fri 6/26/2020 3:10:43 AM (UTC)
**Subject:** Re: File integrity checks

Thanks, Cathy - I agree too.

**Michael T. Thieme**
Assistant Director for Decennial Census Programs, Systems and Contracts
U.S. Census Bureau
(301) 763-9062 (Office)
(301) 704-1594 (Mobile)
michael.t.thieme@census.gov


On Jun 25, 2020, at 10:25 PM, Cathy A Ayoob (CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov> wrote:


Totally agree. Not sure why he has to create so much drama instead of just collaboratively workIng with all the team to properly test.

Thanks,
Cathy A Ayoob
ADC for Quality and Enterprise Development Services
Application Development & Services Division
U.S. Census Bureau

Office 301.763.4961 Room 3H149
Cell 202.740.2858
Fax  301.763.0333

Cathy.a.ayoob@census.gov


On Jun 25, 2020, at 9:28 PM, Tamara S Adams (CENSUS/ADDC FED) <Tamara.S.Adams@census.gov> wrote:


While in a classic sense, he has a point, but the technology used in soa reconstructs the chunks to which he refers.
That being said, we have no empirical evidence that there are issues. We've transferred a myriad of large files within and external to the bureau without issue.

As for the iCade accusations, we had next to no outstanding issues last I checked.

If we had tried to run our peak day optimization in ITE it would have failed. Ite isn't sized for that.

He needs to have a file moved one time. I'm not sure why this much drama.

**Tammy Adams**
Senior Advisor for Systems Operations and Optimization
MOJO Lead

DOC_AL_0253833

Decennial Census Programs Directorate
U.S. Census Bureau

Office: 301-763-9258
Mobile: 202-580-5720
tamara.s.adams@census.gov

census.gov
Connect with us on Social Media

On Jun 25, 2020, at 9:00 PM, Michael T Thieme (CENSUS/ADDC FED)
<Michael.T.Thieme@census.gov> wrote:

Can anyone tell me if Simson's claim about MFT is even really material to the
success of DAS? With so much behind on that project and with all the help we are
providing in good faith, I can't help but wonder if his MFT concerns, repeatedly
made and answered, are only serving to distract from much more serious DAS
problems. Thanks,
-Michael

**Michael T. Thieme**
Assistant Director for Decennial Census Programs, Systems and Contracts
U.S. Census Bureau
(301) 763-9062 (Office)
(301) 704-1594 (Mobile)
michael.t.thieme@census.gov

Begin forwarded message:

**From:** "John Maron Abowd (CENSUS/ADRM FED)"
<john.maron.abowd@census.gov>
**Date:** June 25, 2020 at 7:32:44 PM EDT
**To:** "Cynthia Davis Hollingsworth (CENSUS/DCMD FED)"
<cynthia.davis.hollingsworth@census.gov>, "Michael T Thieme
(CENSUS/ADDC FED)" <Michael.T.Thieme@census.gov>, "Tamara S
Adams (CENSUS/ADDC FED)" <Tamara.S.Adams@census.gov>,
"Barbara M LoPresti (CENSUS/DITD FED)"
<Barbara.M.LoPresti@census.gov>, "Quyen L Nguyen (CENSUS/CTO
FED)" <quyen.nguyen@census.gov>, "Gerard Boudriault
(CENSUS/DITD FED)" <Gerard.Boudriault@census.gov>
**Cc:** "Simson L Garfinkel (CENSUS/ADRM FED)"
<simson.l.garfinkel@census.gov>, "Teresa Sabol (CENSUS/CED
FED)" <teresa.sabol@census.gov>
**Subject: Re:  File integrity checks**


Thanks Cynthia. And for the record, Paul Friday also identified this flaw
more than a year ago and documented it in a memo that I
communicated up the chain. I'm glad it's finally being addressed.

Best,

**John M. Abowd, PhD**, Associate Director and Chief Scientist
Research and Methodology
U.S. Census Bureau
O: 301-763-5880 M: simuling on cell
census.gov | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Cynthia Davis Hollingsworth (CENSUS/DCMD FED)
<cynthia.davis.hollingsworth@census.gov>
**Sent:** Thursday, June 25, 2020 12:33 PM
**To:** Michael T Thieme (CENSUS/ADDC FED) <Michael.T.Thieme@census.gov>;
Tamara S Adams (CENSUS/ADDC FED) <Tamara.S.Adams@census.gov>;
Barbara M LoPresti (CENSUS/DITD FED) <Barbara.M.LoPresti@census.gov>;
Quyen L Nguyen (CENSUS/CTO FED) <quyen.nguyen@census.gov>; Gerard
Boudriault (CENSUS/DITD FED) <Gerard.Boudriault@census.gov>
**Cc:** John Maron Abowd (CENSUS/ADRM FED)
<john.maron.abowd@census.gov>; Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>
**Subject:** File integrity checks

Hi All,

We're continuing to encounter problems with SOA file transfers within
ITE and have now begun testing within STAGE. I want to keep you in
the loop since we've had previous discussions about file integrity.

In a separate email exchange between Simson and me, he documents
what he believes to be the source of the SOA problem (which I'm
copying below):

**I'm working to do data transfer tests in both ITE and Staging.
It's my opinion that the data transfer errors are resulting from
underlying flaws in the transfer protocol. Specifically:**

- **Data is transferred in chunks.**
- **Each chunk has an offset and a length, but no validation code.**
- **If a chunk is lost, when the next chunk is received, the
  underlying implementation will execute a seek() in the
  destination file, which will result in a block of NULL bytes being
  inserted in the file.**

**This is exactly the behavior we are seeing. Even if Stage has more
capacity than ITE, the same flaw will be there, because it is a flaw in
the *design* of the system, not in the scale. More capacity will simply
make failures less likely. But a correctly design protocol will not result
in data loss *ever*.**

**"Correct" is a technical term in computer science. The current MFT
protocol is not correct. I noted this two years ago, when I first read
the specification, and brought it to your attention at the time. We are
now seeing the reliability impact of using a protocol that is not
correct. Moving to Stage may make it more reliable, but it won't
make the system correct. We will still have a chance of data**

**corruption when files are transferred.**


Thanks,


**Cynthia Davis Hollingsworth**
Program Manager, 2020 Census Data Products and Dissemination
Decennial Census Management Division
U.S. Census Bureau
Office: 301.763.3655
iPhone: 202.253.6334
E-mail: cynthia.davis.hollingsworth@census.gov

---

**From:** Liza L Hill (CENSUS/DITD FED) <Liza.L.Hill@census.gov>
**Sent:** Thursday, June 25, 2020 11:15 AM
**To:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>; Vinod Raj Chavan Prakash (CENSUS/DCEO
CTR) <vinod.raj.chavan.prakash@census.gov>; Azizat Adalikwu
(CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>; Bouna Sall
(CENSUS/ADSD CTR) <bouna.sall@census.gov>; Christopher Robert Stephen
Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Catherine
Susana Abad-Santos (CENSUS/ADSD CTR) <catherine.s.abad-
santos@census.gov>; Damian Joseph Anderson (CENSUS/DCEO CTR)
<damian.j.anderson@census.gov>; Cynthia Davis Hollingsworth
(CENSUS/DCMD FED) <cynthia.davis.hollingsworth@census.gov>; Joseph
Cortez (CENSUS/DCEO CTR) <joseph.cortez@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Jaime T Castello (CENSUS/ADSD FED)
<Jaime.T.Castello@census.gov>; Cathy A Ayoob (CENSUS/ADSD FED)
<Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty (CENSUS/ADSD CTR)
<luther.coleman.mcginty@census.gov>; Venkatsubramaniam
Chandrasekharan (CENSUS/ADSD CTR)
<venkatsubramaniam.chandrasekharan@census.gov>
**Subject:** Re: Updated dhcp mdf

Hi,
I unzipped random00.zip and got the bin file. I also did the following:

unzip -tq \*.zip
No errors detected in compressed data of random02.zip.
No errors detected in compressed data of random04.zip.
No errors detected in compressed data of random09.zip.
No errors detected in compressed data of random03.zip.
No errors detected in compressed data of random00.zip.
No errors detected in compressed data of random08.zip.
No errors detected in compressed data of random06.zip.
No errors detected in compressed data of random05.zip.
No errors detected in compressed data of random07.zip.
No errors detected in compressed data of random01.zip.
10 archives were successfully processed.
The file size was 9.8 GB each, and the transfer time for each file was
about 4.75 to 5 hours.

Liza

DOC_AL_0253836

---

**Liza Hill**, Chief, Decennial Tabulation Staff,
Decennial Information Technology Division, U.S. Census Bureau
Office 301.763.3582  liza.l.hill@census.gov
census.gov  Connect with us on Social Media

---

**From:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>
**Sent:** Thursday, June 25, 2020 10:55 AM
**To:** Vinod Raj Chavan Prakash (CENSUS/DCEO CTR)
<vinod.raj.chavan.prakash@census.gov>; Azizat Adalikwu (CENSUS/ADSD
FED) <Azizat.Adalikwu@census.gov>; Bouna Sall (CENSUS/ADSD CTR)
<bouna.sall@census.gov>; Christopher Robert Stephen Horton
(CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Catherine Susana
Abad-Santos (CENSUS/ADSD CTR) <catherine.s.abad-santos@census.gov>;
Damian Joseph Anderson (CENSUS/DCEO CTR)
<damian.j.anderson@census.gov>; Cynthia Davis Hollingsworth
(CENSUS/DCMD FED) <cynthia.davis.hollingsworth@census.gov>; Joseph
Cortez (CENSUS/DCEO CTR) <joseph.cortez@census.gov>; Liza L Hill
(CENSUS/DITD FED) <Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Jaime T Castello (CENSUS/ADSD FED)
<Jaime.T.Castello@census.gov>; Cathy A Ayoob (CENSUS/ADSD FED)
<Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty (CENSUS/ADSD CTR)
<luther.coleman.mcginty@census.gov>; Venkatsubramaniam
Chandrasekharan (CENSUS/ADSD CTR)
<venkatsubramaniam.chandrasekharan@census.gov>
**Subject:** Re: Updated dhcp mdf

Hi Vinod,

*We need to stop using file length as an integrity check.* We have seen
on three occasions that files have been delivered with long runs of
NULL characters. *Using file length as an integrity check will not catch
this file corruption error that we are occasionally experiencing with the
MFT.*

Do you have the ability to compute a cryptographic checksum on these
files or, failing that, run the 'unzip -t' command on them?  A
cryptographic checksum will give us 160-bit integrity, which is the
minimum we should be using. 'unzip -t' will give us a 32-bit integrity
check. File length gives us zero bits of integrity.

Simson

---

**Simson L. Garfinkel, Ph.D, CISSP®, CIPP®**

DOC_AL_0253837

Senior Computer Scientist for Data Access and Confidentiality
U.S. Census Bureau
O: 301.763.5361 | M: 202.836.2859
census.gov | @uscensusbreau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Vinod Raj Chavan Prakash (CENSUS/DCEO CTR)
<vinod.raj.chavan.prakash@census.gov>
**Sent:** Thursday, June 25, 2020 10:40 AM
**To:** Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>;
Bouna Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>; Simson L Garfinkel
(CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>; Christopher Robert
Stephen Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>;
Catherine Susana Abad-Santos (CENSUS/ADSD CTR) <catherine.s.abad-
santos@census.gov>; Damian Joseph Anderson (CENSUS/DCEO CTR)
<damian.j.anderson@census.gov>; Cynthia Davis Hollingsworth
(CENSUS/DCMD FED) <cynthia.davis.hollingsworth@census.gov>; Joseph
Cortez (CENSUS/DCEO CTR) <joseph.cortez@census.gov>; Liza L Hill
(CENSUS/DITD FED) <Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Jaime T Castello (CENSUS/ADSD FED)
<Jaime.T.Castello@census.gov>; Cathy A Ayoob (CENSUS/ADSD FED)
<Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty (CENSUS/ADSD CTR)
<luther.coleman.mcginty@census.gov>; Venkatsubramaniam
Chandrasekharan (CENSUS/ADSD CTR)
<venkatsubramaniam.chandrasekharan@census.gov>
**Subject:** Re: Updated dhcp mdf

Good Morning All,

I do see all the 10 files in CDL STG Inbound server. Please confirm
the file size and also let me know if these needs to be archived for
testing in STG .

<image.png>

Thanks,
Vinod

---

**From:** Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>
**Sent:** Thursday, June 25, 2020 9:39 AM
**To:** Bouna Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>; Simson L
Garfinkel (CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>;
Christopher Robert Stephen Horton (CENSUS/ADSD CTR)
<christopher.r.horton@census.gov>; Catherine Susana Abad-Santos
(CENSUS/ADSD CTR) <catherine.s.abad-santos@census.gov>; Damian Joseph
Anderson (CENSUS/DCEO CTR) <damian.j.anderson@census.gov>; Cynthia
Davis Hollingsworth (CENSUS/DCMD FED)
<cynthia.davis.hollingsworth@census.gov>; Joseph Cortez (CENSUS/DCEO
CTR) <joseph.cortez@census.gov>; Liza L Hill (CENSUS/DITD FED)
<Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)

DOC_AL_0253838

<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED) <teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED) <john.a.fattaleh@census.gov>; Jaime T Castello (CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob (CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty (CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>; Venkatsubramaniam Chandrasekharan (CENSUS/ADSD CTR) <venkatsubramaniam.chandrasekharan@census.gov>; Vinod Raj Chavan Prakash (CENSUS/DCEO CTR) <vinod.raj.chavan.prakash@census.gov>
**Subject:** Re: Updated dhcp mdf

++ CDL team

**Azizat (Abbey) Adalikwu** *(MSIT, CTFL, FAC-COR I)* , IT Specialist
3H150A |ADSD | Enterprise Middleware Services Branch | HQ
US Census Bureau
O: 301-763-9713 | Cell -301-821-1658
Census.gov | @uscensusbureau
**Shape your future. START HERE** > 2020census.gov

**From:** Bouna Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>
**Sent:** Thursday, June 25, 2020 9:29 AM
**To:** Simson L Garfinkel (CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>; Christopher Robert Stephen Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Catherine Susana Abad-Santos (CENSUS/ADSD CTR) <catherine.s.abad-santos@census.gov>; Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>; Damian Joseph Anderson (CENSUS/DCEO CTR) <damian.j.anderson@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD FED) <cynthia.davis.hollingsworth@census.gov>; Joseph Cortez (CENSUS/DCEO CTR) <joseph.cortez@census.gov>; Liza L Hill (CENSUS/DITD FED) <Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR) <christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED) <teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED) <john.a.fattaleh@census.gov>; Jaime T Castello (CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob (CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty (CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Good Morning Simson,

Unfortunately I cannot validate files on CDL servers.

Best Regards

Bouna Sall
Application Development & Services Division (ADSD)
US Census Bureau
Office x31393
bouna.sall@census.gov

---

**From:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>
**Sent:** Thursday, June 25, 2020 9:20 AM
**To:** Bouna Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>; Christopher
Robert Stephen Horton (CENSUS/ADSD CTR)
<christopher.r.horton@census.gov>; Catherine Susana Abad-Santos
(CENSUS/ADSD CTR) <catherine.s.abad-santos@census.gov>; Azizat Adalikwu
(CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>; Damian Joseph
Anderson (CENSUS/DCEO CTR) <damian.j.anderson@census.gov>; Cynthia
Davis Hollingsworth (CENSUS/DCMD FED)
<cynthia.davis.hollingsworth@census.gov>; Joseph Cortez (CENSUS/DCEO
CTR) <joseph.cortez@census.gov>; Liza L Hill (CENSUS/DITD FED)
<Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Jaime T Castello (CENSUS/ADSD FED)
<Jaime.T.Castello@census.gov>; Cathy A Ayoob (CENSUS/ADSD FED)
<Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty (CENSUS/ADSD CTR)
<luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Great. Liza should test file integrity with the unzip command. Bouna,
can you test these files in CDL?

---

**Simson L. Garfinkel, Ph.D, CISSP®, CIPP®**
Senior Computer Scientist for Data Access and Confidentiality
U.S. Census Bureau
O: 301.763.5361 | M: 202.836.2859
census.gov | @uscensusbreau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Bouna Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>
**Sent:** Thursday, June 25, 2020 8:51 AM
**To:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>; Christopher Robert Stephen Horton
(CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Catherine Susana
Abad-Santos (CENSUS/ADSD CTR) <catherine.s.abad-santos@census.gov>;
Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>; Damian
Joseph Anderson (CENSUS/DCEO CTR) <damian.j.anderson@census.gov>;
Cynthia Davis Hollingsworth (CENSUS/DCMD FED)
<cynthia.davis.hollingsworth@census.gov>; Joseph Cortez (CENSUS/DCEO
CTR) <joseph.cortez@census.gov>; Liza L Hill (CENSUS/DITD FED)
<Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED

CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Jaime T Castello (CENSUS/ADSD FED)
<Jaime.T.Castello@census.gov>; Cathy A Ayoob (CENSUS/ADSD FED)
<Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty (CENSUS/ADSD CTR)
<luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Good Morning

All 10 files were delivered to CDL by 6:12 pm and TAB by 11:03 pm.

Best Regards

Bouna Sall
Application Development & Services Division (ADSD)
US Census Bureau
Office x31393
bouna.sall@census.gov

---

**From:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>
**Sent:** Wednesday, June 24, 2020 5:59 PM
**To:** Christopher Robert Stephen Horton (CENSUS/ADSD CTR)
<christopher.r.horton@census.gov>; Catherine Susana Abad-Santos
(CENSUS/ADSD CTR) <catherine.s.abad-santos@census.gov>; Azizat Adalikwu
(CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>; Bouna Sall
(CENSUS/ADSD CTR) <bouna.sall@census.gov>; Damian Joseph Anderson
(CENSUS/DCEO CTR) <damian.j.anderson@census.gov>; Cynthia Davis
Hollingsworth (CENSUS/DCMD FED)
<cynthia.davis.hollingsworth@census.gov>; Joseph Cortez (CENSUS/DCEO
CTR) <joseph.cortez@census.gov>; Liza L Hill (CENSUS/DITD FED)
<Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Jaime T Castello (CENSUS/ADSD FED)
<Jaime.T.Castello@census.gov>; Cathy A Ayoob (CENSUS/ADSD FED)
<Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty (CENSUS/ADSD CTR)
<luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Okay, I just sent 10 zip files, each about 10GB in size.
I'm sending ZIP files so that you can verify the CRC32 with the unzip -t
command.

Correlation ID DAS1593035849

---

**Simson L. Garfinkel, Ph.D, CISSP®, CIPP®**
Senior Computer Scientist for Data Access and Confidentiality
U.S. Census Bureau
O: 301.763.5361 | M: 202.836.2859
census.gov | @uscensusbreau
**Shape your future. START HERE >** 2020census.gov

DOC_AL_0253841

**From:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>
**Sent:** Wednesday, June 24, 2020 4:55 PM
**To:** Christopher Robert Stephen Horton (CENSUS/ADSD CTR)
<christopher.r.horton@census.gov>; Catherine Susana Abad-Santos
(CENSUS/ADSD CTR) <catherine.s.abad-santos@census.gov>; Azizat Adalikwu
(CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>; Bouna Sall
(CENSUS/ADSD CTR) <bouna.sall@census.gov>; Damian Joseph Anderson
(CENSUS/DCEO CTR) <damian.j.anderson@census.gov>; Cynthia Davis
Hollingsworth (CENSUS/DCMD FED)
<cynthia.davis.hollingsworth@census.gov>; Joseph Cortez (CENSUS/DCEO
CTR) <joseph.cortez@census.gov>; Liza L Hill (CENSUS/DITD FED)
<Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Jaime T Castello (CENSUS/ADSD FED)
<Jaime.T.Castello@census.gov>; Cathy A Ayoob (CENSUS/ADSD FED)
<Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty (CENSUS/ADSD CTR)
<luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Yea! Stand by for more...

---

**Simson L. Garfinkel, Ph.D, CISSP®, CIPP®**
Senior Computer Scientist for Data Access and Confidentiality
U.S. Census Bureau
O: 301.763.5361 | M: 202.836.2859
census.gov | @uscensusbreau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Christopher Robert Stephen Horton (CENSUS/ADSD CTR)
<christopher.r.horton@census.gov>
**Sent:** Wednesday, June 24, 2020 4:38 PM
**To:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>; Catherine Susana Abad-Santos
(CENSUS/ADSD CTR) <catherine.s.abad-santos@census.gov>; Azizat Adalikwu
(CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>; Bouna Sall
(CENSUS/ADSD CTR) <bouna.sall@census.gov>; Damian Joseph Anderson
(CENSUS/DCEO CTR) <damian.j.anderson@census.gov>; Cynthia Davis
Hollingsworth (CENSUS/DCMD FED)
<cynthia.davis.hollingsworth@census.gov>; Joseph Cortez (CENSUS/DCEO
CTR) <joseph.cortez@census.gov>; Liza L Hill (CENSUS/DITD FED)
<Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Jaime T Castello (CENSUS/ADSD FED)
<Jaime.T.Castello@census.gov>; Cathy A Ayoob (CENSUS/ADSD FED)
<Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty (CENSUS/ADSD CTR)
<luther.coleman.mcginty@census.gov>

**Subject:** Re: Updated dhcp mdf

Simson

The file has been delivered to both Tabulation and CDL (24-JUN-20 04.31.05.333000000 PM and 24-JUN-20 04.31.02.512000000 PM respectively).

Thanks,
Chris Horton

---

**From:** Simson L Garfinkel (CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>
**Sent:** Wednesday, June 24, 2020 4:31 PM
**To:** Catherine Susana Abad-Santos (CENSUS/ADSD CTR) <catherine.s.abad-santos@census.gov>; Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>; Bouna Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>; Damian Joseph Anderson (CENSUS/DCEO CTR) <damian.j.anderson@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD FED) <cynthia.davis.hollingsworth@census.gov>; Joseph Cortez (CENSUS/DCEO CTR) <joseph.cortez@census.gov>; Liza L Hill (CENSUS/DITD FED) <Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR) <christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED) <teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED) <john.a.fattaleh@census.gov>; Christopher Robert Stephen Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T Castello (CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob (CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty (CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Sent with correlationID DAS1593030656

```
wrong-STAGING-MASTER:hadoop@/mnt/gits/das-vm-config $ python soa/das_mft.py hello_world.txt --send2 --timestamp --debug
2020-06-23 17:39:28      20 hello_world.txt
Correlation ID:  DAS1593030656
Send file:  hello_world.txt
2020-06-24 16:30:57,330 connectionpool.py:203 (_new_conn) Starting new HTTP connection (1): 169.254.169.254
2020-06-24 16:30:57,333 connectionpool.py:203 (_new_conn) Starting new HTTP connection (1): 169.254.169.254
2020-06-24 16:30:57,350 connectionpool.py:735 (_new_conn) Starting new HTTPS connection (1): kms.us-gov-west-1.amazonaws.com
headers:   {'content-type': 'text/xml', 'Authorization': 'Basic ='}
data:
 <soapenv:Envelope
xmlns:soapenv="http://schemas.xmlsoap.org/soap/envelope/" >
 <soapenv:Header
xmlns:wsa="http://www.w3.org/2005/08/addressing">
 </soapenv:Header>
 <soapenv:Body>
```

DOC_AL_0253843

```
      <v2:ProcessManagedFileTransferCBM
        versionID="string"

xmlns:v1="http://esoa.census.gov/soa/CanonicalModel/Core/Common
/V1"

xmlns:v2="http://esoa.census.gov/soa/CanonicalModel/Core/CDM/Ma
nagedFileTransferCDM/V2">
      <v1:CBMHeader>
        <v1:Sender description="string">DAS</v1:Sender>
        <v1:TargetList>
          <v1:Target description="string">CDL</v1:Target>
          <v1:Target description="string">TABULATION</v1:Target>
        </v1:TargetList>
      </v1:CBMHeader>
      <v2:ProcessManagedFileTransfer>
        <v2:CorrelationID>DAS1593030656</v2:CorrelationID>
        <v2:FileIdentifier>hello_world.txt</v2:FileIdentifier>
        <v2:TargetExtensionList>
          <v2:TargetExtension target="CDL">
            <ns1:extensionElement
              elementName="fileType"
              elementType="String"

xmlns:ns1="http://esoa.census.gov/soa/CanonicalModel/Core/Commo
n/V1">mdf</ns1:extensionElement>
          </v2:TargetExtension>
        </v2:TargetExtensionList>
      </v2:ProcessManagedFileTransfer>
    </v2:ProcessManagedFileTransferCBM>
  </soapenv:Body>
</soapenv:Envelope>
```

```
2020-06-24 16:30:58,246 connectionpool.py:735 (_new_conn) Starting
new HTTPS connection (1): kms.us-gov-west-1.amazonaws.com
Sent with Correlation ID:  DAS1593030656
SOA ERROR status:    200
SOA ERROR headers:   {'Date': 'Wed, 24 Jun 2020 20:30:59 GMT',
'Content-Type': 'text/xml; charset=utf-8', 'Content-Length': '0',
'Connection': 'keep-alive', 'X-ORACLE-DMS-ECID': '71c5ab20-a5cb-4757-
9d25-08c7b3eaf338-000790a2', 'X-ORACLE-DMS-RID': '0', 'messageID':
'afc4259.13d92d28.N26.172e1ae6ee0.c0a'}
-----------------------------------------------------------------
wrong-STAGING-MASTER:hadoop@/mnt/gits/das-vm-config $
```

**Simson L. Garfinkel, Ph.D, CISSP®, CIPP®**
Senior Computer Scientist for Data Access and Confidentiality
U.S. Census Bureau
O: 301.763.5361 | M: 202.836.2859
census.gov | @uscensusbreau
**Shape your future. START HERE > 2020census.gov**

**From:** Catherine Susana Abad-Santos (CENSUS/ADSD CTR) <catherine.s.abad-santos@census.gov>
**Sent:** Wednesday, June 24, 2020 4:17 PM
**To:** Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>; Simson L Garfinkel (CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>; Bouna Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>; Damian Joseph Anderson (CENSUS/DCEO CTR) <damian.j.anderson@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD FED) <cynthia.davis.hollingsworth@census.gov>; Joseph Cortez (CENSUS/DCEO CTR) <joseph.cortez@census.gov>; Liza L Hill (CENSUS/DITD FED) <Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR) <christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED) <teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED) <john.a.fattaleh@census.gov>; Christopher Robert Stephen Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T Castello (CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob (CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty (CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Confirmed-- The changes have been implemented in Stage.

Catherine Abad-Santos PMP, CSM, CSPO
Application Development & Services Division (ADSD)
U.S. Census Bureau
Catherine.S.Abad-Santos@census.gov

---

**From:** Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>
**Sent:** Wednesday, June 24, 2020 4:05 PM
**To:** Catherine Susana Abad-Santos (CENSUS/ADSD CTR) <catherine.s.abad-santos@census.gov>; Simson L Garfinkel (CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>; Bouna Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>; Damian Joseph Anderson (CENSUS/DCEO CTR) <damian.j.anderson@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD FED) <cynthia.davis.hollingsworth@census.gov>; Joseph Cortez (CENSUS/DCEO CTR) <joseph.cortez@census.gov>; Liza L Hill (CENSUS/DITD FED) <Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR) <christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED) <teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED) <john.a.fattaleh@census.gov>; Christopher Robert Stephen Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T Castello (CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob (CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty (CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Cathy,
    Did we finish the DAS deployment to the stage environment ?

**Azizat (Abbey) Adalikwu** *(MSIT, CTFL, FAC-COR I)* , IT Specialist

3H150A |ADSD | Enterprise Middleware Services Branch | HQ
US Census Bureau
O: 301-763-9713 | Cell -301-821-1658
Census.gov | @uscensusbureau
**Shape your future. START HERE** > 2020census.gov

**From:** Catherine Susana Abad-Santos (CENSUS/ADSD CTR) <catherine.s.abad-santos@census.gov>
**Sent:** Wednesday, June 24, 2020 12:56 PM
**To:** Simson L Garfinkel (CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>; Bouna Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>; Damian Joseph Anderson (CENSUS/DCEO CTR) <damian.j.anderson@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD FED) <cynthia.davis.hollingsworth@census.gov>; Joseph Cortez (CENSUS/DCEO CTR) <joseph.cortez@census.gov>; Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>; Liza L Hill (CENSUS/DITD FED) <Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR) <christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED) <teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED) <john.a.fattaleh@census.gov>; Christopher Robert Stephen Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T Castello (CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob (CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty (CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Deployment for DAS routing change in STAGE (CR4306451 - CRQ45104) has been scheduled today at 2pm.  It should be completed by 3pm.


Catherine Abad-Santos PMP, CSM, CSPO
Application Development & Services Division (ADSD)
U.S. Census Bureau
Catherine.S.Abad-Santos@census.gov

**From:** Simson L Garfinkel (CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>
**Sent:** Wednesday, June 24, 2020 12:13 PM
**To:** Bouna Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>; Damian Joseph Anderson (CENSUS/DCEO CTR) <damian.j.anderson@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD FED) <cynthia.davis.hollingsworth@census.gov>; Joseph Cortez (CENSUS/DCEO CTR) <joseph.cortez@census.gov>; Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>; Liza L Hill (CENSUS/DITD FED) <Liza.L.Hill@census.gov>; Catherine Susana Abad-Santos (CENSUS/ADSD CTR) <catherine.s.abad-santos@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR) <christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)

<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Christopher Robert Stephen Horton
(CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T Castello
(CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob
(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Great. Let me know when the bucket name is corrected and I'll initiate
another test! And then I'll send 500GB of data!

————————————————

**Simson L. Garfinkel, Ph.D, CISSP®, CIPP®**
Senior Computer Scientist for Data Access and Confidentiality
U.S. Census Bureau
O: 301.763.5361 | M: 202.836.2859
census.gov | @uscensusbreau
**Shape your future. START HERE >** 2020census.gov

_____

**From:** Bouna Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>
**Sent:** Wednesday, June 24, 2020 11:22 AM
**To:** Damian Joseph Anderson (CENSUS/DCEO CTR)
<damian.j.anderson@census.gov>; Cynthia Davis Hollingsworth
(CENSUS/DCMD FED) <cynthia.davis.hollingsworth@census.gov>; Joseph
Cortez (CENSUS/DCEO CTR) <joseph.cortez@census.gov>; Simson L Garfinkel
(CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>; Azizat Adalikwu
(CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>; Liza L Hill
(CENSUS/DITD FED) <Liza.L.Hill@census.gov>; Catherine Susana Abad-Santos
(CENSUS/ADSD CTR) <catherine.s.abad-santos@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Christopher Robert Stephen Horton
(CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T Castello
(CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob
(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

+ Cathy to give a status of the deployment of the config changes to
stage.

Best Regards

Bouna Sall
Application Development & Services Division (ADSD)
US Census Bureau
Office x31393
bouna.sall@census.gov

_____

**From:** Bouna Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>
**Sent:** Wednesday, June 24, 2020 9:34 AM
**To:** Damian Joseph Anderson (CENSUS/DCEO CTR)
<damian.j.anderson@census.gov>; Cynthia Davis Hollingsworth

(CENSUS/DCMD FED) <cynthia.davis.hollingsworth@census.gov>; Joseph
Cortez (CENSUS/DCEO CTR) <joseph.cortez@census.gov>; Simson L Garfinkel
(CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>; Azizat Adalikwu
(CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>; Liza L Hill
(CENSUS/DITD FED) <Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Christopher Robert Stephen Horton
(CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T Castello
(CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob
(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Damien,

We have the wrong bucket name configured in SOA. We need to make
a change to our configuration to point to the right bucket name.

Best Regards

Bouna Sall
Application Development & Services Division (ADSD)
US Census Bureau
Office x31393
bouna.sall@census.gov

---

**From:** Damian Joseph Anderson (CENSUS/DCEO CTR)
<damian.j.anderson@census.gov>
**Sent:** Wednesday, June 24, 2020 9:24 AM
**To:** Bouna Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>; Cynthia Davis
Hollingsworth (CENSUS/DCMD FED)
<cynthia.davis.hollingsworth@census.gov>; Joseph Cortez (CENSUS/DCEO
CTR) <joseph.cortez@census.gov>; Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>; Azizat Adalikwu (CENSUS/ADSD FED)
<Azizat.Adalikwu@census.gov>; Liza L Hill (CENSUS/DITD FED)
<Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Christopher Robert Stephen Horton
(CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T Castello
(CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob
(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Bouna,

Why would you change the bucket name? For one thing, it is named
according to convention. Secondly, I see 13 places in the
CloudFormation templates creating the environment in Staging that

reference the existing name. Why not just point to the bucket that actually exists?


**Damian Anderson, Senior AWS Engineer, Contractor**

DCEO/2020 Census Technical Integrator Program
U.S. Census Bureau
Mobile: 301-728-0919
Census.gov | 2020census.gov | @uscensusbureau

---

**From:** Bouna Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>
**Sent:** Wednesday, June 24, 2020 9:20 AM
**To:** Cynthia Davis Hollingsworth (CENSUS/DCMD FED)
<cynthia.davis.hollingsworth@census.gov>; Joseph Cortez (CENSUS/DCEO
CTR) <joseph.cortez@census.gov>; Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>; Damian Joseph Anderson (CENSUS/DCEO
CTR) <damian.j.anderson@census.gov>; Azizat Adalikwu (CENSUS/ADSD FED)
<Azizat.Adalikwu@census.gov>; Liza L Hill (CENSUS/DITD FED)
<Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Christopher Robert Stephen Horton
(CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T Castello
(CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob
(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Damien,

We will submit a ticket to change the bucket name. Since this is stage we have to go thru the CR process.

Best Regards

Bouna Sall
Application Development & Services Division (ADSD)
US Census Bureau
Office x31393
bouna.sall@census.gov

---

**From:** Cynthia Davis Hollingsworth (CENSUS/DCMD FED)
<cynthia.davis.hollingsworth@census.gov>
**Sent:** Wednesday, June 24, 2020 9:08 AM
**To:** Joseph Cortez (CENSUS/DCEO CTR) <joseph.cortez@census.gov>; Simson
L Garfinkel (CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>; Damian
Joseph Anderson (CENSUS/DCEO CTR) <damian.j.anderson@census.gov>;
Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>; Bouna
Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>; Liza L Hill (CENSUS/DITD
FED) <Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED

CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Christopher Robert Stephen Horton
(CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T Castello
(CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob
(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Thanks Joe.

@Simson L Garfinkel (CENSUS/ADRM FED) - you're good to go.

Thanks,



**Cynthia Davis Hollingsworth**
Program Manager, 2020 Census Data Products and Dissemination
Decennial Census Management Division
U.S. Census Bureau
Office: 301.763.3655
iPhone: 202.253.6334
E-mail: cynthia.davis.hollingsworth@census.gov

---

**From:** Joseph Cortez (CENSUS/DCEO CTR) <joseph.cortez@census.gov>
**Sent:** Tuesday, June 23, 2020 9:39 PM
**To:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>; Cynthia Davis Hollingsworth
(CENSUS/DCMD FED) <cynthia.davis.hollingsworth@census.gov>; Damian
Joseph Anderson (CENSUS/DCEO CTR) <damian.j.anderson@census.gov>;
Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>; Bouna
Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>; Liza L Hill (CENSUS/DITD
FED) <Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Christopher Robert Stephen Horton
(CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T Castello
(CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob
(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf


Yes, Staging is ATO'ed for T13 Data.




**Joseph Cortez,** MS, MBA, Infrastructure Account Manager, Contractor

DCEO/2020 Census Technical Integrator Program

U.S. Census Bureau

M: 571.327.7616
Census.gov | 2020census.gov | @uscensusbureau

Planned PTO:

June 26 - Full Day
July 6 - Full Day
July 20-24 - One Week
August 7 - Full Day
August 14 - Full Day.

---

**From:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>
**Sent:** Tuesday, June 23, 2020 6:19 PM
**To:** Cynthia Davis Hollingsworth (CENSUS/DCMD FED)
<cynthia.davis.hollingsworth@census.gov>; Joseph Cortez (CENSUS/DCEO
CTR) <joseph.cortez@census.gov>; Damian Joseph Anderson (CENSUS/DCEO
CTR) <damian.j.anderson@census.gov>; Azizat Adalikwu (CENSUS/ADSD FED)
<Azizat.Adalikwu@census.gov>; Bouna Sall (CENSUS/ADSD CTR)
<bouna.sall@census.gov>; Liza L Hill (CENSUS/DITD FED)
<Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Christopher Robert Stephen Horton
(CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T Castello
(CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob
(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

To anyone who feels qualified to answer.

---

**Simson L. Garfinkel, Ph.D, CISSP®, CIPP®**
Senior Computer Scientist for Data Access and Confidentiality
U.S. Census Bureau
O: 301.763.5361 | M: 202.836.2859
census.gov | @uscensusbreau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Cynthia Davis Hollingsworth (CENSUS/DCMD FED)
<cynthia.davis.hollingsworth@census.gov>
**Sent:** Tuesday, June 23, 2020 6:08 PM
**To:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>; Joseph Cortez (CENSUS/DCEO CTR)
<joseph.cortez@census.gov>; Damian Joseph Anderson (CENSUS/DCEO CTR)
<damian.j.anderson@census.gov>; Azizat Adalikwu (CENSUS/ADSD FED)

<azizat.Adalikwu@census.gov>; Bouna Sall (CENSUS/ADSD CTR)
<bouna.sall@census.gov>; Liza L Hill (CENSUS/DITD FED)
<Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Christopher Robert Stephen Horton
(CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T Castello
(CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob
(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Hi Simson,

To whom are you addressing your question?

@ Joe/TI - isn't Staging an environment approved for T13 data?

Thanks,


**Cynthia Davis Hollingsworth**
Program Manager, 2020 Census Data Products and Dissemination
Decennial Census Management Division
U.S. Census Bureau
Office: 301.763.3655
iPhone: 202.253.6334
E-mail: cynthia.davis.hollingsworth@census.gov

---

**From:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>
**Sent:** Tuesday, June 23, 2020 5:53 PM
**To:** Joseph Cortez (CENSUS/DCEO CTR) <joseph.cortez@census.gov>; Damian
Joseph Anderson (CENSUS/DCEO CTR) <damian.j.anderson@census.gov>;
Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>; Bouna
Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>; Liza L Hill (CENSUS/DITD
FED) <Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD
FED) <cynthia.davis.hollingsworth@census.gov>; Christopher Robert Stephen
Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T
Castello (CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob
(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

I now need a CEF in the Staging environment. The easiest way for me
to get it there is to transfer it to the management bucket, and then
from the management bucket to the Staging bucket. The CEF is Title

13. May I initiate this transfer?

_____

**Simson L. Garfinkel, Ph.D, CISSP®, CIPP®**
Senior Computer Scientist for Data Access and Confidentiality
U.S. Census Bureau
O: 301.763.5361 | M: 202.836.2859
census.gov | @uscensusbreau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>
**Sent:** Tuesday, June 23, 2020 5:49 PM
**To:** Joseph Cortez (CENSUS/DCEO CTR) <joseph.cortez@census.gov>; Damian
Joseph Anderson (CENSUS/DCEO CTR) <damian.j.anderson@census.gov>;
Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>; Bouna
Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>; Liza L Hill (CENSUS/DITD
FED) <Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD
FED) <cynthia.davis.hollingsworth@census.gov>; Christopher Robert Stephen
Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T
Castello (CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob
(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

I just sent a single test file. When it is received, let me know, and I will
send a big file.

The test file is called hello_world.txt.  It is sent with correlation ID
'stage1'

wrong-ITE-MASTER:hadoop@/mnt/gits/das-vm-config $ python
soa/das_mft.py --send2 hello_world.txt --correlationID stage1 --debug
2020-06-23 17:39:28        20 hello_world.txt
Correlation ID:  stage1
Send file:  hello_world.txt
2020-06-23 17:47:50,333 connectionpool.py:203 (_new_conn) Starting
new HTTP connection (1): 169.254.169.254
2020-06-23 17:47:50,336 connectionpool.py:203 (_new_conn) Starting
new HTTP connection (1): 169.254.169.254
2020-06-23 17:47:50,353 connectionpool.py:735 (_new_conn) Starting
new HTTPS connection (1): kms.us-gov-west-1.amazonaws.com
headers:   {'content-type': 'text/xml', 'Authorization': 'Basic
U1RHX0RBUzpAQEBHZll0NG00MzhqZmNnVjl0c3JGZWVlZ3gqKio='}
data:
 <soapenv:Envelope
xmlns:soapenv="http://schemas.xmlsoap.org/soap/envelope/" >
 <soapenv:Header
xmlns:wsa="http://www.w3.org/2005/08/addressing">
 </soapenv:Header>

DOC_AL_0253853

```xml
    <soapenv:Body>
      <v2:ProcessManagedFileTransferCBM
        versionID="string"
```

xmlns:v1="http://esoa.census.gov/soa/CanonicalModel/Core/Common/V1"

xmlns:v2="http://esoa.census.gov/soa/CanonicalModel/Core/CDM/ManagedFileTransferCDM/V2">
```xml
      <v1:CBMHeader>
        <v1:Sender description="string">DAS</v1:Sender>
        <v1:TargetList>
          <v1:Target description="string">CDL</v1:Target>
          <v1:Target description="string">TABULATION</v1:Target>
        </v1:TargetList>
      </v1:CBMHeader>
      <v2:ProcessManagedFileTransfer>
        <v2:CorrelationID>stage1</v2:CorrelationID>
        <v2:FileIdentifier>hello_world.txt</v2:FileIdentifier>
        <v2:TargetExtensionList>
          <v2:TargetExtension target="CDL">
            <ns1:extensionElement
              elementName="fileType"
              elementType="String"
```

xmlns:ns1="http://esoa.census.gov/soa/CanonicalModel/Core/Common/V1">mdf</ns1:extensionElement>
```xml
          </v2:TargetExtension>
        </v2:TargetExtensionList>
      </v2:ProcessManagedFileTransfer>
    </v2:ProcessManagedFileTransferCBM>
  </soapenv:Body>
</soapenv:Envelope>
```

2020-06-23 17:47:51,218 connectionpool.py:735 (_new_conn) Starting new HTTPS connection (1): kms.us-gov-west-1.amazonaws.com
Sent with Correlation ID:  stage1
SOA ERROR status:    200
SOA ERROR headers:    {'Date': 'Tue, 23 Jun 2020 21:47:52 GMT', 'Content-Type': 'text/xml; charset=utf-8', 'Content-Length': '0', 'Connection': 'keep-alive', 'X-ORACLE-DMS-ECID': '3d557cd7-8cf8-427f-ba16-148f3ff8e54d-000750bf', 'X-ORACLE-DMS-RID': '0', 'messageID': 'afc425d.N70d106dd.41.172e1ba38f8.Ne63'}

---

**Simson L. Garfinkel, Ph.D, CISSP®, CIPP®**
Senior Computer Scientist for Data Access and Confidentiality
U.S. Census Bureau
O: 301.763.5361 | M: 202.836.2859
census.gov | @uscensusbreau
**Shape your future. START HERE >** 2020census.gov

DOC_AL_0253854

**From:** Joseph Cortez (CENSUS/DCEO CTR) <joseph.cortez@census.gov>
**Sent:** Tuesday, June 23, 2020 8:42 AM
**To:** Damian Joseph Anderson (CENSUS/DCEO CTR)
<damian.j.anderson@census.gov>; Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>; Azizat Adalikwu (CENSUS/ADSD FED)
<Azizat.Adalikwu@census.gov>; Bouna Sall (CENSUS/ADSD CTR)
<bouna.sall@census.gov>; Liza L Hill (CENSUS/DITD FED)
<Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD
FED) <cynthia.davis.hollingsworth@census.gov>; Christopher Robert Stephen
Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T
Castello (CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob
(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Thank you Damian

**Joseph Cortez,** MS, MBA, Infrastructure Account Manager, Contractor

DCEO/2020 Census Technical Integrator Program
U.S. Census Bureau

M: 571.327.7616
Census.gov | 2020census.gov | @uscensusbureau

Planned PTO:

June 26 - Full Day
July 6 - Full Day
July 20-24 - One Week
August 7 - Full Day
August 14 - Full Day.

---

**From:** Damian Joseph Anderson (CENSUS/DCEO CTR)
<damian.j.anderson@census.gov>
**Sent:** Tuesday, June 23, 2020 8:42 AM
**To:** Joseph Cortez (CENSUS/DCEO CTR) <joseph.cortez@census.gov>; Simson
L Garfinkel (CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>; Azizat
Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>; Bouna Sall
(CENSUS/ADSD CTR) <bouna.sall@census.gov>; Liza L Hill (CENSUS/DITD FED)
<Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)

<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD
FED) <cynthia.davis.hollingsworth@census.gov>; Christopher Robert Stephen
Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T
Castello (CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob
(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Joe: The incident is already assigned to me and I am working on it.

INC000000561871: Cannot launch cluster in staging - insufficient EC2
permission

**Damian Anderson, Senior AWS Engineer, Contractor**

DCEO/2020 Census Technical Integrator Program
U.S. Census Bureau
Mobile: 301-728-0919
Census.gov | 2020census.gov | @uscensusbureau

---

**From:** Joseph Cortez (CENSUS/DCEO CTR) <joseph.cortez@census.gov>
**Sent:** Tuesday, June 23, 2020 8:28 AM
**To:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>; Azizat Adalikwu (CENSUS/ADSD FED)
<Azizat.Adalikwu@census.gov>; Bouna Sall (CENSUS/ADSD CTR)
<bouna.sall@census.gov>; Liza L Hill (CENSUS/DITD FED)
<Liza.L.Hill@census.gov>; Damian Joseph Anderson (CENSUS/DCEO CTR)
<damian.j.anderson@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD
FED) <cynthia.davis.hollingsworth@census.gov>; Christopher Robert Stephen
Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T
Castello (CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob
(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Good Morning Simson,

I have alerted the Cloud Team of the situation.

Damian,
Can we discuss and escalate?

**Joseph Cortez,** MS, MBA, Infrastructure Account Manager, Contractor

DOC_AL_0253856

DCEO/2020 Census Technical Integrator Program
U.S. Census Bureau

M: 571.327.7616
Census.gov | 2020census.gov | @uscensusbureau

Planned PTO:

June 19 - Half Day
June 26 - Full Day
July 6 - Full Day
July 20-24 - One Week
August 7 - Full Day
August 14 - Full Day.

---

**From:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>
**Sent:** Tuesday, June 23, 2020 8:19 AM
**To:** Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>;
Bouna Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>; Liza L Hill
(CENSUS/DITD FED) <Liza.L.Hill@census.gov>; Joseph Cortez (CENSUS/DCEO
CTR) <joseph.cortez@census.gov>; Damian Joseph Anderson (CENSUS/DCEO
CTR) <damian.j.anderson@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD
FED) <cynthia.davis.hollingsworth@census.gov>; Christopher Robert Stephen
Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T
Castello (CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob
(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Hi. We have not started testing in Stage.
+ @Joseph Cortez (CENSUS/DCEO CTR)
+ @Damian Joseph Anderson (CENSUS/DCEO CTR)

It appears that there is a configuration problem in stage, as a result of a
recent effort to tighten up security. It is not currently possible to launch
DAS clusters in Stage.

We do not have an ETA on having this resolved, but I expect that it will
be resolved soon.

---

**Simson L. Garfinkel, Ph.D, CISSP®, CIPP®**

Senior Computer Scientist for Data Access and Confidentiality
U.S. Census Bureau
O: 301.763.5361 | M: 202.836.2859
census.gov | @uscensusbreau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>
**Sent:** Tuesday, June 23, 2020 7:39 AM
**To:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>; Bouna Sall (CENSUS/ADSD CTR)
<bouna.sall@census.gov>; Liza L Hill (CENSUS/DITD FED)
<Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD
FED) <cynthia.davis.hollingsworth@census.gov>; Christopher Robert Stephen
Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T
Castello (CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob
(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Good Morning Bouna,
    Did we start running this test in Stage yet ? If we have not started
yet when do we plan on starting ?

**Azizat (Abbey) Adalikwu *(MSIT, CTFL, FAC-COR I)*** , IT Specialist
3H150A |ADSD | Enterprise Middleware Services Branch | HQ
US Census Bureau
O: 301-763-9713 | Cell -301-821-1658
Census.gov | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>
**Sent:** Monday, June 22, 2020 5:27 PM
**To:** Bouna Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>; Liza L Hill
(CENSUS/DITD FED) <Liza.L.Hill@census.gov>
**Cc:** Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>;
Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD
FED) <cynthia.davis.hollingsworth@census.gov>; Christopher Robert Stephen
Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T
Castello (CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob

(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

We have not considered compressing these files. We are happy to do
so. We could compress them as ZIP64 files so that you would get the
checksum as well and send a single ZIP file called MDF20.zip

———————————

**Simson L. Garfinkel, Ph.D, CISSP®, CIPP®**
Senior Computer Scientist for Data Access and Confidentiality
U.S. Census Bureau
O: 301.763.5361 | M: 202.836.2859
census.gov | @uscensusbreau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Bouna Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>
**Sent:** Monday, June 22, 2020 11:51 AM
**To:** Liza L Hill (CENSUS/DITD FED) <Liza.L.Hill@census.gov>; Simson L
Garfinkel (CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>
**Cc:** Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>;
Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD
FED) <cynthia.davis.hollingsworth@census.gov>; Christopher Robert Stephen
Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T
Castello (CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob
(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Thanks Liza, please lets us know what you find. Also just out of curiosity
have we considered compressing these files to shorten the transfer
time?

Best Regards

Bouna Sall
Application Development & Services Division (ADSD)
US Census Bureau
Office x31393
bouna.sall@census.gov

---

**From:** Liza L Hill (CENSUS/DITD FED) <Liza.L.Hill@census.gov>
**Sent:** Monday, June 22, 2020 11:27 AM
**To:** Bouna Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>; Simson L
Garfinkel (CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>
**Cc:** Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>;
Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)

<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD
FED) <cynthia.davis.hollingsworth@census.gov>; Christopher Robert Stephen
Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T
Castello (CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob
(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Hi Bouna,
I sent an email for this inquiry, and I don't know if I will hear back in
time for your test. Based on previous experiences with data transfer, I
believe your plan will work (50-10GB files).

Liza

--------------------------------------------------------------------------

**Liza Hill**, Chief, Decennial Tabulation Staff,
Decennial Information Technology Division, U.S. Census Bureau
Office 301.763.3582  liza.l.hill@census.gov
census.gov  Connect with us on Social Media

---

**From:** Bouna Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>
**Sent:** Monday, June 22, 2020 8:33 AM
**To:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>; Liza L Hill (CENSUS/DITD FED)
<Liza.L.Hill@census.gov>
**Cc:** Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>;
Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD
FED) <cynthia.davis.hollingsworth@census.gov>; Christopher Robert Stephen
Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T
Castello (CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob
(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Good Morning Simson,

Since this is first time we are testing in stage, i suggest we send 1 test
file first and validate the file is readable by TAB before sending the rest
of the files. Also we need to have  discussion with TAB's Infra team as
to how many concurrent sftp connections they have handle. I believe
CDL can have 6 concurrent sftp connections per the testing we've
previously done with them. We have to find out  what that limit is  for
TAB. That should drive how many concurrent files we can transfer to
TAB.

Best Regards

DOC_AL_0253860

Bouna Sall
Application Development & Services Division (ADSD)
US Census Bureau
Office x31393
bouna.sall@census.gov

---

**From:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>
**Sent:** Monday, June 22, 2020 8:26 AM
**To:** Liza L Hill (CENSUS/DITD FED) <Liza.L.Hill@census.gov>; Bouna Sall
(CENSUS/ADSD CTR) <bouna.sall@census.gov>
**Cc:** Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>;
Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD
FED) <cynthia.davis.hollingsworth@census.gov>; Christopher Robert Stephen
Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T
Castello (CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob
(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Hi. I will not be ready to start the test until at last 3pm. I have training
from 9am-noon and then meetings until 3.
I am able to start the ITE test then. I am hoping to be able to start the
Staging test then.

I need to know two things:

> 1. Do you want me to send test files, or the actual MDF
> repeatedly?
> 2. Do you wish me to send all 500GB at the same time, or wait
> for each set to be received and acknowledged before sending the
> next?

I will be sending to both Tabulation and CDL, and I will send every file
with a different name. In total, I am expecting to send 50 files of 10GB
each.

My recommendation is to send test files, not the actual MDF (since it is
Title 13), and to send all of the files at once, for maximum stress.

---

**Simson L. Garfinkel, Ph.D, CISSP®, CIPP®**
Senior Computer Scientist for Data Access and Confidentiality
U.S. Census Bureau
O: 301.763.5361 | M: 202.836.2859
census.gov | @uscensusbreau
**Shape your future. START HERE >** 2020census.gov

**From:** Liza L Hill (CENSUS/DITD FED) <Liza.L.Hill@census.gov>
**Sent:** Friday, June 19, 2020 5:28 PM
**To:** Bouna Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>; Simson L Garfinkel (CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>
**Cc:** Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>; Christopher John Rivers (CENSUS/DCMD CTR) <christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED) <teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED) <john.a.fattaleh@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD FED) <cynthia.davis.hollingsworth@census.gov>; Christopher Robert Stephen Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T Castello (CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob (CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty (CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Hi Bouna,
We are ready and Monday morning will work. Thanks.


Liza


--------------------------------------------------------------------------

**Liza Hill**, Chief, Decennial Tabulation Staff,
Decennial Information Technology Division, U.S. Census Bureau
Office 301.763.3582  liza.l.hill@census.gov
census.gov  Connect with us on Social Media

--------------------------------------------------------------------------

**From:** Bouna Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>
**Sent:** Friday, June 19, 2020 5:14 PM
**To:** Liza L Hill (CENSUS/DITD FED) <Liza.L.Hill@census.gov>; Simson L Garfinkel (CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>
**Cc:** Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>; Christopher John Rivers (CENSUS/DCMD CTR) <christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED) <teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED) <john.a.fattaleh@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD FED) <cynthia.davis.hollingsworth@census.gov>; Christopher Robert Stephen Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T Castello (CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob (CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty (CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Thank Simson and Liza,

If everybody is ready to run the test in stage I propose we do that Monday morning. We will monitor it on our side.

Best Regards

DOC_AL_0253862

Bouna Sall
Application Development & Services Division (ADSD)
US Census Bureau
Office x31393
bouna.sall@census.gov

---

**From:** Liza L Hill (CENSUS/DITD FED) <Liza.L.Hill@census.gov>
**Sent:** Friday, June 19, 2020 4:21 PM
**To:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>; Bouna Sall (CENSUS/ADSD CTR)
<bouna.sall@census.gov>
**Cc:** Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>;
Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck (CENSUS/CED
CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED)
<john.a.fattaleh@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD
FED) <cynthia.davis.hollingsworth@census.gov>; Christopher Robert Stephen
Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T
Castello (CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob
(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Hi,
We have close to 2TB of storage in that file system, and we can allocate
500 GB for this test. After the test, we will need to remove the files and
free up storage.

Thanks,

Liza

--------------------------------------------------------------------------

**Liza Hill**, Chief, Decennial Tabulation Staff,
Decennial Information Technology Division, U.S. Census Bureau
Office 301.763.3582  liza.l.hill@census.gov
census.gov  Connect with us on Social Media

---

**From:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>
**Sent:** Friday, June 19, 2020 3:27 PM
**To:** Bouna Sall (CENSUS/ADSD CTR) <bouna.sall@census.gov>
**Cc:** Azizat Adalikwu (CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>; Liza
L Hill (CENSUS/DITD FED) <Liza.L.Hill@census.gov>; Christopher John Rivers
(CENSUS/DCMD CTR) <christopher.j.rivers@census.gov>; Micah Whitney
Heineck (CENSUS/CED CTR) <micah.w.heineck@census.gov>; Teresa Sabol
(CENSUS/CED FED) <teresa.sabol@census.gov>; John A Fattaleh
(CENSUS/CED FED) <john.a.fattaleh@census.gov>; Cynthia Davis
Hollingsworth (CENSUS/DCMD FED)

cynthia.davis.hollingsworth@census.gov>; Christopher Robert Stephen
Horton (CENSUS/ADSD CTR) <christopher.r.horton@census.gov>; Jaime T
Castello (CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A Ayoob
(CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>; Luther Coleman McGinty
(CENSUS/ADSD CTR) <luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf


Hi Bouna,

I have a theory of why this is happening.

My theory is that at some point in your infrastructure the large file is
being transmitted as many segments. I think that when each
segment is received, the receiving program does a fseek() and then
a write().  I think that a segment is being lost in transmission. But
when the next segment is received, I think that the seek() happens
off the end of the file. UNIX semantics is would then NULL-fill the
skipped region, which is precisely the behavior that you are seeing.

We can initiate as many file transfers as you wish. We can initiate
them from either ITE or Stage or both. But Liza needs to have
space to receive them!  Let me know if you want us to send 100GB,
500GB, or 1TB, and we will send a series of 10GB files. If you wish, I
can make them all different.

Simson

_____

**Simson L. Garfinkel, Ph.D, CISSP®, CIPP®**
Senior Computer Scientist for Data Access and Confidentiality

U.S. Census Bureau
O: 301.763.5361 | M: 202.836.2859
census.gov | @uscensusbureau
Shape your future. START HERE > 2020census.gov

> On Jun 19, 2020, at 1:31 PM, Bouna Sall (CENSUS/ADSD
> CTR) <bouna.sall@census.gov> wrote:
>
>
> Hi Simson,
>
> We looked into our traces and logs and didnt see any
> issues. We would like to have DAS and TAB's help further
> debug this issue.  We would like DAS to initiate a few
> transfers in ite with unique file names, may be append the
> date and time to the file, and monitor the transfers. Please
> let us know when we can work on this.
>
> Best Regards
>
> Bouna Sall
> Application Development & Services Division (ADSD)

US Census Bureau
Office x31393
bouna.sall@census.gov

---

**From:** Bouna Sall (CENSUS/ADSD CTR)
<bouna.sall@census.gov>
**Sent:** Friday, June 19, 2020 9:35 AM
**To:** Azizat Adalikwu (CENSUS/ADSD FED)
<Azizat.Adalikwu@census.gov>; Simson L Garfinkel
(CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>; Liza L
Hill (CENSUS/DITD FED) <Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck
(CENSUS/CED CTR) <micah.w.heineck@census.gov>; Teresa
Sabol (CENSUS/CED FED) <teresa.sabol@census.gov>; John A
Fattaleh (CENSUS/CED FED) <john.a.fattaleh@census.gov>;
Cynthia Davis Hollingsworth (CENSUS/DCMD FED)
<cynthia.davis.hollingsworth@census.gov>; Christopher Robert
Stephen Horton (CENSUS/ADSD CTR)
<christopher.r.horton@census.gov>; Jaime T Castello
(CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A
Ayoob (CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>;
Luther Coleman McGinty (CENSUS/ADSD CTR)
<luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

Good Morning Simson,

We are looking into the traces and logs to figure our what
happened. I will update this threads with our findings.

Best Regards

Bouna Sall
Application Development & Services Division (ADSD)
US Census Bureau
Office x31393
bouna.sall@census.gov

---

**From:** Azizat Adalikwu (CENSUS/ADSD FED)
<Azizat.Adalikwu@census.gov>
**Sent:** Friday, June 19, 2020 7:36 AM
**To:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>; Liza L Hill (CENSUS/DITD FED)
<Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck
(CENSUS/CED CTR) <micah.w.heineck@census.gov>; Teresa
Sabol (CENSUS/CED FED) <teresa.sabol@census.gov>; John A
Fattaleh (CENSUS/CED FED) <john.a.fattaleh@census.gov>;
Cynthia Davis Hollingsworth (CENSUS/DCMD FED)
<cynthia.davis.hollingsworth@census.gov>; Bouna Sall
(CENSUS/ADSD CTR) <bouna.sall@census.gov>; Christopher
Robert Stephen Horton (CENSUS/ADSD CTR)

<christopher.r.horton@census.gov>; Jaime T Castello
(CENSUS/ADSD FED) <Jaime.T.Castello@census.gov>; Cathy A
Ayoob (CENSUS/ADSD FED) <Cathy.A.Ayoob@census.gov>;
Luther Coleman McGinty (CENSUS/ADSD CTR)
<luther.coleman.mcginty@census.gov>
**Subject:** Re: Updated dhcp mdf

+++Cathy, Jaime, and Luke

**Azizat (Abbey) Adalikwu *(MSIT, CTFL, FAC-COR I)* ,** IT
Specialist
**3H150A |ADSD | Enterprise Middleware Services Branch | HQ**
US Census Bureau
O: 301-763-9713 | Cell -301-821-1658
Census.gov | @uscensusbureau
**Shape your future. START HERE** > 2020census.gov

---

**From:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>
**Sent:** Thursday, June 18, 2020 7:54 PM
**To:** Liza L Hill (CENSUS/DITD FED) <Liza.L.Hill@census.gov>
**Cc:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Micah Whitney Heineck
(CENSUS/CED CTR) <micah.w.heineck@census.gov>; Teresa
Sabol (CENSUS/CED FED) <teresa.sabol@census.gov>; John A
Fattaleh (CENSUS/CED FED) <john.a.fattaleh@census.gov>;
Cynthia Davis Hollingsworth (CENSUS/DCMD FED)
<cynthia.davis.hollingsworth@census.gov>; Azizat Adalikwu
(CENSUS/ADSD FED) <Azizat.Adalikwu@census.gov>; Bouna Sall
(CENSUS/ADSD CTR) <bouna.sall@census.gov>; Christopher
Robert Stephen Horton (CENSUS/ADSD CTR)
<christopher.r.horton@census.gov>
**Subject:** Re: Updated dhcp mdf

Liza,
We did not send a file with 190 MB of NULLs at the
beginning. This file was corrupted by the managed file
transfer protocol. This is the exact same corruption that we
have seen in the past.
This is why it is vital that you confirm the cryptographic
check some on the files that we sent you before processing
them. The system that we are using to transfer files is not
reliable.

This is a serious issue that has now happened on three
occasions. It is vital that we realize that files are being
corrupted. We can't do anything about it. Management
refuses to take this seriously. I have been warning about

problems with the MFT system for two years. But there are no changes that will be made now.

Therefore, you must check to check the checksums before processing.

———————————————

**Simson L. Garfinkel, Ph.D, CISSP®, CIPP®**
Senior Computer Scientist for Data Access and Confidentiality

U.S. Census Bureau
O: <u>301.763.5361</u> | M: <u>202.836.2859</u>
<u>census.gov</u> | @uscensusbureau
Shape your future. START HERE > 2020census.gov

> On Jun 18, 2020, at 6:48 PM, Liza L Hill (CENSUS/DITD FED) <Liza.L.Hill@census.gov> wrote:

> Hi Simson,
> Before I moved the files, I could not read the top of the files. Bouna from the
> SOA team tried to debug, and I put in a ticket for CSvD to help solve the problem. Below was what CSvD found:

> Liza,

> You had me look into why issues were occurring in a specific file, /data/tab10/soa-in/ite/2020TRR-DAS-061520/MDF10_PER.txt. Here are the results:

> I hexed dump the file, since there are issues running UNIX commands against the files.

> A **valid file** the first few bytes look like this:

```
[root@tabgen9 2020TRR-DAS-061620]# xxd
MDF10_PER.txt | head -10
0000000: 2320 636f 6d62 696e 6564 2046  # combined Fri J
7269 204a
0000010: 756e 2031 3220 3134 3a31 363a  un 12 14:16:58 2
3538 2032
0000020: 3032 300a 2320 696e 7075 7431  020.# input1: s3
3a20 7333 020.# input1: s3
0000030: 3a2f 2f75 7363 622d 6465 6365  ://uscb-decennia
6e6e 6961
0000040: 6c2d 6974 652d 6461 732f 7573  l-ite-das/users/
6572 732f
```

```
0000050: 6865 696e 6530 3038 2f6f 6666
6963 6961  heine008/officia
0000060: 6c2d 7472 722f 636f 7272 6563
7465 642d  l-trr/corrected-
0000070: 6468 6370 2d75 732f 4d44 4631
305f 5045  dhcp-us/MDF10_PE
0000080: 525f 5553 2e74 7874 2020 7072
6566 6978  R_US.txt  prefix
0000090: 3a20 5553 0a23 2069 6e70 7574
323a 2073  : US.# input2: s
```

The file you are having you are having issues
with, is padded with zeros and looks like this:

```
[root@tabgen9 2020TRR-DAS-061520]# xxd
MDF10_PER.txt | head -10
0000000: 0000 0000 0000 0000 0000 0000
0000 0000  ................
0000010: 0000 0000 0000 0000 0000 0000
0000 0000  ................
0000020: 0000 0000 0000 0000 0000 0000
0000 0000  ................
0000030: 0000 0000 0000 0000 0000 0000
0000 0000  ................
0000040: 0000 0000 0000 0000 0000 0000
0000 0000  ................
0000050: 0000 0000 0000 0000 0000 0000
0000 0000  ................
0000060: 0000 0000 0000 0000 0000 0000
0000 0000  ................
0000070: 0000 0000 0000 0000 0000 0000
0000 0000  ................
0000080: 0000 0000 0000 0000 0000 0000
0000 0000  ................
0000090: 0000 0000 0000 0000 0000 0000
0000 0000  ................
```

I did another command to see when the zero
padding ended. The first printable bytes
appear about 19MB+ into the file.

I bolded the byte count, since the fields run
together at this point.

```
[root@tabgen9 2020TRR-DAS-061520]# xxd
MDF10_PER.txt | awk
'{if($10!="................"){print
$0}}' | awk
'{if($9!="................"){print
$0}}' | more
474a0000007c37 3739 3134 357c 337c 3030
307c 3231  |779145|3|000|21
474a000107c32 7c32 387c 327c 3032 7c32
0a4d 5044  |2|28|2|02|2.MPD
474a000207c31 2e31 2e30 7c37 327c 3132
397c 3232  |1.1.0|72|129|22
474a000303035 3032 7c32 7c32 3030 307c
```

```
3737 3832  0502|2|2000|7782
474a000403935 7c33 7c30 3030 7c32 357c
327c 3238  95|3|000|25|2|28
474a000507c32 7c30 327c 320a 4d50 447c
312e 312e  |2|02|2.MPD|1.1.
474a00060307c 3732 7c31 3239 7c32 3230
3530 327c  0|72|129|220502|
474a00070327c 3230 3034 7c37 3738 3935
337c 337c  2|2004|778953|3|
474a000803030 307c 3230 7c32 7c33 317c
327c 3032  000|20|2|31|2|02
474a000907c32 0a4d 5044 7c31 2e31 2e30
7c37 327c  |2.MPD|1.1.0|72|
474a000a03032 357c 3230 3231 3030 7c33
7c33 3030  025|202100|3|300
474a000b0307c 3739 3534 3837 7c33 7c30
3030 7c32  0|795487|3|000|2
474a000c0357c 327c 3134 7c32 7c30 377c
320a 4d50  5|2|14|2|07|2.MP
```

In conclusion, the files you are having issues with have zeros padding the beginning of the files. Based on the valid file, you are processing the file as a text file. All OS's use some kind of End-Of-Line markers to delineate the lines in the file. Since this file is padded with zeros, the first line is over 19MB long. You will have a hard time running any commands against it.

Most likely this file that was created needs to be rebuilt, without zero padding in the beginning.

-------------------------------------------------------------------------

**Liza Hill**, Chief, Decennial Tabulation Staff, Decennial Information Technology Division, U.S. Census Bureau
Office 301.763.3582   liza.l.hill@census.gov
census.gov  Connect with us on Social Media

---

**From:** Simson L Garfinkel (CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>
**Sent:** Thursday, June 18, 2020 8:53 AM
**To:** Christopher John Rivers (CENSUS/DCMD CTR) <christopher.j.rivers@census.gov>; Liza L Hill (CENSUS/DITD FED) <Liza.L.Hill@census.gov>; Micah Whitney Heineck (CENSUS/CED CTR) <micah.w.heineck@census.gov>; Teresa Sabol (CENSUS/CED FED) <teresa.sabol@census.gov>; John A Fattaleh (CENSUS/CED FED) <john.a.fattaleh@census.gov>
**Cc:** Cynthia Davis Hollingsworth (CENSUS/DCMD

FED) <cynthia.davis.hollingsworth@census.gov>;
Azizat Adalikwu (CENSUS/ADSD FED)
<Azizat.Adalikwu@census.gov>; Bouna Sall
(CENSUS/ADSD CTR) <bouna.sall@census.gov>;
Christopher Robert Stephen Horton
(CENSUS/ADSD CTR)
<christopher.r.horton@census.gov>
**Subject:** Re: Updated dhcp mdf

Liza,
I am very concerned by your email message
that the head command would not work and
you could not read the files into SAS. Do you
have the files that were transferred that were
unusable? Also, did you verify the
cryptographic hashes on the files?

From your email, it sounds like the files were
corrupted in transit. It sounds like a large block
of the file contents were replaced with NULL
characters. we have seen this kind of file
corruption in the past. It is very important that
we document this file corruption for ADSD and
DCMD.

+ @Teresa Sabol (CENSUS/CED FED)
+ @John A Fattaleh (CENSUS/CED FED)

I am beginning to think that we should move
file corruption onto the risk register. It seems
that we have a hard time getting files to
reliably transfer to your environment.

Lisa, I think that it is vital that you use the
openssl 'sha1' command to verify the integrity
of these files before you attempt to import
them into your programming environment.
That is why we are sending you the HASHES
file.

can you get me access to the files that were
sent that you could not read?

_____

**Simson L. Garfinkel, Ph.D, CISSP®, CIPP®**
Senior Computer Scientist for Data Access and
Confidentiality
U.S. Census Bureau
O: 301.763.5361 | M: 202.836.2859
census.gov | @uscensusbreau
**Shape your future. START HERE >**
2020census.gov

---

**From:** Christopher John Rivers (CENSUS/DCMD

**Sent:** Tuesday, June 16, 2020 9:36 AM
**To:** Liza L Hill (CENSUS/DITD FED)
<Liza.L.Hill@census.gov>; Micah Whitney Heineck
(CENSUS/CED CTR)
<micah.w.heineck@census.gov>; Simson L
Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>
**Cc:** Cynthia Davis Hollingsworth (CENSUS/DCMD
FED) <cynthia.davis.hollingsworth@census.gov>;
Azizat Adalikwu (CENSUS/ADSD FED)
<Azizat.Adalikwu@census.gov>; Bouna Sall
(CENSUS/ADSD CTR) <bouna.sall@census.gov>;
Christopher Robert Stephen Horton
(CENSUS/ADSD CTR)
<christopher.r.horton@census.gov>
**Subject:** Re: Updated dhcp mdf

Good morning Simson and Micah, the DAS to
TAB SOA transfer in ITE failed late in the
transfer.   Only 9.4GB received for the Unit
file.   Liza has removed the files.  Can DAS
please initiate a new SOA transfer and provide
a correlation ID.  I'm including SOA team to
track.  Thanks!


**Chris Rivers,** IT Project Manager
Decennial Census Management Division/HQ
U.S. Census Bureau
O: (301) 763-3528 | M: (757) 581-8884
census.gov | @uscensusbureau
**Shape your future. START HERE >**
2020census.gov

---

**From:** Liza L Hill (CENSUS/DITD FED)
<Liza.L.Hill@census.gov>
**Sent:** Tuesday, June 16, 2020 9:24 AM
**To:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>
**Cc:** Cynthia Davis Hollingsworth (CENSUS/DCMD
FED) <cynthia.davis.hollingsworth@census.gov>
**Subject:** Re: Updated dhcp mdf

Hi Chris,
Using the head command just hang, and SAS
couldn't read in the files.


Liza


--------------------------------------------------------------------------

**Liza Hill**, Chief, Decennial Tabulation Staff,
Decennial Information Technology Division, U.S.
Census Bureau

---

**From:** Christopher John Rivers (CENSUS/DCMD
CTR) <christopher.j.rivers@census.gov>
**Sent:** Tuesday, June 16, 2020 8:16 AM
**To:** Liza L Hill (CENSUS/DITD FED)
<Liza.L.Hill@census.gov>
**Cc:** Cynthia Davis Hollingsworth (CENSUS/DCMD
FED) <cynthia.davis.hollingsworth@census.gov>
**Subject:** Re: Updated dhcp mdf

Good morning Liza, I reached out to Micah and
he stated he was able to run the Head
command.  Can you please check again before
I ask them to re-send.  Thanks!

[6/16/2020 8:13 AM] Micah Whitney Heineck
(CENSUS/CED CTR):
I am able to run head on the MDF10_PER.txt,
MDF10_UNIT.txt, and MDF10_HASHES.txt files. No
problem on my side

**Chris Rivers,** IT Project Manager
Decennial Census Management Division/HQ
U.S. Census Bureau
O: (301) 763-3528 | M: (757) 581-8884
census.gov | @uscensusbureau
**Shape your future. START HERE >**
2020census.gov

---

**From:** Liza L Hill (CENSUS/DITD FED)
<Liza.L.Hill@census.gov>
**Sent:** Monday, June 15, 2020 9:08 PM
**To:** Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>
**Cc:** Cynthia Davis Hollingsworth (CENSUS/DCMD
FED) <cynthia.davis.hollingsworth@census.gov>
**Subject:** Fw: Updated dhcp mdf

Hi Chris,
Do you know who can transferred the files
again? There is a problem with the headers
where I can't use the head command. Using
the tail command is fine. We've had this
problem not long ago. Thanks.

Liza

-------------------------------------------------------------------------

**Liza Hill**, Chief, Decennial Tabulation Staff,
Decennial Information Technology Division, U.S.
Census Bureau
Office 301.763.3582   liza.l.hill@census.gov
census.gov  Connect with us on Social Media

---

**From:** Cynthia Davis Hollingsworth
(CENSUS/DCMD FED)
<cynthia.davis.hollingsworth@census.gov>
**Sent:** Monday, June 15, 2020 8:29 PM
**To:** Liza L Hill (CENSUS/DITD FED)
<Liza.L.Hill@census.gov>; Simson L Garfinkel
(CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>; Philip Leclerc
(CENSUS/CDAR FED) <philip.leclerc@census.gov>;
Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; Christopher John
Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Jane H Ingold
(CENSUS/DCMD FED)
<Jane.H.Ingold@census.gov>; Jason Devine
(CENSUS/POP FED) <Jason.E.Devine@census.gov>
**Cc:** Micah Whitney Heineck (CENSUS/CED CTR)
<micah.w.heineck@census.gov>; Charles Mcavoy
Lease (CENSUS/DCEO CTR)
<charles.m.lease@census.gov>; John A Fattaleh
(CENSUS/CED FED) <john.a.fattaleh@census.gov>;
Pavel Zhuravlev (CENSUS/CES CTR)
<pavel.zhuravlev@census.gov>
**Subject:** Re: Updated dhcp mdf

+ Jason

Hi Liza,

Glad you received the files!

Yes, you should use this file to tabulate the
data products.

Thanks,

**Cynthia Davis Hollingsworth**
Program Manager, 2020 Census Data Products and
Dissemination
Decennial Census Management Division
U.S. Census Bureau
Office: 301.763.3655
iPhone: 202.253.6334
E-mail: cynthia.davis.hollingsworth@census.gov

---

**From:** Liza L Hill (CENSUS/DITD FED)
<Liza.L.Hill@census.gov>

**Sent:** Monday, June 15, 2020 6:02 PM
**To:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>; Philip Leclerc
(CENSUS/CDAR FED) <philip.leclerc@census.gov>;
Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; Christopher John
Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Cynthia Davis
Hollingsworth (CENSUS/DCMD FED)
<cynthia.davis.hollingsworth@census.gov>; Jane H
Ingold (CENSUS/DCMD FED)
<Jane.H.Ingold@census.gov>
**Cc:** Micah Whitney Heineck (CENSUS/CED CTR)
<micah.w.heineck@census.gov>; Charles Mcavoy
Lease (CENSUS/DCEO CTR)
<charles.m.lease@census.gov>; John A Fattaleh
(CENSUS/CED FED) <john.a.fattaleh@census.gov>;
Pavel Zhuravlev (CENSUS/CES CTR)
<pavel.zhuravlev@census.gov>
**Subject:** Re: Updated dhcp mdf

Hi Simson and Phil,
We received the files at 5:36 p.m. Thank you.

May I use the files to tabulate the P.L.,
Demographic Profiles, and DHC data?

Liza

-------------------------------------------------------------------------

**Liza Hill**, Chief, Decennial Tabulation Staff,
Decennial Information Technology Division, U.S.
Census Bureau
Office 301.763.3582   liza.l.hill@census.gov
census.gov   Connect with us on Social Media

---

**From:** Simson L Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>
**Sent:** Monday, June 15, 2020 2:45 PM
**To:** Philip Leclerc (CENSUS/CDAR FED)
<philip.leclerc@census.gov>; Teresa Sabol
(CENSUS/CED FED) <teresa.sabol@census.gov>;
Christopher John Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Liza L Hill
(CENSUS/DITD FED) <Liza.L.Hill@census.gov>;
Cynthia Davis Hollingsworth (CENSUS/DCMD FED)
<cynthia.davis.hollingsworth@census.gov>; Jane H
Ingold (CENSUS/DCMD FED)
<Jane.H.Ingold@census.gov>
**Cc:** Micah Whitney Heineck (CENSUS/CED CTR)
<micah.w.heineck@census.gov>; Charles Mcavoy
Lease (CENSUS/DCEO CTR)
<charles.m.lease@census.gov>; John A Fattaleh

(CENSUS/CED FED) <john.a.fattaleh@census.gov>;
Pavel Zhuravlev (CENSUS/CES CTR)
<pavel.zhuravlev@census.gov>
**Subject:** Re: Updated dhcp mdf

I agree that we should update the TAR to
indicate that the run did not fail.

_____

**Simson L. Garfinkel, Ph.D, CISSP®, CIPP®**
Senior Computer Scientist for Data Access and
Confidentiality
U.S. Census Bureau
O: 301.763.5361 | M: 202.836.2859
census.gov | @uscensusbreau
**Shape your future. START HERE >**
2020census.gov

---

**From:** Philip Leclerc (CENSUS/CDAR FED)
<philip.leclerc@census.gov>
**Sent:** Monday, June 15, 2020 10:05 AM
**To:** Teresa Sabol (CENSUS/CED FED)
<teresa.sabol@census.gov>; Christopher John
Rivers (CENSUS/DCMD CTR)
<christopher.j.rivers@census.gov>; Liza L Hill
(CENSUS/DITD FED) <Liza.L.Hill@census.gov>;
Cynthia Davis Hollingsworth (CENSUS/DCMD FED)
<cynthia.davis.hollingsworth@census.gov>; Jane H
Ingold (CENSUS/DCMD FED)
<Jane.H.Ingold@census.gov>
**Cc:** Micah Whitney Heineck (CENSUS/CED CTR)
<micah.w.heineck@census.gov>; Simson L
Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>; Charles Mcavoy
Lease (CENSUS/DCEO CTR)
<charles.m.lease@census.gov>; John A Fattaleh
(CENSUS/CED FED) <john.a.fattaleh@census.gov>;
Pavel Zhuravlev (CENSUS/CES CTR)
<pavel.zhuravlev@census.gov>
**Subject:** Re: Updated dhcp mdf

Sure, I can give an update at the sprint
planning meeting.

re: the TRR documents -- it seems reasonable
to me to include updates on this latest,
believed-successful DHCP-US run, but I don't
think we should remove notes that the original
run failed (not clear to me if this was the
intent or not, from the conversation below). It
is an important development fact that an error
was accidentally introduced (via a typo, in a
merge not reviewed by multiple people; i.e.,
using our original development approach) into
the DAS engine code that caused invariants to

fail.

Best,
**Philip Leclerc**
*Mathematical Statistician*
*Center for Disclosure Avoidance Research (former)*
*Center for Enterprise Dissemination (current)*
*United States Census Bureau*
**Work Phone:** 301-763-3716
**Cell Phone:** 202-510-0188

---

**From:** Teresa Sabol (CENSUS/CED FED) <teresa.sabol@census.gov>
**Sent:** Monday, June 15, 2020 7:12 AM
**To:** Christopher John Rivers (CENSUS/DCMD CTR) <christopher.j.rivers@census.gov>; Philip Leclerc (CENSUS/CDAR FED) <philip.leclerc@census.gov>; Liza L Hill (CENSUS/DITD FED) <Liza.L.Hill@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD FED) <cynthia.davis.hollingsworth@census.gov>; Jane H Ingold (CENSUS/DCMD FED) <Jane.H.Ingold@census.gov>
**Cc:** Micah Whitney Heineck (CENSUS/CED CTR) <micah.w.heineck@census.gov>; Simson L Garfinkel (CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>; Charles Mcavoy Lease (CENSUS/DCEO CTR) <charles.m.lease@census.gov>; John A Fattaleh (CENSUS/CED FED) <john.a.fattaleh@census.gov>; Pavel Zhuravlev (CENSUS/CES CTR) <pavel.zhuravlev@census.gov>
**Subject:** Re: Updated dhcp mdf

Yes, please, Chris, it makes sense to update the documents you reference with the correct run of the MDF file. Thank you for your offer.

@Phil - this is awesome news! Do you mind doing a quick update at today's Sprint V planning meeting, so that everyone is aware that the invariant bug has been corrected.

@Micah and Pavel - thank you for correcting the bug and for running the correct file.

**Teresa Sabol**, FAC P/PM III
**Center for Enterprise Dissemination**
**Research & Methodology Directorate**

U.S. Census Bureau
O: 301-763-6845 | M: 202-308-3505
census.gov | @uscensusbureau

**From:** Christopher John Rivers (CENSUS/DCMD CTR) <christopher.j.rivers@census.gov>
**Sent:** Friday, June 12, 2020 10:26 PM
**To:** Philip Leclerc (CENSUS/CDAR FED) <philip.leclerc@census.gov>; Liza L Hill (CENSUS/DITD FED) <Liza.L.Hill@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD FED) <cynthia.davis.hollingsworth@census.gov>; Jane H Ingold (CENSUS/DCMD FED) <Jane.H.Ingold@census.gov>
**Cc:** Micah Whitney Heineck (CENSUS/CED CTR) <micah.w.heineck@census.gov>; Simson L Garfinkel (CENSUS/ADRM FED) <simson.l.garfinkel@census.gov>; Teresa Sabol (CENSUS/CED FED) <teresa.sabol@census.gov>; Charles Mcavoy Lease (CENSUS/DCEO CTR) <charles.m.lease@census.gov>; John A Fattaleh (CENSUS/CED FED) <john.a.fattaleh@census.gov>
**Subject:** Re: Updated dhcp mdf

Good evening Philip, thanks for the response. Yes, can DAS please deliver the DHCP MDF to Tabulation in ITE.

Hi John and Teresa, please let me know if you would like the TRR Entry Checklist, RTVM Test Case Status, TAR, Release Notes, TEMP updated with the recent successful test cases for Monday (OD TRR 6/15/2020)? Including Charles Lease if he has any recommendations.  Thanks!


**Chris Rivers,** IT Project Manager
Decennial Census Management Division/HQ
U.S. Census Bureau
O: (301) 763-3528 | M: (757) 581-8884
census.gov | @uscensusbureau
**Shape your future. START HERE >**
2020census.gov

**From:** Philip Leclerc (CENSUS/CDAR FED) <philip.leclerc@census.gov>
**Sent:** Friday, June 12, 2020 4:28 PM
**To:** Liza L Hill (CENSUS/DITD FED) <Liza.L.Hill@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD FED) <cynthia.davis.hollingsworth@census.gov>; Christopher John Rivers (CENSUS/DCMD CTR) <christopher.j.rivers@census.gov>; Jane H Ingold (CENSUS/DCMD FED) <Jane.H.Ingold@census.gov>

**Cc:** Micah Whitney Heineck (CENSUS/CED CTR)
<micah.w.heineck@census.gov>; Simson L
Garfinkel (CENSUS/ADRM FED)
<simson.l.garfinkel@census.gov>
**Subject:** Updated dhcp mdf

Hi all,

I believe Micah and Pavel on the das team have
identified the cause of the errors in the dhcp mdf,
have fixed them, and that Micah has produced a
new, correct dhcp-us mdf. Is there interest from tab
in us sending a corrected mdf containing this data
for review?

Best,
Philip Leclerc

Sent from my iPhone

DOC_AL_0253878