# EXHIBIT 24

To: Ryan R Cumings (CENSUS/CED FED)[ryan.r.cumings@census.gov]; Michael B Hawes (CENSUS/CED FED)[michael.b.hawes@census.gov]
From: John Maron Abowd (CENSUS/ADRM FED)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CB0EEE1CC6CA45CC948C0077899626C2-ABOWD, JOHN]
Sent: Mon 7/13/2020 8:16:20 PM (UTC)
Subject: Re: Hill questions on DAS

Thanks.

**John M. Abowd, PhD**, Associate Director and Chief Scientist
Research and Methodology
U.S. Census Bureau
O: 301-763-5880 M: simulring on cell
census.gov | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Ryan R Cumings (CENSUS/CED FED) <ryan.r.cumings@census.gov>
**Sent:** Monday, July 13, 2020 1:43 PM
**To:** John Maron Abowd (CENSUS/ADRM FED) <john.maron.abowd@census.gov>; Michael B Hawes (CENSUS/CED FED) <michael.b.hawes@census.gov>
**Subject:** Re: Hill questions on DAS

Hi John and Michael,

Sorry about misunderstanding you on this. I included the message below summarizing a features of spines that have been topics of discussion in our science meetings, why they have an impact on the final estimator, and ways to avoid these difficulties.

I am not sure who the target audience is for this, but, if they have experience with data analysis, I could also go into more detail on a variety of aspects. The examples I have in mind are the following.

1. All sparse model estimators have infinite minimax risk, which was proved by Leeb and Potscher (2008).
2. The original form of the Lasso estimator (Tibshirani, 1996) actually makes the link between this estimator and the parent to child consistency constraints that I hint at below more explicit. Specifically, Tibshirani's original formulation was a constraint on the sum of the absolute values of the elements of the estimator. Thus, the non-negative Lasso can be formulated with a summation constraint on the estimator itself; it is currently more common to formulate this estimator with the Lagrange multiplier of this constraint as a choice parameter directly rather than the constant of this constraint.
3. I could also discuss a few other possibilities to ameliorate problems associated with high fan-out, but I think the opinion of most members of the science team (including myself) is that these possibilities are unlikely to be feasible to implement given our time constraints.

Feel free to let me know if you'd like me to update the email below.

Thank you,
Ryan


Hello X,

The aspect of the geographic spine that has the largest impact on the accuracy of the microdata produced by DAS is fan-out. The fan-out of a geounit is its number of child geounits. For example, the fan-out of Iowa in our current spine is the total number of counties in Iowa, which is 99. One obvious impact of increasing one or more fan-out values of a spine is that this increases the total number of geounits, which implies that the number of counts produced by DAS is necessarily higher. In a way that is made precise by the database reconstruction theorem, privacy becomes more difficult to ensure

as either the number of counts being released, or their precision, is increased, so it is not entirely surprising that our previous tests have shown that accuracy is often decreasing in fan-out.

There are also several other, less fundamental, reasons why fan-out has an impact on the accuracy of the DAS count estimates. First, our method of ensuring that each detailed cell count of a parent can be decomposed as the sum of the corresponding detailed cell count for all of its children is equivalent to a specific choice of Lasso penalty parameter on these detailed cells of the children. The addition of Lasso penalties (Tibshirani, 1996) are one common method for sparse model estimation, so this may not sound problematic at first. However, the variance of this implicit penalty term is increasing in the number of children, which in turn increases the variance of counts for children of geounits with a high fan-out. Second, fan-out values that are too low can also be problematic in some cases. The most obvious example is when a geounit only has one child, in which case it is best to simply bypass the parent and reallocate all of its privacy-loss budget (PLB) to the child. Third, increasing fan-out will also most typically increases the sparsity of the true cell counts that are estimated by the DAS algorithm. Since we also impose non-negativity constraints on the count estimates, this has the effect of increasing the bias of the cell count estimates.

A combination of these impacts can lead to less precise count estimates after modifying the spine to ensure that it pass through certain entities, such as AIAN areas. One approach that we are planning on testing is to take as input both a spine that includes AIAN areas as well as initial PLB allocations for each geolevel and then update this spine and the PLB allocations in a preprocessing step of the DAS algorithm. This can be done using an approach called the high dimensional matrix mechanism, which provides estimates of the optimal PLB allocations for each geounit (McKenna et al., 2018). Note that this solution is actually more general than simply optimizing the structure of the spine itself because we can bypass geounits that are allocated a PLB of zero to recover the required hierarchical spine structure.

---

**From:** John Maron Abowd (CENSUS/ADRM FED) <john.maron.abowd@census.gov>
**Sent:** Monday, July 13, 2020 9:13 AM
**To:** Ryan R Cumings (CENSUS/CED FED) <ryan.r.cumings@census.gov>; Michael B Hawes (CENSUS/CED FED) <michael.b.hawes@census.gov>
**Subject:** Re: Hill questions on DAS

Ryan,

Please send Michael Hawes a summary of the state of geo-spine options. I'm not sure what clarification you are referring to by Simson. We need to be able to explain the issues associated with moving AIAN tribal areas onto the spine. These include fan-out and sparsity. These are science issues more than engineering. Please do this today.

Thanks,

   **John M. Abowd, PhD**, Associate Director and Chief Scientist
Research and Methodology
U.S. Census Bureau
O: 301-763-5880 M: simulring on cell
census.gov | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Ryan R Cumings (CENSUS/CED FED) <ryan.r.cumings@census.gov>
**Sent:** Monday, July 13, 2020 8:42 AM
**To:** Michael B Hawes (CENSUS/CED FED) <michael.b.hawes@census.gov>; John Maron Abowd (CENSUS/ADRM FED) <john.maron.abowd@census.gov>
**Subject:** Re: Hill questions on DAS

Hi John,

Is this in regards to clarifying the methods related to the alternative geographic spine that we are planning on implementing to the participants of the Group 2 CNSTAT meetings? I was under the impression that our final decision was

not to send this email (after Simson's clarification).

I'm sorry if I misunderstood our conversation. Would you like me to send you a draft of an email today that describes our plans for testing alternative geographic spines?

Thank you,
Ryan

---

**From:** Michael B Hawes (CENSUS/CED FED) <michael.b.hawes@census.gov>
**Sent:** Monday, July 13, 2020 8:03 AM
**To:** John Maron Abowd (CENSUS/ADRM FED) <john.maron.abowd@census.gov>; Ryan R Cumings (CENSUS/CED FED) <ryan.r.cumings@census.gov>
**Subject:** Re: Hill questions on DAS

Ryan,

Do you have the new information on the geographic spine that John referenced in his Wednesday email (below)?

Thanks,
-Michael

---

**Michael B. Hawes**
**Senior Advisor for Data Access and Privacy**
Research and Methodology
U.S. Census Bureau
301.763.1960 (office)
202.669.9035 (mobile)
michael.b.hawes@census.gov

---

**From:** John Maron Abowd (CENSUS/ADRM FED) <john.maron.abowd@census.gov>
**Sent:** Wednesday, July 8, 2020 1:49 PM
**To:** Michael B Hawes (CENSUS/CED FED) <michael.b.hawes@census.gov>
**Subject:** Re: Hill questions on DAS

More detail on geo spine is coming by Friday from Ryan. Ping him, if you don't see it. Thanks,

**John M. Abowd, PhD**, Associate Director and Chief Scientist
Research and Methodology
U.S. Census Bureau
O: 301-763-5880 M: simulring on cell
census.gov | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Michael B Hawes (CENSUS/CED FED) <michael.b.hawes@census.gov>
**Sent:** Wednesday, July 8, 2020 1:48 PM
**To:** John Maron Abowd (CENSUS/ADRM FED) <john.maron.abowd@census.gov>; Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Cc:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Alan Lang (CENSUS/OCIA FED) <alan.lang@census.gov>
**Subject:** Re: Hill questions on DAS

I'm available then, as well.

Michael B. Hawes
Senior Advisor for Data Access and Privacy
Research and Methodology
U.S. Census Bureau
301.763.1960 (office)
202.669.9035 (mobile)
michael.b.hawes@census.gov

---

**From:** John Maron Abowd (CENSUS/ADRM FED) <john.maron.abowd@census.gov>
**Sent:** Wednesday, July 8, 2020 12:02 PM
**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Michael B Hawes (CENSUS/CED FED) <michael.b.hawes@census.gov>
**Cc:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Alan Lang (CENSUS/OCIA FED) <alan.lang@census.gov>
**Subject:** Re: Hill questions on DAS

I can make 7/17 (although I will have to miss a virtual lunch with my counterparts at the other stat agencies).

We never "decided" to modify the geographic spine. We did experiment with determining other feasible spines, including one where AIAN tribal areas were on the spine. It solved some problems but created others (also for the AIAN tabulations), so we tabled it until we could figure out how to deal with the other problems. Everything is really sparse below AIAN state-level geography, so putting them on the spine meant that all the lower-level geographic measurements were worse, not better). Agree that this is a challenging problem, and we do need a fix for it, but we don't have one yet.

Thanks,

**John M. Abowd, PhD**, Associate Director and Chief Scientist
Research and Methodology
U.S. Census Bureau
O: 301-763-5880 M: simulring on cell
census.gov | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Wednesday, July 8, 2020 11:56 AM
**To:** Michael B Hawes (CENSUS/CED FED) <michael.b.hawes@census.gov>; John Maron Abowd (CENSUS/ADRM FED) <john.maron.abowd@census.gov>
**Cc:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Alan Lang (CENSUS/OCIA FED) <alan.lang@census.gov>
**Subject:** Hill questions on DAS

Coincidentally right after Michael's great briefing for the Secretary, I just received list of questions from a staff member for Senator Gary Peters (MI), the ranking member on the Senate Homeland Security and Governmental Affairs Committee. For the last couple months, Al and Tim have been doing a standing weekly briefing for key staff from the congressional committees with jurisdiction over the census. I got a bunch of questions on hiring, operations and DAS. She asked that we cover these this week, but I want to keep the focus on census hiring, comms, and operations as usual for this week and then cover DAS in a later session.

Michael and/or John, could you join Friday 7/17 at noon to discuss these questions? I could also explore setting a separate time for DAS if our standing time can't work for you. The meeting is a Skype/phone meeting. The Hill staff all use the

phone number and not Skype online, so there would not be a presentation, only a verbal briefing. I would appreciate your assistance.

Here are the questions, with a little bit of commentary by me in brackets:

**DAS:**
- Why did the Bureau decide to keep the PRR for data processing at the original date, rather than shift it later, given the 3-month delay before data processing, and to allow more time for perfecting the DAS? [*I assume she's mixing topics, and my guess is that production readiness review (PRR) is for the computer systems needed for your work and separate from perfecting DAS*]
- In the adjusted nationwide DAS, after the latest sprint (Microdata Files for released on 7/1), did error measures improve for AI/AN tribal areas and other small, rural, remote populations? We have heard from stakeholders that error rates were even worse for some areas than in the original 2019 DAS. How does the Bureau plan to correct this in time for data processing? [*She is clearly talking to NCAI and reviewing their recent letters to us.*]
- Why did the Bureau reverse its decision to treat tribal areas similarly to states and cities, by incorporate tribal geographies into the geographic spine of the DAS (giving them their own privacy budget allocation)? Did the Bureau test this new geographic spine before rejecting it?
- What alternatives is the Bureau currently considering to ensure accurate results in tribal geographies?
- Has the Bureau scheduled a tribal consultation session that focuses solely on the DAS, to ensure each tribe has sufficient input on this matter by itself? [*We have already had two, and I heard from Dee that there might be another DAS consultation later.*]
- Why is the Bureau relying on CNS to tabulate the microdata it releases, rather than creating a demonstration product? What current duties prevent the relevant Bureau staff from working on this?


**Chris Stanley**, Chief
Office of Congressional and Intergovernmental Affairs
U.S. Census Bureau
O: 301-763-4276 | M: 202-280-9678
census.gov | @uscensusbureau
**Shape your future. START HERE > 2020census.gov**