# EXHIBIT 29

**To:** James Whitehorne (CENSUS/ADDC FED)[James.Whitehorne@census.gov]; Cynthia Davis Hollingsworth (CENSUS/DCMD FED)[cynthia.davis.hollingsworth@census.gov]; Kathleen M Styles (CENSUS/ADDC FED)[kathleen.m.styles@census.gov]
**Cc:** Deborah Stempowski (CENSUS/ADDC FED)[Deborah.M.Stempowski@census.gov]
**From:** Jane H Ingold (CENSUS/DCMD FED)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=99DB9B5B37F44C58825FF5DB7FDFD4AD-INGOLD, JAN]
**Sent:** Thur 7/9/2020 3:03:53 PM (UTC)
**Subject:** Re: Silver Lining decades ago
Uses-of-Census-Bureau-Data-in-Federal-Funds-Distribution.pdf

We conduct the Census for reasons (mandated and required). I attached the $ depending on the Census (but not our submission to Congress document). The 2020 Census is not a science project or computer stop-gap for DAS. As of today without the awareness of many external data users:

- *noise* will be added to the undercount (PES estimation)
- check box data for race and Hispanic origin are delayed
- CQR cannot figure out what to put in a stakeholder guide or its operational bounds

**Jane Ingold,** Special Assistant,
Decennial Census Management Division, U.S. Census Bureau
Office 301.763.4646  2H172A Cell 301.775.7515
jane.h.ingold@census.gov
census.gov   Connect with us on Social Media

---

**From:** James Whitehorne (CENSUS/ADDC FED) <James.Whitehorne@census.gov>
**Sent:** Thursday, July 9, 2020 10:54 AM
**To:** Cynthia Davis Hollingsworth (CENSUS/DCMD FED) <cynthia.davis.hollingsworth@census.gov>; Jane H Ingold (CENSUS/DCMD FED) <Jane.H.Ingold@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>
**Cc:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>
**Subject:** Re: Silver Lining decades ago

Thanks for the background Cynthia -
I hesitated to say more in that meeting because the DAS consistently pushes against the redistricting data set as the cause of all evil in regards to accuracy of the data. They appear to use these other drastic proposals to push back against what is the well explained, documented, and expected use case for the redistricting data at the block level of geography. Based on my interactions with the DAS project over three years, even if we changed P.L. to tract level, there would be some other data or geography in the way of making their system work. The reality is that there are several use cases for small area geography for which the census has provided useful data in the past and which are essential to providing vital societal benefits. We have already acknowledged that there is a trade-off of privacy versus accuracy and that at no level of epsilon except zero is there perfect protection. Therefore, if the mathematics can't solve the issue of satisfying the documented use cases for which Census data is used, we should consider sliding along that Arc to somewhere that in combination with the mathematics does.

My final two cents. Glad to know POP is looking into it.
Thanks
James

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**James Whitehorne, Chief**
Redistricting & Voting Rights Data Office/ADDC/HQ
U.S. Census Bureau
O: 301-763-4039 | M: 202-263-9144
census.gov | census.gov/rdo | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Cynthia Davis Hollingsworth (CENSUS/DCMD FED) <cynthia.davis.hollingsworth@census.gov>
**Sent:** Thursday, July 9, 2020 10:30 AM
**To:** James Whitehorne (CENSUS/ADDC FED) <James.Whitehorne@census.gov>; Jane H Ingold (CENSUS/DCMD FED) <Jane.H.Ingold@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>
**Cc:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>
**Subject:** Re: Silver Lining decades ago

Thanks James and Jane.

I believe yesterday was the first POP heard about the suggestion as it was only presented to Tori, John and me on Tuesday afternoon. I separately told Tori we should do "our homework" first before making these types of decisions and she agreed. I'm not sure she spoke to John yet.

So getting these concerns down on paper and communicating PRIOR to the next Sprint planning is critical.

Thanks,

**Cynthia Davis Hollingsworth**
Program Manager, 2020 Census Data Products and Dissemination
Decennial Census Management Division
U.S. Census Bureau
Office: 301.763.3655
iPhone: 202.253.6334
E-mail: cynthia.davis.hollingsworth@census.gov

---

**From:** James Whitehorne (CENSUS/ADDC FED) <James.Whitehorne@census.gov>
**Sent:** Thursday, July 9, 2020 9:48 AM
**To:** Jane H Ingold (CENSUS/DCMD FED) <Jane.H.Ingold@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD FED) <cynthia.davis.hollingsworth@census.gov>
**Cc:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>
**Subject:** Re: Silver Lining decades ago

I chatted with Roberto about it this morning and he said they are looking into the DEMO use cases and the effect of this tract only plan.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**James Whitehorne, Chief**

Redistricting & Voting Rights Data Office/ADDC/HQ
U.S. Census Bureau
O: 301-763-4039 | M: 202-263-9144
census.gov | census.gov/rdo | @uscensusbureau
Shape your future. START HERE > 2020census.gov

---

**From:** Jane H Ingold (CENSUS/DCMD FED) <Jane.H.Ingold@census.gov>
**Sent:** Thursday, July 9, 2020 8:04 AM
**To:** James Whitehorne (CENSUS/ADDC FED) <James.Whitehorne@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>; Cynthia Davis Hollingsworth (CENSUS/DCMD FED) <cynthia.davis.hollingsworth@census.gov>
**Cc:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>
**Subject:** Silver Lining decades ago

The decade that the school districts summary levels were added to the Redistricting PL 94-171 Summary File may be the first silver lining.  We will be publishing ***total pop and the OMB race/Hispanic data at the block level and School Districts.***  Just not age and gender.  I am trying to reconcile my concerns starting with Title 1 as I learned its application at the CNSAT conference.  As for other uses for block data, HUD Block Grant and environmental and health, I will defer to a "process of consultation" that I urge to take place other than the current roster of CNSTAT "expert panelists" negotiating block use cases and the tradeoffs.  Yesterday, the whole compressed proposal escalated to the Deputy Director in lieu of input from policy, legal, Decennial leadership, etc.

See attached use cases from POP in 2019.  Look at the page SF1 block.

---

**Jane Ingold,** Special Assistant,
Decennial Census Management Division, U.S. Census Bureau
Office 301.763.4646  2H172A Cell 301.775.7515
jane.h.ingold@census.gov
census.gov   Connect with us on Social Media