# EXHIBIT 2

# 2020 Disclosure Avoidance System Updates

The Census Bureau is working closely with our data users as we modernize the privacy protections for the 2020 Census. We are reporting 2020 Disclosure Avoidance System (DAS) developments here, in our blogs [/about/policies/privacy/statistical_safeguards/disclosure-avoidance-2020-census.html#blogs] , and in our digital newsletter (Subscribe [https://public.govdelivery.com/accounts/USCENSUS/signup/15409] | Archived Issues [/programs-surveys/decennial-census/2020-census/planning-management/2020-census-data-products/newsletters.html] ).

We appreciate your engagement and encourage you to email comments and suggestions to 2020DAS@census.gov [mailto:2020DAS@census.gov]

EXPAND ALL  |  COLLAPSE ALL

## ^  4/19/2021: New Demonstration Data Will Feature Higher Privacy-loss Budget, Satisfies Redistricting Accuracy Targets

Based on the results of over 600 experimental data runs to optimize and tune the parameters of the new 2020 Census Disclosure Avoidance System (DAS) algorithm, the Census Bureau's Data Stewardship Executive Policy Committee (DSEP) has chosen the privacy-loss budget (PLB) for the forthcoming set of demonstration data.

The global privacy-loss budget (PLB) for the persons file in the next demonstration data set will be 10.3 and the PLB for the housing units data will be 1.9. As discussed previously [https://lnks.gd/l/eyJhbGciOiJIUzI1NiJ9.eyJidWxsZXRpbl9saW5rX2lkIjoxMDIsInVyaSI6ImJwMjpjbGljayI sImJ1bGxldGluX2lkIjoiMjAyMTA0MTkuMzkwNDMzMzEiLCJ1cmwiOiJodHRwczovL2NvbnRlbnQuQ292ZG VsaXZlcnkuY29tL2FjY291bnRzL1VTQ0VOU1VTL2J1bGxldGlucy8yYmU2MjZmIn0.Kvvn7zjEufv5BK4NDFT ZSUt9b-y_xUTwJ9aA1szbUXs/s/600744772/br/102755986114-l] , the four demonstration products released to date used a PLB of 4.0 for persons and 0.5 for housing units—significantly lower than we anticipate using for the final 2020 Census data. Those earlier demonstration data were purposefully "tuned" to privacy and not "tuned" for producing highly accurate redistricting data. We held the PLB roughly the same across those four releases to allow us to compare the effects of incremental algorithmic improvements in the system.

While significantly larger than the PLB used in the previous data, the 10.3 PLB is still allocated in a manner that provides a level of protection for every census record and every published characteristic. For those of you trying to understand the increase in accuracy attributable to a shift from a PLB of 4 to a PLB of 10.3, it's important to understand that the PLB is logarithmic—meaning every additional number in the PLB scale represents an exponential increase in the PLB. The forthcoming demonstration data, released as Privacy-Protected Microdata Files (PPMFs) will help data users see that increase in PLB reflected in the accuracy of population counts and demographic characteristics at various levels of geography.

The Census Bureau announced the new PLB in a declaration [https://lnks.gd/l/eyJhbGciOiJIUzI1NiJ9.eyJidWxsZXRpbl9saW5rX2lkIjoxMDMsInVyaSI6ImJwMjpjbGlja yIsImJ1bGxldGluX2lkIjoiMjAyMTA0MTkuMzkwNDMzMzEiLCJ1cmwiOiJodHRwczovL3d3dzIuY2Vuc3VzL mdvdi9hYm91dC9wb2xpY2llcy9wcml2YWN5L3N0YXRpc3RpY2FsX3NhZmVndWFyZHMvZGlzY2xvc3VyZS1hdm9pZGFuY2UtMjA1kZWZzLXBpLW9wcG9zaXRpb24tZGVjbGFyYXRpb24tYW5kLWRlY2xhcmF0aW9ucy5odG1sIn0.wucy5wZGY_dXRtX2NhbXBhaWduPTIwMjE

[https://lnks.gd/l/eyJhbGciOiJIUzI1NiJ9.eyJidWxsZXRpbl9saW5rX2lkIjoxMDQsInVyaSI6ImJwMjpjbGlja
yIsImJ1bGxldGluX2lkIjoiMjAyMTA0MTkuMzkwMzkwNDEiLCJ1cmwiOiJodHRwczovL3d3dzIuY2Vuc3VzLmdvdi9h
Ym91dC9wb2xpY2llcy9wcml2YWN5L3N0YXRpc3RpY2FsX3NhZmVndWFyZHMvZGVtb25zdHJhdGlvbi1kYXRhLmh0bWwifQ
.IYoT5T_U5HtPCSb9OaKQCaKGaQYRXJT8WqdLCygxb5U/s/600744772/br/102755986114-l]
submitted in response to litigation on April 13, 2021.

## New Demonstration Data Will Satisfy Redistricting Use Case Needs

In the same declaration
[https://lnks.gd/l/eyJhbGciOiJIUzI1NiJ9.eyJidWxsZXRpbl9saW5rX2lkIjoxMDQsInVyaSI6ImJwMjpjbGlja
yIsImJ1bGxldGluX2lkIjoiMjAyMTA0MTkuMzkwMzkwNDEiLCJ1cmwiOiJodHRwczovL3d3dzIuY2Vuc3VzL
mdvdi9hYm91dC9wb2xpY2llcy9wcml2YWN5L3N0YXRpc3RpY2FsX3NhZmVndWFyZHMvZGVtb25zdHJhdGlvbi1
kZWZhZLXBpLW9wcG9zaXRpb24tYW5kLWRlY2xhcmF0aW9ucy5wZGY_dXRtX2NhbXBhaWduPTIwMjE
wNDE5bXNkZWNZWNjMWNjZHRciZ1dG1fbWVkaXVtPWVtYWlsJnV0bV9zb3VyY2U2292ZGVsaXZlcnkifQ
.8K5vlizgZ5pa4CUJ5c-Bi7925EnrAQthSR_6yquNmRA/s/600744772/br/102755986114-l] we previewed
some of the high-level results from the upcoming demonstration data release regarding the accuracy
criteria established for the P.L. 94-171 redistricting data (see our previous newsletter
[https://lnks.gd/l/eyJhbGciOiJIUzI1NiJ9.eyJidWxsZXRpbl9saW5rX2lkIjoxMDUsInVyaSI6ImJwMjpjbGlja
yIsImJ1bGxldGluX2lkIjoiMjAyMTA0MTkuMzkwMzkwNDEiLCJ1cmwiOiJodHRwczovL2NvbnRlbnQuZ2292
ZGVsaXZlcnkuY29tL2FjY291bnRzL1VTQ0VOV1VTL2J1bGxldGlucy8yY2I3I3NDViIn0.EfM4F8PuQdagdlQIn
Orl4UunuOWs6krpR9kESSPi_ck/s/600744772/br/102755986114-l] for criteria details).

We report that the new demonstration data will fully satisfy those specialized accuracy criteria.
Specifically, populations, voting-age populations, and the proportion of the largest OMB-designated
race and ethnicity groups are all reliable for redistricting and Voting Rights Act scrutiny. Because new
districts cannot be drawn before the 2020 P.L. 94-171 Redistricting Data Summary File is released,
counties, block groups, minor civil divisions, incorporated places, and census designated places were
all used as on- and off-spine geographic entities for tuning purposes.

## Added Noise from Differential Privacy is Less Than Inherent Census Errors

The declaration
[https://lnks.gd/l/eyJhbGciOiJIUzI1NiJ9.eyJidWxsZXRpbl9saW5rX2lkIjoxMDYsInVyaSI6ImJwMjpjbGljay
IsImJ1bGxldGluX2lkIjoiMjAyMTA0MTkuMzkwMzkwNDEiLCJ1cmwiOiJodHRwczovL3d3dzIuY2Vuc3VzLm
dvdi9hYm91dC9wb2xpY2llcy9wcml2YWN5L3N0YXRpc3RpY2FsX3NhZmVndWFyZHMvZGVtb25zdHJhdGlvbi1kZ
WZzLXBpLW9wcG9zaXRpb24tYW5kLWRlY2xhcmF0aW9ucy5wZGY_dXRtX2NhbXBhaWduPTIwMjEwNDE5bXNkZWN
DE5bXNkZWNZWNjMWNjZHRciZ1dG1fbWVkaXVtPWVtYWlsJnV0bV9zb3VyY2U2292ZGVsaXZlcnkifQ.L3
-mkPTkwDl4ZY44T7lzYeLeUZqHAtW6Sao8np54oeY/s/600744772/br/102755986114-l] also revealed
high-level results of an analysis comparing the error caused by the new differentially private methods
to the other sources of error that are inherent in census data (coverage error, measurement error,
etc.) based on post-census analyses.

Our internal analyses have shown that 2010 Census operations resulted in an average county-level
estimation of uncertainty in terms of total population of +/- 960 people (averaging 1.6% of the county
census counts). The new demonstration data, by comparison, has an average error of only +/- 5
people at the county level (reflecting a mean absolute percent error of 0.04% of the counties'
population) as noise from differential privacy.

At the block level the differentially private data have an average population error of +/- 3 people,
which includes both housing unit and group quarters populations. Compare that with the simulated
error inherent in the census that puts the average uncertainty of block population counts at +/- 6
people.

We'll share more information about these results on our next newsletter.

## Next Steps

Per the calendar below, we will release the new demonstration data by April 30. We'll release two versions to aide in your analysis: a version using the new (10.3, 1.9) PLB, and one using the earlier, development-focused PLB (4.0, 0.5).

We'll look forward to your feedback after that release.

## 2021 Key Dates, Redistricting (P.L. 94-171) Data Product:

**By April 30:**
- Census Bureau releases new Privacy-Protected Microdata Files (PPMFs) and Detailed Summary Metrics.
- Two versions: Candidate strategy run using new PLB and old PLB.

**By late May:**
- Data users submit feedback.

**Early June:**
- The Census Bureau's Data Stewardship Executive Policy (DSEP) Committee makes final determination of PLB, system parameters based on data user feedback for P.L. 94-171.

**Late June:**
- Final DAS production run and quality control analysis begins for P.L. 94-171 data.

**By August 16:**
- Release 2020 Census P.L. 94-171 data as Legacy Format Summary File*.

**September:**
- Census Bureau releases PPMFs and Detailed Summary Metrics from applying the production version of the DAS to the 2010 Census data.
- Census Bureau releases production code base for P.L. 94-171 redistricting summary data file and related technical papers.

**By September 30:**
- Release 2020 Census P.L. 94-171 data** and Differential Privacy Handbook.

\* Released via Census Bureau FTP site.

\** Released via data.census.gov.

⌄ **4/7/2021: Meeting Redistricting Data Requirements: Accuracy Targets**

⌄ **2/23/2021: The Road Ahead: Upcoming Disclosure Avoidance System Milestones**

⌄ **2/3/2021: Fine-Tuning the Disclosure Avoidance System to Ensure Accuracy**

⌄ **11/25/2020: Invariants Set for 2020 Census Data Products**

⌄ **11/16/20: Now Online: Revised Privacy-Protected Microdata Files**

⌄ **10/23/20: Issue Discovered in the Privacy-Protected Microdata File**

⌄ **9/24/2020: New Metrics and Demonstration Data**

⌄ **9/17/20: New Privacy-Protected Microdata Files (PPMFs)**

⌄ **8/26/20: New Frequently Asked Question re: DAS Development Schedule**

⌄ **7/14/20: New Privacy-Protected Census Demonstration Data**

⌄ **7/1/20: Census Bureau Partners with Committee on National Statistics to Produce New Demonstration Data Files**

⌄ **6/26/20: New Frequently Asked Questions**

⌄ **6/1/20: New Metrics and DAS Updates Presentations from CNSTAT Expert Meeting on Disclosure Avoidance**

⌄ **5/27/20: Release of "2010 Demonstration Metrics 2;" First Set of Post-Baseline Quality Metrics Results**

⌄ **5/18/20: New 2020 Census Data Products Newsletter**

⌄ **4/20/20: New Frequently Asked Questions**

⌄ **4/17/20: Video: DAS Development Status Update**

⌄ **3/27/20: Draft Quality Measures and Benchmark**

## Related Information

Developing the DAS: Demonstration Data and Progress Metrics [/programs-surveys/decennial-census/2020-census/planning-management/2020-census-data-products/2020-da development.html]

2020 Disclosure Avoidance System: Frequently Asked Questions [/programs-surveys/decennial-census/2020-census/planning-management/2020-census-data-products/2020-das-updates/2020-das-faqs.html]

Disclosure Avoidance and the 2020 Census [/about/policies/privacy/statistical_safeguards/disclosure-avoidance-2020-census.html]

*Last Revised: April 20, 2021*