IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:21-cv-211-RAH-ECM-KCN |
| | ) |
| UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Before the Court is the Unopposed Motion for Leave to File Amicus Brief (Doc. 104) filed by the Electronic Privacy Information Center on April 26, 2021. The parties do not object to the requested brief. Upon consideration and for good cause, it is

ORDERED that the Motion is hereby GRANTED. The movant should file its *amicus curiae* brief with the Court on or before **April 28, 2021**.

DONE, on this the 27th day of April, 2021.

/s/ Kevin C. Newsom
KEVIN C. NEWSOM
UNITED STATES CIRCUIT JUDGE

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE