## APPENDIX A – LIST OF AMICI CURIAE

*Institutions are listed for affiliation purposes only. All signatories are participating in their individual capacity, not on behalf of their institutions.*

- Ryan Calo
    - Lane Powell and D. Wayne Gittinger Professor
    - University of Washington School of Law
- Ran Canetti
    - Professor of Computing and Data Science
    - Head of the Center for Reliable Information Systems and Cyber Security
    - Boston University
- Aloni Cohen
    - Postdoctoral Associate, Hariri Institute for Computing and the School of Law
    - Boston University
- Cynthia Dwork[†]
    - Gordon McKay Professor of Computer Science and Applied Mathematics and Radcliffe Alumnae Professor
    - Harvard University
    - Distinguished Scientist, Microsoft Research
    - Harvard Co-Principal Investigator on Cooperative Agreement CB16ADR0160001 from the U.S. Census Bureau to Georgetown University, and Cooperative Agreement CB20ADR0160001 from the U.S. Census Bureau to Boston University
- Roxana Geambasu
    - Associate Professor of Computer Science
    - Columbia University
- Somesh Jha
    - Lubar Professor of Computer Sciences
    - University of Wisconsin, Madison
- Nitin Kohli
    - PhD Candidate
    - UC Berkeley School of Information
- Aleksandra Korolova

---

[†] These specific Amici have current research funding from the Census Bureau (Cooperative Agreements CB16ADR0160001 and CB20ADR0160001) to work on differential privacy generally. This brief is submitted wholly independently and not reliant on any funding or non-public information provided by the Census Bureau. In particular, none of the authors participated in the implementation of the 2020 Disclosure Avoidance System. The opinions, findings, conclusions and recommendations expressed herein are those of the authors and do not necessarily reflect the views of their employers or the organizations with which they collaborate.

- - WiSE Gabilan Assistant Professor of Computer Science
  - University of Southern California
- Jing Lei
  - Associate Professor of Statistics and Data Science
  - Carnegie Mellon University
- Katrina Ligett
  - Associate Professor of Computer Science
  - The Hebrew University of Jerusalem
- Deirdre K. Mulligan
  - Professor
  - UC Berkeley School of Information
- Omer Reingold
  - Professor of Computer Science
  - Stanford University
- Aaron Roth
  - Professor of Computer and Information Sciences
  - University of Pennsylvania
- Guy N. Rothblum
  - Associate Professor of Computer Science and Applied Mathematics
  - Weizmann Institute of Science
- Benjamin Rubinstein (*Inadvertently omitted from Motion for Leave to File Amicus Brief.*)
  - Professor of Computing and Information Systems
  - Associate Dean (Research), Faculty of Engineering and Information Technology
  - The University of Melbourne, Australia
- Aleksandra (Seša) Slavkovic[‡]
  - Professor, Departments of Statistics and Public Health Sciences
  - Associate Dean for Graduate Education, Eberly College of Science
  - The Pennsylvania State University
- Adam Smith[†]
  - Professor of Computer Science and Electrical and Computer Engineering
  - Boston University
  - Co-Principal Investigator on Cooperative Agreement CB16ADR0160001 from the U.S. Census Bureau to Georgetown University, and Cooperative Agreement CB20ADR0160001 from the U.S. Census Bureau to Boston University.
- Kunal Talwar[§]
  - Senior research scientist, Apple

---

[‡] Member, Committee on National Statistics CNSTAT Census DAS Expert Group on noisy measurements

[§] Census Scientific Advisory Committee

- Salil Vadhan[†**]
    - Vicky Joseph Professor of Computer Science and Applied Mathematics
    - Harvard University
    - Harvard Principal Investigator on Cooperative Agreement CB16ADR0160001 from the U.S. Census Bureau to Georgetown University, and Cooperative Agreement CB20ADR0160001 from the U.S. Census Bureau to Boston University
- Larry Wasserman
    - UPMC Professor of Statistics and Data Science
    - Carnegie Mellon University
- Daniel J. Weitzner
    - 3Com Founders Principal Research Scientist
    - Computer Science and Artificial Intelligence Laboratory
    - Massachusetts Institute of Technology

---

[**] Member of the CNSTAT Census DAS expert group on post processing