# APPENDIX B

- The Oxford Dictionary defines statistical inference as "The theory, methods, and practice of forming judgments about the parameters of a population and the reliability of statistical relationships, typically on the basis of random sampling." Statistical Inference, Oxford English Dictionary, https://www.lexico.com/en/definition/statistical_inference.

- The authoritative scholarly reference is D. R. Cox, *Some Problems Connected with Statistical Inference*, 29 Ann. Math. Statist, 357, 357 (1958):

    - "A statistical inference…[is] a statement about statistical populations made from given observations with measured uncertainty.  An inference in general is an uncertain conclusion. Two things mark out statistical inferences. First, the information on which they are based is statistical, i.e. consists of observations subject to random fluctuations. Secondly, we explicitly recognise that our conclusion is uncertain, and attempt to measure, as objectively as possible, the uncertainty involved. Fisher uses the expression 'the rigorous measurement of uncertainty.'"

    - "A statistical inference carries us from observations to conclusions about the populations sampled. A scientific inference in the broader sense is usually concerned with arguing from descriptive facts about populations to some deeper understanding of the system under investigation."