IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:21-cv-211-RAH-ECM-KCN |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF COMMERCE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On May 3, 2021, the Court heard oral argument on the Motion for Preliminary Injunction, Mandamus Petition ("Motion"). During a previous teleconference, the parties agreed that the evidence submitted contemporaneously with the briefs, as well as supplemental evidence submitted by the parties, would serve as the evidentiary basis for the Motion.

During oral argument, the Plaintiffs moved to admit the documentary evidence on the record; however, the Defendants objected to the admission of certain documents. During further discussion with the Court, the parties represented they would work toward a resolution. Consequently, the Court reserved ruling on the objections and ordered the parties to provide a status report regarding the evidentiary materials on or before **noon**, May 6, 2021. In addition, defense counsel requested an extension to file an answer pending the outcome of the Motion.

Accordingly, it is

ORDERED as follows:

(1) On or before **noon**, May 6, 2021, the parties shall jointly file a report identifying the evidentiary exhibits to be admitted without contest and also identifying any contested evidence.

(2) The deadline for filing an answer is hereby extended until 14 days after entry of an order ruling on the Motion.

DONE, on this the 5th day of May, 2021.

        /s/ Kevin C. Newsom
KEVIN C. NEWSOM
UNITED STATES CIRCUIT JUDGE

        /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE

        /s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE