UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>Defendants. | No. 3:21–cv–00211–RAH–ECM–KCN |

## JOINT REPORT

Pursuant to the Court's May 5, 2021, Order (Doc. 125), the parties identify the following evidentiary exhibits (by ECF docket entry) to be admitted without contest:

For Plaintiffs:

- Docs. 3–1 through –11;
- Docs. 25–1 and –2;
- Docs. 94–1 through –14;
- Docs. 115–1 through –5;[1]
- Doc. 115–7;
- Docs. 115–10 through –16;
- Docs. 115–20 through –22;
- Docs. 115–25 and –26;
- Doc. 115–36; and
- Admitted solely as a demonstrative, Doc. 115–37.

---

[1] The document found at Doc. 115–2 is an erroneous duplicate of the document found at Doc. 115–3. The correct document, to which Defendants have no objection, is substituted as Exhibit A.

<u>For Defendants</u>:

- Docs. 41–1 through –3; and
- Docs. 116–1 and –2.

DATED: May 6, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRAD P. ROSENBERG
Assistant Director, Federal Programs Branch

<u>/s/ Elliott M. Davis</u>
ZACHARY A. AVALLONE
ELLIOTT M. DAVIS (N.Y. Reg. No. 4596755)
JOHN ROBINSON
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Washington, DC  20005
Phone:  (202) 514-5336
E-mail:  elliott.m.davis@usdoj.gov

*Counsel for Defendants*

Dated: May 6, 2021

STEVE MARSHALL
*Attorney General of Alabama*

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr. (ASB-9182-U81L)
*Solicitor General*

A. Barrett Bowdre (ASB-2087-K29V)
*Deputy Solicitor General*

James W. Davis (ASB-4063-I58J)
Winfield J. Sinclair (ASB-1750-S81W)
Brenton M. Smith (ASB-1656-X27G)
*Assistant Attorneys General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Ave.
Montgomery, AL 36130
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Winfield.Sinclair@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov

*Counsel for the State of Alabama*

Respectfully submitted,

/s/ Jason B. Torchinsky
Jason B. Torchinsky*
Jonathan P. Lienhard*
Shawn T. Sheehy*
Phillip M. Gordon*

HOLTZMAN VOGEL JOSEFIAK
TORCHINSKY, PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
(540) 341-8808 (Phone)
(540) 341-8809 (Fax)
Jtorchinsky@hvjt.law
Jlienhard@hvjt.law
Ssheehy@hvjt.law
Pgordon@hvjt.law

*admitted *pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2021, I filed with the Court and served on opposing counsel through the CM/ECF system the foregoing document.

DATED: May 6, 2021

/s/ Elliott M. Davis
ELLIOTT M. DAVIS
(N.Y. Reg. No. 4596755)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Phone:  (202) 514-4336
Fax:     (202) 616-8470
E-mail:  elliott.m.davis@usdoj.gov

*Counsel for Defendants*