IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| THE STATE OF ALABAMA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:21-cv-211-RAH-ECM-KCN |
| | ) | (WO) |
| UNITED STATES DEPARTMENT | ) | |
| OF COMMERCE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

On May 17, 2021, Plaintiffs filed a Motion to Introduce Supplemental Evidence in Support of Their Motion for Preliminary Injunction (Doc. 129), in which they incorporated a supporting memorandum brief.  Accordingly, it is hereby

ORDERED that on or before **May 21, 2021**, Defendants shall file a response setting forth their position as to why the Plaintiffs' motion should not be granted.

DONE, on this the 19th day of May, 2021.


/s/ Kevin C. Newsom
KEVIN C. NEWSOM
UNITED STATES CIRCUIT JUDGE


/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE


/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE