# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA; ROBERT ADERHOLT, Representative for Alabama's 4th Congressional District, in his official and individual capacities; WILLIAM GREEN; and CAMARAN WILLIAMS,<br><br>                   Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE; GINA RAIMONDO, in her official capacity as Secretary of Commerce; UNITED STATES BUREAU OF THE CENSUS, an agency within the United States Department of Commerce; and RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau,<br><br>                   Defendants. | CIVIL ACTION NO. 3:21-CV-211-RAH-ECM-KCN |

**PLAINTIFFS' OPPOSED MOTION TO SUPPLEMENT THOMAS BRYAN'S SUPPLEMENTAL REPORT**

On May 17, 2021, Plaintiffs moved to supplement Thomas Bryan's expert report with a brief analysis of the Census Bureau demonstration data that was released on April 28, 2021. *See* Doc. 129. That motion has been briefed and is pending before the Court. *See* Docs. 129, 132, 133.

Since then, on May 28, 2021, a group of researchers at Harvard University released an in-depth statistical analysis of the same demonstration data. *See* Ex. B, Christopher T. Kenny *et al.*, The Impact of the U.S. Census Disclosure Avoidance System on Redistricting and Voting Rights Analysis (May 28, 2021), *available at* https://imai.fas.harvard.edu/research/files/Harvard-DAS-Evaluation.pdf. The authors found that the Bureau's implementation of differential privacy "makes it impossible" for States to follow one-person, one-vote. *Id.* at 16. They also found that the "algorithm fails to universally protect respondent privacy," and thus concluded that the Bureau's current disclosure avoidance system "negatively impacts the redistricting process and voting rights of minority groups without providing clear benefits." *Id.* They recommend that the Bureau "release Census P.L. 94-171 data without using [differential privacy], and instead rely on a swapping method similar to that applied to the 2010 Census data." *Id.*

This new paper is relevant to Plaintiffs' preliminary injunction motion for all the reasons explained in Plaintiffs' earlier motion and reply in support. *See* Docs. 129 & 133. As Bryan notes in his supplemental declaration, "[i]f this paper had been available when [he] submitted [his] expert report or [his] supplemental report, [he] would have included the paper or cited it, and [he] thus desire[s] to submit it to the Court as an appendix to [his] prior work." Ex. A at ¶6. Accordingly, if the Court grants Plaintiffs' earlier motion to supplement, Plaintiffs request that the Court also allow Plaintiffs to submit this new paper as an appendix to Bryan's supplemental report.

Dated: June 1, 2021

STEVE MARSHALL
*Attorney General of Alabama*

*/s/ Edmund G. LaCour Jr.*
Edmund G. LaCour Jr. (ASB-9182-U81L)
*Solicitor General*

A. Barrett Bowdre (ASB-2087-K29V)
*Deputy Solicitor General*

James W. Davis (ASB-4063-I58J)
Winfield J. Sinclair (ASB-1750-S81W)
Brenton M. Smith (ASB-1656-X27G)
*Assistant Attorneys General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Ave.
Montgomery, AL 36130
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Winfield.Sinclair@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov

*Counsel for the State of Alabama*

Respectfully submitted,

*/s/ Jason B. Torchinsky*
Jason B. Torchinsky*
Jonathan P. Lienhard*
Shawn T. Sheehy*
Phillip M. Gordon*

HOLTZMAN VOGEL JOSEFIAK
TORCHINSKY, PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
(540) 341-8808 (Phone)
(540) 341-8809 (Fax)
Jtorchinsky@hvjt.law
Jlienhard@hvjt.law
Ssheehy@hvjt.law
Pgordon@hvjt.law

*pro hac vice

*Counsel for Plaintiffs*

2

3

**CERTIFICATE OF SERVICE**

This is to certify that on the 1st day of June, 2021, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to all counsel of record electronically registered with the Clerk.

*s/ Edmund G. LaCour Jr.*
Edmund G. LaCour Jr.
*Counsel for the State of Alabama*
