# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE; GINA RAIMONDO, *et al.*, <br><br> Defendants. | <br><br><br><br><br> CASE NO. 3:21-cv-00211-RAH-ECM-KCN |

## SUPPLEMENTAL DECLARATION OF THOMAS BRYAN

I, Thomas Bryan, pursuant to 28 U.S.C. § 1746, Federal Rule of Civil Procedure 26(a)(2)(B), and Rules 702 and 703 of the Federal Rules of Evidence, declare as follows:

1. I am over the age of 18 and competent to make this declaration.

2. I have previously submitted an expert report and a supplemental declaration in this matter.

3. On May 28, 2021, a group of researchers at Harvard University released a paper entitled "The Impact of the U.S. Census Disclosure Avoidance System on Redistricting and Voting Rights Analysis." A true and correct copy of the paper is attached hereto as Exhibit A.

4. This paper—which the authors have indicated has been submitted to the Census Bureau as a public comment on the latest differential privacy demonstration data—reinforces my analysis and conclusions.

5. The authors' conclusions that the Census Bureau's disclosure avoidance system produces data that are not sufficient for redistricting purposes—especially for compliance with

one-person, one-vote—and are biased based on, *inter alia*, racial composition confirm the findings in my report.

6.    If this paper had been available when I submitted my expert report or my supplemental report, I would have included the paper or cited it, and I thus desire to submit it to the Court as an appendix to my prior work.

7.    I declare under penalty of perjury that the foregoing are true and correct according to the best of my knowledge, information, and belief.


Dated: June 1, 2021

_____
Thomas Bryan