IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:21-cv-211-RAH-ECM-KCN |
| | ) |
| UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On June 1, 2021, Plaintiffs filed an Opposed Motion to Supplement Thomas Bryan's Supplemental Report. (*See* Doc. 134.) Accordingly, it is hereby

ORDERED that on or before **June 8, 2021**, Defendants shall file a response setting forth their position as to why the Plaintiffs' motion should not be granted.

DONE, on this the 2nd day of June, 2021.

       /s/ Kevin C. Newsom
KEVIN C. NEWSOM
UNITED STATES CIRCUIT JUDGE

       /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE

       /s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE