UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, <br><br> Defendants. | No. 3:21–CV–00211–RAH–ECM–KCN |

## **JOINT MOTION FOR STAY**

"The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). The parties respectfully submit that the Court should exercise its discretion to stay this action. The parties propose that they file a joint status report on September 10, 2021, regarding any further proceedings in this action.

As of the date of this filing, the Census Bureau anticipates providing Alabama (and all other States) with redistricting data Defendants deem sufficient to meet the requirements of 13 U.S.C. § 141(c), in a legacy format, no later than August 16, 2021, absent congressional action, orders from any court, or unforeseen processing issues that may prevent Defendants from providing such data by August 16, 2021. After their receipt and analysis of the forthcoming redistricting data, Plaintiffs will be in a better position to decide whether and how to further prosecute this action. The parties respectfully submit that a stay of proceedings would serve the interests of efficiency, and of conserving the resources of the parties and the Court.

For these reasons, the parties respectfully (i) request that the Court exercise its discretion to stay this case, and (ii) propose that they submit a joint status report on September 10, 2021, regarding any further proceedings in this action. A proposed order is attached.

DATED: July 2, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRAD P. ROSENBERG
Assistant Director, Federal Programs Branch

/s/ Elliott M. Davis
ZACHARY A. AVALLONE
ELLIOTT M. DAVIS (N.Y. Reg. No. 4596755)
JOHN ROBINSON
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Washington, DC  20005
Phone:  (202) 514-4336
Fax:     (202) 616-8470
E-mail:  elliott.m.davis@usdoj.gov

*Counsel for Defendants*

STEVE MARSHALL
*Attorney General of Alabama*

*/s/ Edmund G. LaCour Jr.*
Edmund G. LaCour Jr. (ASB-9182-U81L)
*Solicitor General*

A. Barrett Bowdre (ASB-2087-K29V)
*Deputy Solicitor General*

James W. Davis (ASB-4063-I58J)
Winfield J. Sinclair (ASB-1750-S81W)
Brenton M. Smith (ASB-1656-X27G)
*Assistant Attorneys General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Ave.
Montgomery, AL 36130
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Winfield.Sinclair@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov

*Counsel for the State of Alabama*

*/s/ Jason B. Torchinsky*
Jason B. Torchinsky (VA Bar No. 47481)*
Jonathan P. Lienhard (VA Bar No. 41648)*
Shawn T. Sheehy (VA Bar No. 82630)*
Phillip M. Gordon (VA Bar. No. 95621)*

HOLTZMAN VOGEL JOSEFIAK TORCHINSKY, PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
(540) 341-8808 (Phone)
(540) 341-8809 (Fax)
Jtorchinsky@hvjt.law
Jlienhard@hvjt.law
Ssheehy@hvjt.law
Pgordon@hvjt.law

*\*pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2021, I filed with the Court and served on all counsel through the CM/ECF system the foregoing document.

DATED: July 2, 2021

/s/ *Elliott M. Davis*
ELLIOTT M. DAVIS
(N.Y. Reg. No. 4596755)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Phone: (202) 514-4336
Fax: (202) 616-8470
E-mail: elliott.m.davis@usdoj.gov

*Counsel for Defendants*