IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THE STATE OF ALABAMA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:21-cv-211-RAH-ECM-KCN |
| | ) |
| UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On July 2, 2021, the parties filed a Joint Motion for Stay. (Doc. 140.) For good cause, it is

ORDERED that the Motion (Doc. 140) is GRANTED.

Accordingly, all proceedings in this case are STAYED pending further order from this Court. The parties shall file a joint status report with the Court on or before September 10, 2021, regarding any future proceedings in this action.

DONE, on this the 8th day of July, 2021.

                       /s/ Kevin C. Newsom
                       KEVIN C. NEWSOM
                       UNITED STATES CIRCUIT JUDGE

                       /s/ Emily C. Marks
                       EMILY C. MARKS
                       CHIEF UNITED STATES DISTRICT JUDGE

                /s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE