IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| THE STATE OF ALABAMA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:21-cv-211-RAH-ECM-KCN |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF COMMERCE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On September 9, 2021, the Plaintiffs filed a notice of voluntary dismissal. (Doc.

142.) Accordingly, it is hereby **ORDERED** as follows:

    (1) The stay (Doc. 141) is **LIFTED.**

    (2) Under Fed. R. Civ. P. 41(a)(1)(A)(i), this action is voluntarily **DISMISSED**

        **without prejudice**.

    (3) The Clerk of the Court is **DIRECTED** to close the case.

**DONE**, on this the 9th day of September, 2021.


                    /s/ Kevin C. Newsom
              KEVIN C. NEWSOM
              UNITED STATES CIRCUIT JUDGE


                    /s/ Emily C. Marks
              EMILY C. MARK CHIEF
              UNITED STATES DISTRICT JUDGE

_____/s/R. Austin Huffaker, Jr.____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE